UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SWOPE, PAUL VANDERPLOW,
JERROD HART

    Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation

    Defendant.

Case No. 2:24-cv-10240-MAG-DRG
Hon. Mark A. Goldsmith

| MICHAEL M. McNAMARA (P48055) | LAURI B. STEWART (P55014) |
|---|---|
| FAUSONE & GRYSKO, PLC | KERR RUSSELL AND WEBER |
| Attorney for Plaintiff | Attorney for Defendant |
| 41700 West Six Mile Road, Suite 101 | 500 Woodward Avenue, Suite 2500 |
| Northville, MI 48168-3460 | Detroit, MI 48226-3427 |
| (248) 912-3218; FAX (248) 380-3434 | (313) 961-0200; FAX (313) 961-0388 |
| mmcnamara@thefgfirm.law | lstewart@kerr-russell.com |

## STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL

Having come before the court on the Stipulation of the undersigned, and the court otherwise being fully advised;

**IT IS HEREBY ORDERED** and agreed that Monica Hunt (P68838) and The Allen Law Group be substituted as attorneys for Defendant in the place and stead of Lauri B. Stewart (P55014) and Kerr, Russell &Weber, PLC, which shall be removed from the docket as attorneys of record in this action.

This Order does not close the matter.

SO ORDERED.

Dated: May 10, 2024  
      Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

Stipulated as to form and substance:

/s/Lauri B. Stewart  
LAURI B. STEWART (P55014)  
500 Woodward Ave. Suite 2500  
Detroit, MI 48226  
(313)961-0200  
lstewart@kerr-russell.com

/s/Monica L. Hunt (with consent)  
MONICA L. HUNT (P68838)  
The Allen Law Group  
3031 W. Grand Blvd.  
Detroit, MI 48202-3046  
(313)961-0200  
mhunt@alglawpc.com