# EXHIBIT 1

# Summary of Compiled Information

Incident on

Monday, March 4, 2024

███████████ - Stalking

Thursday, April 4, 2024 at 23:35:47 Eastern Daylight Time

**Subject:** FW: Internal Investigation
**Date:** Thursday, April 4, 2024 at 1:48:19 PM Eastern Daylight Time
**From:** Bill Bazzi
**To:** Paul D. Vanderplow, Kevin M. Swope
**Attachments:** IMG_1516.PNG, Document3 - Copy.pdf, Outlook-s5uzazjc.png, Outlook-s3e3hmru.png, Outlook-2iuylg35.png, Outlook-brsr3too.png

FYI, this is from the same day. This is why Mr. Vanderplow was in this area. It was in his capacity as an Internal Affairs director to investigate the ongoing ticket dismissal that certain council members are tied to.

Respectfully,

**Bill Bazzi,** *Mayor*





Good Afternoon, Mayor Bazzi,

I hope this email finds you well. I wanted to send this email for clarification with the city placing Director Vanderplow on administration leave. The statements Councilman Saab has been making not only publicly but also filing police reports are not correct. On February 26th of 2024 I was made aware that a business at 26509 Ford RD had multiple violations including trash placed everywhere around the building and a trailer running 24 hours a day with meat in it. I was working closing with director Dishroon on this as the city began receiving many complaints. On March 4th when I received the email attached to this email with Director Dishroon, he had noticed in August of 2023, the city gave this same business

several tickets and they were all dismissed. I than at 1:02 contacted Director Vanderplow as he does our internal investigations about this, due to the fact I know ticket dismissing is illegal and I let Director Vanderplow know what Director Dishroon had uncovered and let him know that the city was still dealing with the same issues with business. Please view my call log as I called Director Vanderplow at 1:02pm, 2 minutes after reviewing the email in attached. Director Vanderplow let me know he would look into this further and thanked me for my assistance.

If I can further assistance in anyway with this matter, please let me know. Thank you.

**Ash Othman,** *Confidential Secretary*



**From:** Mayor's Office
**Sent:** Monday, March 4, 2024 11:45 AM
**To:** Eric B. Watland ; William E. Dishroon
**Subject:** 26509 Ford RD

Good afternoon,

This address has received no violations for having a truck parked and blocking the alley way for over 6 months. We have had residents' complaint that it's an eyesore and nothing was done but now leases are complaining that they were told the city of Dearborn Heights approved of it and why was it approved for only this business and that other leases cannot enter the alley way on the left side due to this issue. At your earliest convivence the mayor would like an update on this. Thank you in advance and have a great day.


**Ash Othman,** *Confidential Secretary*



Tuesday, April 2, 2024 at 21:32:42 Eastern Daylight Time

**Subject:** Shift Summary Plt. 2B (04/02/2024)
**Date:** Tuesday, April 2, 2024 at 6:16:41 PM Eastern Daylight Time
**From:** Duane A. Mitchell
**To:** DHPD - All Employees
**Attachments:** Outlook-u3p1ybwp.png, Outlook-ttij4u2z.png, Outlook-4r3zlcme.png, Outlook-cjvdgrfq.png, Outlook-4ujvwijt.png



- 24-8630 - **Stalking** - 1180 John Daly
  - Councilman alleges he is being stalked by the Director.
- 24-8631 - **Threats** - 1180 John Daly
  - Councilman alleges he is being threatened by Corporate Council

**Other** / **CFSs** (40)

- **Nothing else of any significance**

## Citations

- **Shift Officers - 3**



**POLICE DEPARTMENT**

**Jerrod Hart**
Chief of Police

**Bill Bazzi**
Mayor



To: Director Paul Vanderplow

From: Kevin Swope
Acting Chief of Police

Date: April 3, 2024

Re: Administrative Leave

On 4/2/2024 the Dearborn Heights Police Department received a complaint from a citizen which alleged that you were involved in criminal misconduct. Due to this complaint, you are being placed on paid administrative leave while internal and criminal investigations are completed. You are to make yourself available for all department related interviews.

*Kevin Swope*

Kevin Swope