UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kevin Swope, et al.,

                          Plaintiff(s),

v.                                          Case No. 2:24-cv-10240-MAG-DRG
                                                 Hon. Mark A. Goldsmith

Dearborn Heights, City of,

                          Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  August 20, 2025 at 04:00 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Joseph Heacox
                                                     Case Manager

Dated:   August 20, 2025