UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kevin Swope, et al.,

                Plaintiff(s),

v.                                    Case No. 2:24−cv−10240−MAG−DRG
                                           Hon. Mark A. Goldsmith

Dearborn Heights, City of,

                Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

    Motion to Compel − #67
    Motion for Sanctions − #84
    Motion to Compel − #85

- MOTION HEARING:  August 25, 2025 at 02:00 PM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** +1 (646) 828−7666
**MEETING ID:**   161 845 7070

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                By: s/Joseph Heacox
                                                    Case Manager

Dated: August 21, 2025