UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kevin Swope, et al.,

                         Plaintiff(s),

v.                                              Case No. 2:24−cv−10240−MAG−DRG
                                                 Hon. Mark A. Goldsmith

Dearborn Heights, City of,

                         Defendant(s),

## NOTICE OF REMOTE MOTION HEARING

PLEASE TAKE NOTICE that a remote hearing has been *rescheduled* before District Judge Mark A. Goldsmith for the following motion(s):

        Motion to Compel – #67
        Motion for Sanctions – #84
        Motion to Compel – #85

- MOTION HEARING:  August 28, 2025 at 09:30 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:**  +1 (646) 828−7666
**MEETING ID:**    161 845 7070

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:**    \*\*USE SAME CONNECTION INFORMATION\*\*

                                                       By: s/Joseph Heacox
                                                           Case Manager

Dated:  August 25, 2025