UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kevin Swope, et al.,

                     Plaintiff(s),

v.                                                Case No. 2:24-cv-10240-MAG-DRG
                                                                Hon. Mark A. Goldsmith

Dearborn Heights, City of,

                     Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

    Motion to Set Aside – #50
    Motion to Set Aside – #66

- MOTION HEARING:  September 22, 2025 at 09:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** +1 (646) 828-7666
**MEETING ID:**  160 136 7178

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                      By: s/Joseph Heacox
                                                          Case Manager

Dated:  September 18, 2025