IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KEVIN SWOPE, PAUL VANDERPLOW JERROD HART, | Case No. 2:24-cv-10240<br>Hon. Mark A. Goldsmith<br>Magistrate David R. Grand |

    Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation,

    Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

    Intervening Defendant.
_____

**PLAINTIFFS' WITHDRAWAL OF DOCKET ITEMS 67 AND 84
(RESERVING RIGHT TO REFILE AS NEEDED)**

NOW COME Plaintiffs, KEVIN SWOPE, PAUL VANDERPLOW, AND JERROD HART, by and through their undersigned counsel, to withdrawal (*without prejudice*, and reserving the right to refile as needed) the following two motions:

- ECF No. 67, Plaintiffs' Renewed Motion to Compel;

- ECF No. 84, Plaintiffs' Motion for Sanctions.

1

Dated:  November 12, 2025     Respectfully submitted,

/s/ Stephen J. Brown

FAUSONE & GRYSKO, PLC
Brandon M. Grysko (P82751)
Stephen J. Brown (P82687)
(jbrown@thefgfirm.law)
41700 Six Mile Road, Suite 101
Northville, Michigan, 48168
Counsel to Plaintiffs
(248) 912-3213