UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SWOPE, PAUL VANDERPLOW,  Case No.: 2:24-cv-10240
JERROD HART,                                              Hon. Mark A. Goldsmith

      Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan municipal corporation

      Defendant,
and

CITY OF DEARBORN HEIGHTS CITY COUNCIL,
in its official capacity only,

      Intervening Defendant.
_____/

### CITY OF DEARBORN HEIGHTS CITY COUNCIL'S NOTICE OF WITHDRAWAL OF DOCKET No. 85

NOW COMES Intervening Defendant, the City of Dearborn Heights City Council, by and through its attorneys, HAMMOUD, DAKHLALLAH & ASSOCIATES, PLLC, and hereby notifies the Court and the parties that it WITHDRAWS (without prejudice), its MOTION TO COMPEL AND FOR SANCTIONS AGAINST BILL BAZZI filed on October 8, 2025 as **ECF No. 85**.

1

                                                Respectfully submitted,
                                                /s/Tarik D. Turfe

Tarik D. Turfe (P83690)
Hammoud, Dakhlallah,
& Associates, PLLC
Attorney for Intervening Defendant
6050 Greenfield Rd., Ste., 201
Dearborn, MI 48126
(313) 551-3038

Dated: December 5, 2025          tt@hdalawgroup.com

## CERTIFICATE OF SERVICE

      I certify that on December 5, 2025, I filed a copy of the foregoing with the Clerk of the Court using the electronic filing system which will send electronic notification of this filing to all parties.

                                                */s/Tarik D. Turfe*
                                                Tarik D. Turfe (P83690)