# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KEVIN SWOPE, PAUL VANDERPLOW, JERROD HART, | Case No. 2:24-cv-10240<br>Hon. Mark A. Goldsmith<br>Magistrate David R. Grand |
| Plaintiffs, | |
| v | |
| CITY OF DEARBORN HEIGHTS, a Michigan Municipal Corporation, | |
| Defendant. | |
| _____ | |

## ORDER GRANTING IN PART ALL PARTIES' JOINT MOTION TO EXTEND DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINES (Dkt. 100)

THIS MATTER came to be considered by the Court pursuant to the Parties' Joint Motion for Entry of an Order to Extend the Discovery Cut-Off Deadline and to Extend the Dispositive Motion Deadline (Dkt. 100), which is supported by Special Master Schwartz. The Court grants the motion, in part, as set forth below:

1. All outstanding document productions and answers to interrogatories must be made by **December 31, 2025**. Subject to Section 2, all remaining discovery in these proceedings, including all depositions, shall be completed by **January 20, 2026**.

2. No litigant may seek new discovery that had not already been sought on or before December 1, 2025. As such, Plaintiffs may only seek the depositions of witnesses Bazzy, Othman and Hernandez. Parties shall confine their discovery efforts with respect to interrogatories and documents already sought on or before December 1, 2025.

3. Any motion to compel or other filing seeking the enforcement of any outstanding discovery item described in Section 1 must be filed by **January 12, 2026.** Any motion to compel or other filing seeking the enforcement of any of the three depositions in Section 2 must be filed prior to **January 23, 2026.**

4. The deadline for filing dispositive motions shall be **February 6, 2026**. All responses to such motions shall be filed on or before **February 27, 2026.** Replies shall be filed on or before March 6, 2026. Parties must observe the page limits set forth in the Local Rules.

5. The trial in this matter is set for **August 4, 2026**, at 8:30 a.m. The final pretrial conference is set for **July 14, 2026**, at 1:30 p.m.

**SO ORDERED.**

Dated: December 29, 2025  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 29, 2025.

                                          s/Joseph Heacox
                                          JOSEPH HEACOX
                                          Case Manager