UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SWOPE, et al.,

    Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS,

    Defendant,

and

CITY OF DEARBORN HEIGHTS CITY COUNCIL,

    Intervening Defendant.
_____/

Case No. 24-cv-10240
HON. MARK A. GOLDSMITH

## ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL DISCOVERY (Dkt. 103)

Having reviewed Plaintiffs' motion to compel discovery (Dkt. 103), the Court orders as follows:

1. Defendants must file a response to the motion by noon on January 20, 2026.

2. Counsel for all parties must appear at the chambers of the undersigned on January 22, 2026, at 9:00 a.m. to meet with Special Master Steven H. Schwartz in an effort to resolve the motion.

3. The Court will conduct an in-person hearing on the motion, unless earlier resolved, on January 22, 2026, at 12:00 p.m.

**SO ORDERED.**

Dated: January 14, 2026  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 14, 2026.

               s/Joseph Heacox
               JOSEPH HEACOX
               Case Manager