UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kevin Swope, et al.,

                Plaintiff(s),

v.                                       Case No. 2:24−cv−10240−MAG−DRG
                                                Hon. Mark A. Goldsmith

Dearborn Heights, City of,

                Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

      Motion to Compel − #103

- MOTION HEARING:  January 26, 2026 at 09:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** +1 (646) 828−7666
**MEETING ID:**     161 040 9493

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                       By: s/Joseph Heacox
                                                             Case Manager

Dated:   January 23, 2026