## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KEVIN SWOPE, PAUL VENDERPLOW,
JERROD HART,

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS,
a Michigan Municipal Corporation,

       Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

       Intervening Defendant.

_____/

## ORDER REGARDING DISCOVERY ISSUES RESOLVED BY
## STIPULATION OF THE PARTIES

       Based on the stipulations of the parties to resolve some of the discovery issues raised in

Plaintiffs' Third (Omnibus) Motion to Compel, as placed on the record in open court on January

22, 2026, the Court orders as follows:

1.    <u>January 2026 Depositions</u>:  The Court's January 29, 2025 Order to Extend Discovery Cut-off allowed for three depositions to be held by January 20, 2026. All three depositions have been held.  There are no more discovery disputes arising from those depositions.

2.    <u>Defendant City's Answers to Plaintiffs' Interrogatories</u>:  Plaintiffs acknowledge that Defendant City submitted responsive answers to Plaintiffs' Interrogatories, although they were not signed.  Defendant City will submit signed Interrogatory Answers electronically to Plaintiffs' attorney no later than Friday, January 30, 2026.

3.    <u>Defendant City's Document Requests to Plaintiffs</u>:  There are no pending issues with Plaintiffs' Responses to Defendant City's Document Requests.

4.      <u>Defendant City's Interrogatories to Plaintiffs</u>:  There are no pending issues with Plaintiffs' Responses to Defendant City's Interrogatories to Plaintiffs.

5.      <u>Defendant Intervenor City Council's Document Requests to Plaintiffs</u>:  There are no pending issues with Plaintiffs' Responses to Defendant Intervenor City Council's Document Requests.

6.      <u>Defendant Intervenor City Council's Interrogatories to Plaintiffs</u>:  There are no pending issues with Plaintiffs' Responses to Defendant Intervenor City Council's Interrogatories.

7.      <u>Defendant City's Responses to Plaintiffs' Document Requests 21-39</u>:  Defendant City will file formal, written Responses to Plaintiffs' Document Requests 21-39, inclusive, no later than January 30, 2026.  If Plaintiffs believe these new formal, written Responses are not responsive, they may file a subsequent Motion to Compel on that issue; however, no other date in the Court's Scheduling Orders will be changed.

8.      <u>Defendant City Council's Answers to Plaintiffs Interrogatories 2 – 5, inclusive</u>:  These Interrogatories involve the cell phone providers for cell phones used by City Councilmembers (Pls. Brief, Ex. 1, pages 7-10).  The Interrogatory Answers will be limited to City Councilmembers who were in office in calendar years 2022 – 2025, inclusive.  Defendant City will assist Defendant Intervenor in obtaining this information.  These Interrogatory Answers will be submitted to Plaintiffs by Friday, January 30, 2026.

9.      <u>Defendant City's Response to Plaintiffs' Document Request 3</u>:  Plaintiffs requests documents pertaining to requests to City Council regarding fines or tickets (Pls. Brief, Ex. 5, first page of Responses to Requests for Production).  Defendant City has asserted that it provided all documents that it found (eight pages).  Plaintiffs assert that they have personal knowledge that more documents exist.  The City's I.T. Director Cooper will open up the DMS program in the presence of Plaintiff Jerrod Hart (who is familiar with the system), along with counsel for the three parties, and a City employee who will represent both Defendants.  This search will be completed by February 28, 2026.

10.      <u>Defendant City Responses to Plaintiffs' Document Request No. 4</u>:  This request involves communications about the "racial, religious, or ethnic characteristics of any police officer".  The City claims that it has appropriately searched for these documents (Pls. Brief, Ex. 5, first page of the Responses to Requests for Production).  Mr. Cooper will search the City's server for "key words" requested by Plaintiff Hart, in Mr. Hart's presence, as well as counsel for the three parties, and a City employee who will represent both Defendants.  This search will be completed by February 28, 2026.

11.     Nothing in this Order shall be construed to alter the Court's most recent Scheduling Order.

**SO ORDERED.**

Dated: January 27, 2026                          s/Mark A. Goldsmith
Detroit, Michigan                                MARK A. GOLDSMITH
                                                 United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 27, 2026.

                                                 s/Joseph Heacox
                                                 JOSEPH HEACOX
                                                 Case Manager