UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SWOPE, et al.,

      Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS,

      Defendant,

and

CITY OF DEARBORN HEIGHTS
CITY COUNCIL,

      Intervening Defendant.
_____/

Case No. 24-cv-10240
HON. MARK A. GOLDSMITH

### **ORDER STRIKING DOCUMENTS (Dkts. 111, 112, 113)**

The Court has reviewed the following documents: **Motion for Summary Judgment by Dearborn Heights City Council (Dkt. 111), Motion for Summary Judgment by City of Deaborn Heights (Dkt. 112), Index of Exhibits with Exhibits A-G by Dearborn Heights City Council (Dkt. 113).** The Court finds that they should be stricken for the following reason(s):

☐ Missing or insufficient statement of concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.).  See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  See LR 5.1(a)(2).

■ **Does not comply with the Case Management Order** in this case for the following reasons:

- Statement of Material Facts section in both motions for summary judgment are not numbered as required by Case Management Order § II.C.2.

■ **Other:**

- The Index of Exhibits (Dkt. 113) does not comply with the requirements set out in the Court's Electronic Filing Policies and Procedures. See Local Rule Appendix ECF Rule 19(b).

Accordingly, the Court strikes the documents.  Corrected filings must be made by February 11, 2026.

    **SO ORDERED.**

Dated: February 9, 2026          s/Mark A. Goldsmith  
Detroit, Michigan               MARK A. GOLDSMITH  
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 9, 2026.

                                                      s/Joseph Heacox
                                                      JOSEPH HEACOX
                                                      Case Manager