## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KEVIN SWOPE, et al,                          Case No.: 2:24-cv-10240
         Plaintiffs,                   Hon. Mark A. Goldsmith

v.

CITY OF DEARBORN HEIGHTS,
         Defendant,

And

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,
         Intervening Defendant.

_____

## INDEX OF EXHIBITS

## INTERVENING DEFENDANT THE CITY OF DEARBORN HEIGHTS CITY COUNCIL'S MOTION FOR SUMMARY JUDGMENT

**NOW COMES** INTERVENING DEFENDANT, THE CITY OF DEARBORN HEIGHTS CITY COUNCIL (the "City Council"), by and through its attorneys, GARY T. MIOTKE and HAMMOUD, DAKHLALLAH & ASSOCIATES, PLLC, and for its Index of Exhibits to its Motion for Summary Judgment pursuant to Fed. R. Civ. P. Rule 56, hereby states as follows:

1

## INDEX

| Exhibit | Description |
| --- | --- |
| A | Deposition of Jerrod Hart |
| B | Deposition of Kevin Swope |
| C | Deposition of Paul Vanderplow |
| D | Minutes of the February 29, 2024 City of Dearborn Heights City Council Meeting |
| E | Minutes of the May 14, 2024 City of Dearborn Heights City Council Meeting |
| F | Agenda and Minutes of the May 28, 2024 City of Dearborn Heights City Council Meeting |
| G | Kevin Swope December 4, 2024 Resignation Memorandum |
| H | Kevin Swope October 2, 2024 Application Materials to the City of South Haven |
| I | Dearborn Heights City Charter Section 7.1 |

Respectfully submitted,

By: */s/ Tarik D. Turfe*
Tarik D. Turfe (P83690)
Attorney for the City Council
tt@hdalawgroup.com

Dated: February 10, 2026

By: */s/Gary T. Miotke*
GARY T. MIOTKE (P41813)
Attorney for the City Council
gmiotke@miotkelawoffice.com

Dated: February 10, 2026

## CERTIFICATE OF SERVICE

I certify that on February 10, 2026, I filed a copy of the foregoing with the Clerk of the Court using the electronic filing system which will send electronic notification of this filing to all parties.

*/s/ Tarik D. Turfe*
Tarik D. Turfe (P83690)

2