# EXHIBIT D

**4-A**

# MINUTES FEBRUARY 29, 2024
## REGULAR MEETING OF THE DEARBORN HEIGHTS CITY COUNCIL

Approved for the Agenda of: 03-12-24

APPROVED Motion No. 24 - 107

**24-083** The meeting was called to order at 6:02 p.m. by Council Chairman Mo Baydoun.

Roll Call showed the following:

Present: Council Chairman Mo Baydoun, Council Chair Pro Tem Hassan Ahmad, Councilwoman Nancy Bryer, Councilman Robert Constan, Councilman Hassan Saab, Councilman Tom Wencel.

Absent: Councilwoman Denise Malinowski Maxwell.

Also Present: City Clerk Senia, Mayor Bazzi, Building & Engineering Director Watland, City Engineer Dib, Comptroller Turner, Corporation Counsel Farinha, DPW Director Conrad, Emergency Management Coordinator Ankrapp, IT Director Cooper, Library Director McCaffery, Ordinance Enforcement & Animal Control Director Dishroon, Parks & Recreation Director Sower.

The Pledge of Allegiance was led by Rose Tripepi.

The City Council, led by Council Chair Pro Tem Ahmad, presented a Certificate of Appreciation to the Annapolis High School Black Student Union.

Wayne County Commissioner David Knezek gave a presentation regarding county activity related to the City.

**24-084** Motion by Councilman Ahmad, seconded by Councilman Constan to approve the Agenda for the Regular Meeting of February 29, 2024 as submitted.

After further discussion, the motion was amended to reflect the following:

Motion by Councilman Ahmad, seconded by Councilman Constan to approve the Agenda for the Regular Meeting of February 29, 2024 as submitted, with the removal of Item 11-B – Warren Valley Golf Course Liquor License Transfer Resolution.

Motion adopted

**24-085** Motion by Councilman Saab, seconded by Councilwoman Bryer to approve the Minutes for the Regular Meeting of February 13, 2024 as submitted, as outlined in 4-A.

Motion adopted

**24-086** Motion by Councilman Saab, seconded by Councilman Constan to approve Current Claims and ACH/Wire Transfers 6-1 through 6-69 as submitted.

After further discussion, the motion was amended to reflect the following:

Motion by Councilman Saab, seconded by Councilman Constan to approve Current Claims and ACH/Wire Transfers 6-1 through 6-69 as submitted, **with the removal of Claims 6-27, 6-28, and 6-33**.

| 1 | AJAX MATERIALS CORPORATION | 6,387.20 |
| 2 | AMAZON CAPITAL SERVICES | 13,452.60 |
| 3 | AMD ENGINEERING GROUP | 16,000.00 |
| 4 | BIDIGARE CONTRACCTORS, INC | 22,969.07 |
| 5 | BOUND TREE MEDICAL, LLC | 3,443.02 |
| 6 | BROADSPIRE SERVICES INC | 11,482.40 |

| 7  | CARR'S MOTORCOACH LLC | 1,175.00 |
|----|----|----|
| 8  | CARR'S MOTORCOACH LLC | 1,550.00 |
| 9  | CARR'S MOTORCOACH LLC | 1,550.00 |
| 10 | CARR'S MOTORCOACH LLC | 1,700.00 |
| 11 | CARR'S MOTORCOACH LLC | 1,175.00 |
| 12 | CARR'S MOTORCOACH LLC | 1,050.00 |
| 13 | CARR'S MOTORCOACH LLC | 1,485.00 |
| 14 | CARR'S MOTORCOACH LLC | 1,050.00 |
| 15 | CENTRAL WAYNE COUNTY SANITATION | 7,952.00 |
| 16 | CENTRAL WAYNE COUNTY SANITATION | 43,992.19 |
| 17 | CMP DISTRIBUTORS, INC. | 2,456.00 |
| 18 | DETROIT SALT COMPANY | 5,559.50 |
| 19 | DEWOLF AND ASSOCIATES | 1,575.00 |
| 20 | DOWNRIVER UTILITY WASTEWATER AUTH | 58,719.20 |
| 21 | EMERALD RICH LAWNS, INC. | 1,780.40 |
| 22 | ENZO'S CLEANING SOLUTIONS, LLC | 1,569.15 |
| 23 | ETNA SUPPLY | 2,256.00 |
| 24 | HOME DEPOT CREDIT SERVICES | 3,169.36 |
| 25 | K&E COMPOSTING | 5,670.00 |
| 26 | K9 ACADEMY TRAINING FACILITY | 2,000.00 |
| ~~27~~ | ~~KODA GROUP INC.~~ | ~~1,650.00~~ |
| ~~28~~ | ~~KODA GROUP INC.~~ | ~~4,275.00~~ |
| 29 | OAKLAND COMMUNITY COLLEGE | 1,875.00 |
| 30 | OAKLAND COUNTY TREASURERS | 14,097.50 |
| 31 | OGLETREE DEAKINS | 12,457.50 |
| 32 | PAT MILLIKEN FORD | 2,577.36 |
| ~~33~~ | ~~PERF C/O SMIP~~ | ~~10,600.00~~ |
| 34 | PROFESSIONAL POLICE TRAINING.COM | 3,000.00 |
| 35 | QUAD-TRAN OF MICHIGAN, INC. | 7,684.00 |
| 36 | QUAD-TRAN OF MICHIGAN, INC. | 3,214.72 |
| 37 | RAYNOR OVERHEAD DOOR CORP. | 1,820.00 |
| 38 | S & R EVENT RENTAL | 4,628.38 |
| 39 | STAPLES | 4,187.32 |
| 40 | STATE OF MICHIGAN – EGLE | 5,000.00 |
| 41 | TELEFLEX LLC | 2,415.50 |
| 42 | TIREHUB, LLC | 3,397.65 |
| 43 | WADE TRIM | 1,452.50 |
| 44 | WADE TRIM | 2,550.00 |

| 45 | WADE TRIM | 3,725.00 |
|---|---|---|
| 46 | WADE TRIM | 3,982.50 |
| 47 | WADE TRIM | 7,476.00 |
| 48 | WADE TRIM | 12,578.75 |
| 49 | WADE TRIM | 8,886.25 |
| 50 | WADE TRIM | 35,025.30 |
| 51 | WADE TRIM | 10,073.40 |
| 52 | WADE TRIM | 16,527.50 |
| 53 | WADE TRIM | 5,201.88 |
| 54 | WADE TRIM | 1,545.80 |
| 55 | WADE TRIM | 8,642.50 |
| 56 | WADE TRIM | 26,885.73 |
| 57 | WADE TRIM | 4,982.50 |
| 58 | WADE TRIM | 14,663.20 |
| 59 | WADE TRIM | 26,316.88 |
| 60 | WADE TRIM | 12,492.50 |
| 61 | WADE TRIM | 5,080.00 |
| 62 | WADE TRIM | 1,450.00 |
| 63 | WAYNE COUNTY | 476,294.79 |
| 64 | WAYNE COUNTY | 4,500.00 |
| 65 | WAYNE COUNTY | 54,511.53 |
| 66 | WAYNE COUNTY | 476,294.79 |
| 67 | WAYNE COUNTY | 4,500.00 |
| 68 | WAYNE COUNTY | 104,144.67 |
| 69 | WILLY BOWLES | 7,280.00 |

Motion adopted

24-087  Motion by Councilman Ahmad, seconded by Councilman Saab to approve the purchase and payment of thirty-five (35) trees to replace trees removed from the Rights-of-Way by the DPW from CQC Landscaping who offered the lowest quote of $20,825.00. In addition, authorize the Mayor and Comptroller or Clerk to sign the warrant upon receipt and authorize the Treasurer to issue payment. Funds for this purchase will be from Tree Removal Permit Account 101-000-283-440, as outlined in 7-A. Per DPW Director Conrad communication dated February 7, 2024.

Motion adopted

24-088  Motion by Councilman Ahmad, seconded by Councilman Saab to award the bid for the JFK Library Roof Repair to Newton Crane Roofing for a total of $8,000.00 and authorize the Comptroller to return the bid bonds to the unsuccessful bidders. In addition, authorize the Mayor and Comptroller or Clerk to sign the necessary warrants and the Treasurer to issue payment from Account 738-738-931.000. Further, approve a budget amendment increasing this account by $8,000.00 which will be drawn from the Library Balance, as outlined in 7-B. Per Library Director McCaffery communication dated February 15, 2024.

Motion adopted

24-089   Motion by Councilman Constan, seconded by Councilwoman Bryer to concur with the Mayoral appointment of Chastity Townsend to the Board of Review, term to expire January 2026. This is to fill a vacancy left by Jennifer Gross. In addition, concur with the Mayoral re-appointment of Nicole Miller to the Board of Review, term to expire January 2027. Further, approve the addition of an alternate position to the Board of Review to cover unexpected absences, and concur with the Mayoral appointment of Khalil Ajami to this position, term to expire January 2026, as outlined in 8-A. Per Mayor Bazzi communication dated February 20, 2024.

After further discussion the motion was amended to reflect the following:

Motion by Councilman Constan, seconded by Councilwoman Bryer to concur with the Mayoral appointment of Chastity Townsend to the Board of Review, term to expire January **2025**. This is to fill a vacancy left by Jennifer Gross. In addition, concur with the Mayoral re-appointment of Nicole Miller to the Board of Review, term to expire January 2027, as outlined in 8-A. Per Mayor Bazzi communication dated February 20, 2024.

Motion adopted

24-090   Motion by Councilman Saab, seconded by Councilman Constan to approve the following proposed salary increases:

1. Adjustment to the salary ranges for the specified director positions
2. Wage improvement for the specified non-union positions who have served for at least one (1) year

as outlined in the amended material for Item 8-B. Per Mayor Bazzi communication dated February 20, 2024.

Ayes:   None.
Nayes:  Council Chairman Baydoun, Council Chair Pro Tem Ahmad, Councilwoman Bryer, Councilman Saab, Councilman Constan, Councilman Wencel.
Absent: Councilwoman Malinowski Maxwell.

Motion defeated

24-091   Motion by Councilman Saab, seconded by Councilman Constan to approve the Food Truck Park as requested by the Building Department to comply with the City Ordinances for permitting and licenses, as outlined in 9-A. Per Building & Engineering Director Watland communication dated February 7, 2024.

Motion adopted

24-092   Motion by Councilman Ahmad, seconded by Councilman Constan to approve the purchase and payment of one (1) Canon XF605 4K UHD Pro Camcorder for WDHT as a replacement for aging equipment at a price not to exceed $4,299.00 based on the lowest quote. In addition, authorize the Mayor and Comptroller or Clerk to sign the necessary warrants and the Treasurer to issue payment from PEG Funds Account #101-809-981.001, as outlined in 9-B. Per IT Director Cooper communication dated February 6, 2024.

Motion adopted

24-093   Motion by Councilwoman Bryer, seconded by Councilman Ahmad to approve the retention of services of the Grant Scout to develop a grant application for a MDNR Trust Fund Grant in the amount of $5,000.00. This grant is for additional funding to complete the Van Houten Park Project and the Heather Lane Park Project. Funds for this will be taken from the Parks & Recreation budget Account #101-691-981.000, as outlined in 9-C. Per Parks & Recreation Director Sower communication dated February 15, 2024.

Motion adopted

**24-094** Motion by Councilwoman Bryer, seconded by Councilman Constan to approve the Memorandum of Understanding (MOU) between the City of Dearborn Heights and MKR Investment, owners of the property located at 26615 Ford Road. This MOU governs the proposed use of the adjacent store that is part of the commercial parcel, as outlined in 9-D. Per Corporation Counsel Farinha communication dated February 20, 2024.

    Ayes: None.
    Nayes: Council Chairman Baydoun, Council Chair Pro Tem Ahmad, Councilwoman Bryer, Councilman Saab, Councilman Constan, Councilman Wencel.
    Absent: Councilwoman Malinowski Maxwell.

Motion defeated

**24-095** Motion by Councilman Saab, seconded by Councilwoman Bryer that Proposed Ordinance H-24-01, an ordinance of the City of Dearborn Heights to amend the Code of Ordinances to add Chapter 40 - Post-Construction Stormwater Management, be considered read for the first time, as outlined in 11-A. Per City Engineer Dib communication dated February 20, 2024.

After further discussion the motion was amended to reflect the following:

Motion by Councilman Saab, seconded by Councilwoman Bryer that Proposed Ordinance H-24-01, an ordinance of the City of Dearborn Heights to amend the Code of Ordinances to add Chapter 40 - Post-Construction Stormwater Management, be considered read for the first **and second** time, as outlined in 11-A. Per City Engineer Dib communication dated February 20, 2024.

Motion adopted

**24-096** Motion by Councilman Ahmad, seconded by Councilman Constan to approve the temporary food truck/tent/cart license renewal for El-Sayed Meat On The Go, and the temporary food truck/tent/cart license application for BeiRock Taco Truck, as outlined in 13-A.

Motion adopted

**24-097** Motion by Councilman Saab, seconded by Councilman Ahmad to approve the business license renewal for Famous Auto Center at 25996 Van Born, as outlined in 13-B.

After further discussion the motion was amended to reflect the following:

Motion by Councilman Saab, seconded by Councilman Ahmad to table the business license renewal for Famous Auto Center at 25996 Van Born until the next City Council Regular Meeting scheduled for March 12, 2024.

Motion adopted

**24-098** Motion by Councilman Ahmad, seconded by Councilman Saab to adjourn the Dearborn Heights City Council Regular Meeting.

Motion adopted

The meeting adjourned at 9:33 p.m.

**LYNNE M. SENIA**
**CITY CLERK**

**MO BAYDOUN**
**COUNCIL CHAIRMAN**

**GEORGANNE SEMENIUK**
**COUNCIL SECRETARY**