# EXHIBIT E

**4-A**

**MINUTES MAY 14, 2024**
## REGULAR MEETING OF THE DEARBORN HEIGHTS CITY COUNCIL

| | |
|---|---|
| Approved for the Agenda of: | |
| 05-28-24 | |

| APPROVED |
|---|
| Motion No. |
| **24 - 218** |

**24-185**  The meeting was called to order at 6:33 p.m. by Council Chairman Mo Baydoun.

Roll Call showed the following:

Present:  Council Chairman Mo Baydoun, Councilwoman Nancy Bryer, Councilman Robert Constan, Councilman Hassan Saab, Councilman Tom Wencel.

Absent:  Council Chair Pro Tem Hassan Ahmad, Councilwoman Denise Malinowski Maxwell.

Also Present:  City Clerk Senia, Treasurer Hicks-Clayton, Building & Engineering Director Watland, City Engineer Dib, Interim Comptroller Turner, Emergency Management Coordinator Farhat, Fire Chief Brogan, IT Director Cooper, Library Director McCaffery, Ordinance Enforcement & Animal Control Director Dishroon, Parks & Recreation Director Sower.

The Pledge of Allegiance was led by Treasurer Hicks-Clayton.

**24-186**  Motion by Councilman Saab, seconded by Councilwoman Bryer to approve the Agenda for the Regular Meeting of May 14, 2024 as submitted.

Motion adopted

**24-187**  Motion by Councilman Constan, seconded by Councilman Saab to approve the Minutes for the Regular Meeting of April 23, 2024, as outlined in 4-A.

Motion adopted

**24-188**  Motion by Councilman Saab, seconded by Councilman Constan to approve the Minutes for the Special Meeting of May 7, 2024, as outlined in 4-B.

Motion adopted

*PER COUNCIL MOTION 24-190, THE FOLLOWING COUNCIL MOTION (24-189) WAS RESCINDED*

**24-189**  *Motion by Councilman Saab, seconded by Councilman Wencel to approve Current Claims and ACH/Wire Transfers 6-1 through 6-80 as submitted.*

*After further discussion, the motion was amended to reflect the following:*

*Motion by Councilman Saab, seconded by Councilman Wencel to approve Current Claims and ACH/Wire Transfers 6-1 through 6-80 as submitted, with the removal of Claims 6-33, 6-41, 6-51, 6-52, and 6-53.*

*Motion adopted*

**24-190**  Motion by Council Chairman Baydoun, seconded by Councilman Wencel to rescind Council Motion 24-189.

Motion adopted

**24-191**  Motion by Councilman Saab, seconded by Councilman Wencel to approve Current Claims and ACH/Wire Transfers 6-1 through 6-80 as submitted.

After further discussion, the motion was amended to reflect the following:

Motion by Councilman Saab, seconded by Councilman Wencel to approve Current Claims and ACH/Wire Transfers 6-1 through 6-80 as submitted, with the removal of Claims 6-33, 6-38, 6-41, 6-51, 6-52, and 6-53.

| 1 | ALL POINTS SERVICING | $2,300.00 |
| 2 | BILL BROWN FORD, INC. | $3,405.28 |
| 3 | BILL'S GARAGE | $4,224.83 |
| 4 | BOWLES BROTHERS SERVICES | $3,640.00 |
| 5 | BRATCHER ELECTRIC INC. | $2,450.00 |
| 6 | CARR'S MOTORCOACH LLC | $1,175.00 |
| 7 | CARR'S MOTORCOACH LLC | $1,175.00 |
| 8 | CARR'S MOTORCOACH LLC | $1,250.00 |
| 9 | CARR'S MOTORCOACH LLC | $1,250.00 |
| 10 | CARR'S MOTORCOACH LLC | $1,150.00 |
| 11 | CARR'S MOTORCOACH LLC | $1,300.00 |
| 12 | CENTRAL WAYNE COUNTY SANITATION | $43,920.86 |
| 13 | CENTRAL WAYNE COUNTY SANITATION | $7,952.00 |
| 14 | DETROIT SALT COMPANY | $5,435.64 |
| 15 | DETROIT SALT COMPANY | $5,670.15 |
| 16 | DETROIT SALT COMPANY | $14,977.46 |
| 17 | DETROIT SALT COMPANY | $6,121.01 |
| 18 | DETROIT SALT COMPANY | $14,042.71 |
| 19 | DETROIT SALT COMPANY | $2,870.86 |
| 20 | DETROIT SALT COMPANY | $16,653.17 |
| 21 | DETROIT SALT COMPANY | $8,410.54 |
| 22 | DORNBOS SIGN INC | $2,520.71 |
| 23 | DUKE'S ROOT CONTROL INC. | $9,442.88 |
| 24 | DUKE'S ROOT CONTROL INC. | $24,234.00 |
| 25 | DUKE'S ROOT CONTROL INC. | $16,582.90 |
| 26 | EJ USA, INC. | $4,057.68 |
| 27 | EJ USA, INC. | $4,057.68 |
| 28 | ENTERPRISE FM TRUST | $5,515.38 |
| 29 | ENTERPRISE FM TRUST | $2,312.94 |
| 30 | ETNA SUPPLY | $3,750.00 |
| 31 | FASTPRINTINGNOW INC. | $1,870.00 |
| 32 | FRAZA | $4,080.00 |
| ~~33~~ | ~~GRAYS OUTDOOR SERVICES L.L.C.~~ | ~~$11,000.00~~ |
| 34 | GREAT LAKES WATER AUTHORITY | $9,982.70 |
| 35 | GREAT LAKES WATER AUTHORITY | $344,267.77 |
| 36 | GUARDIAN ALARM COMPANY | $1,662.03 |
| 37 | HAGOPIAN CLEANING SERVICES | $2,357.00 |
| ~~38~~ | ~~HYDROCORP~~ | ~~$3,721.50~~ |

| | | |
|---|---|---|
| 39 | KONICA MINOLTA BUSINESS SOLUTIONS | $1,892.68 |
| 40 | KORTE'S COLLISION | $3,648.30 |
| 41 | LED LION, INC | $3,900.00 |
| 42 | MAS DME, LLC | $7,125.00 |
| 43 | MATTHEW BENDER & CO. | $2,321.24 |
| 44 | MICHIGAN HUMANE SOCIETY | $4,832.25 |
| 45 | MOBILE COMMUNICATION SERV INC | $2,750.00 |
| 46 | NEW IMAGE BUILDING SERVICES, LLC | $2,852.01 |
| 47 | NOVA STAR PRODUCTIONS LLC | $3,000.00 |
| 48 | OAKLAND COUNTY TREASURERS | $16,210.50 |
| 49 | OGLETREE DEAKINS | $4,070.00 |
| 50 | ON TARGET LIVING, LLC | $2,112.56 |
| 51 | O'REILLY RANCILIO P.C. | $6,000.00 |
| 52 | PERF C/O SMIP | $10,600.00 |
| 53 | PERKINS LAW GROUP | $1,575.00 |
| 54 | PLANTE & MORAN PLLC | $40,328.63 |
| 55 | PLANTE & MORAN PLLC | $25,688.63 |
| 56 | PLETKOVIC LAW PLLC | $2,175.00 |
| 57 | PRIORITY WASTE LLC | $213,465.28 |
| 58 | QUAD-TRAN OF MICHIGAN, INC. | $4,084.48 |
| 59 | QUAD-TRAN OF MICHIGAN, INC. | $7,684.00 |
| 60 | RKA PETROLEUM COMPANIES, INC | $11,021.56 |
| 61 | SAAD LAW, PLLC | $5,265.00 |
| 62 | SAFEWARE, INC | $3,017.06 |
| 63 | SITEONE LANDSCAPE SUPPLY, LLC | $10,454.75 |
| 64 | SMITH IMAGING SOLUTIONS | $2,741.00 |
| 65 | STAPLES | $1,727.72 |
| 66 | SYSTEMP CORPORATION | $2,929.34 |
| 67 | THE ACCUMED GROUP | $11,476.76 |
| 68 | THE LIBRARY NETWORK | $2,407.66 |
| 69 | THE LIBRARY NETWORK | $2,651.19 |
| 70 | THE LIBRARY NETWORK | $7,727.81 |
| 71 | THE LIBRARY NETWORK | $10,110.35 |
| 72 | WADE TRIM | $12,558.27 |
| 73 | WADE TRIM | $3,532.55 |
| 74 | WADE TRIM | $3,315.00 |
| 75 | WADE TRIM | $18,095.00 |
| 76 | WADE TRIM | $11,380.00 |

| 77 | WAYNE COUNTY | $476,294.79 |
| 78 | WAYNE COUNTY | $4,500.00 |
| 79 | WAYNE COUNTY | $104,144.67 |
| 80 | WAYNE COUNTY ACCOUNTS RECEIVABLE | $1,534.75 |

Motion adopted

**24-192** Motion by Councilman Constan, seconded by Councilman Saab to accept the Letter of Engagement from Miller, Canfield, Paddock and Stone P.L.C. to serve as Bond Counsel for the City for a cost not to exceed $37,500.00 to be paid from the General Fund #592-536-817.000, as outlined in 8-A. Per Mayor Bazzi communication dated May 6, 2024.

Motion adopted

**24-193** Motion by Councilman Saab, seconded by Councilwoman Bryer to approve the Escheatment Policy & Procedure provided by the Treasurer, as outlined in 9-A. Per Treasurer Hicks-Clayton communication dated May 6, 2024.

Ayes:    Council Chairman Baydoun, Councilwoman Bryer, Councilman Saab, Councilman Wencel.
Nays:    Councilman Constan.
Absent:  Council Chair Pro Tem Ahmad, Councilwoman Malinowski Maxwell.

Motion adopted

**24-194** Motion by Councilwoman Bryer, seconded by Councilman Constan to concur with the recommendation of the Assessor's Office and approve the retention of John R. Widmer Jr. MAI of Frohm & Widmer, Inc for completion of the valuation work on the current Entire Tax Tribunal case 23-001869 VTP Carriage Park, LLC v. City of Dearborn Heights. In addition, authorize the Mayor and Clerk to sign the agreement on behalf of the City, and the Treasurer to issue payment of the invoice, as outlined in 9-B. Per Assessor Comer communication dated May 6, 2024.

Motion adopted

**24-195** Motion by Councilman Saab, seconded by Councilman Constan to approve the Building Department budget amendments to decrease the Part Time Account #101-371-707.100 by $11,000.00, and to increase the Committee Fees Account #101-371-712.000 by $1,000.00 and Overtime Account #101-371-709.000 by $10,000.00, as outlined in 9-C. Per Building & Engineering Director Watland communication dated April 8, 2024.

Motion adopted

**24-196** Motion by Councilman Saab, seconded by Councilman Constan to approve the lease agreements for three (3) Ford F-150 4x4 Supercrew XLT(s) for a period of 36 months / 10,500 miles per year with a total down payment of $15,337.30, and a monthly payment of $1,621.18 as designated per the Mission Ford quotes. In addition, authorize the Mayor, City Clerk, and Building & Engineering Director to sign any documents relating to the lease of the three (3) trucks, along with any modifications as needed. Further, authorize Mayor and Comptroller or Clerk to sign for the downpayment and future lease payments and the Treasurer to issue payment from Account #101-371-816.000, as outlined in 9-D. Per Building & Engineering Director Watland communication dated April 4, 2024.

Motion adopted

**24-197** Motion by Councilman Saab, seconded by Councilman Constan to approve the Lower Rouge CSO L-42 Sewer Separation Project Scope Modification Contract Change Order #5 for $77,312.17 for a new contract total of $12,961,302.70 (including previously approved change orders). In addition, authorize the Mayor and Comptroller or Clerk to sign the necessary warrants and the Treasurer to issue payments from Account #592-537-981.005 and P.O. #22-535, as outlined in 9-E. Per City Engineer Dib communication dated May 7, 2024.

Motion adopted

**24-198** Motion by Councilman Saab, seconded by Councilwoman Bryer to approve the budget amendment to Account #101-305-706.000 for full time Emergency Manager salary through June 30, 2024, as outlined in 9-F. Per Interim Comptroller Turner communication dated May 8, 2024.

Ayes: Council Chairman Baydoun, Councilwoman Bryer, Councilman Constan.
Nays: Councilman Saab, Councilman Wencel.
Absent: Council Chair Pro Tem Ahmad, Councilwoman Malinowski Maxwell.

Motion adopted

**24-199** Motion by Councilman Saab, seconded by Councilman Constan to authorize the purchase and payment of three (3) APC Smart-UPS 1500, two (2) APC Back-UPs Pro 1000V, and one (1) APC Back-UPs 650 UPS from CDWG for use at the Justice Center. In addition, authorize payment of $1,235.65 from Account #101-258-932.000 and payment of $1,624.20 from Account #265-000-636.200, as outlined in 9-G. Per IT Director Cooper communication dated April 29, 2024.

Motion adopted

**24-200** Motion by Councilman Constan, seconded by Councilman Saab to authorize the purchase and payment of twelve (12) Samsung Active 4 Pro Tablets from SHI for use by Department of Public Works field crews for a total cost of $8,568.00 to be paid from Account #101-258-981.000, as outlined in 9-H. Per IT Director Cooper communication dated May 6, 2024.

Motion adopted

**24-201** Motion by Councilwoman Bryer, seconded by Councilman Wencel to approve the disbursement of the Dearborn Heights Youth Organizations Allotments as follows:

| | |
|---|---|
| Dearborn Heights Panthers | $5,400.00 |
| Dearborn Heights Raiders | $1,950.00 |
| District 7 Basketball | $2,970.00 |

In addition, authorize these funds to be taken from the 2023-2024 Parks & Recreation Budget Account #691-887, as outlined in 9-I. Per Parks & Recreation Director Sower communication dated April 25, 2024.

Motion adopted

**24-202** Motion by Councilman Saab, seconded by Councilwoman Bryer to approve the contract between the City and Antonio's of Dearborn Heights Inc. for the 2024 Dearborn Heights Summer Fest, and authorize the Mayor and Clerk to sign the contract on behalf of the City, as outlined in 9-J. Per Parks & Recreation Director Sower communication dated April 29, 2024.

Motion adopted

**24-203** Motion by Councilwoman Bryer, seconded by Councilman Wencel to approve the Liquor License Application to sell beer and wine at the 2024 Summer Fest and 2024 Concert Series, and authorize the Mayor and Clerk to sign the application to be submitted to the Liquor Control Commission, as outlined in 9-K. Per Parks & Recreation Director Sower communication dated May 1, 2024.

Motion adopted

**24-204** Motion by Councilman Saab, seconded by Councilman Constan to approve the Interlocal Cooperation Agreement for the assignment of the School Resource Officers between the City of Dearborn Heights and Crestwood School District, Westwood School District, Dearborn Heights District 7, and Star International Academy, as outlined in 9-B. Per Police Operations Director Swope communication dated April 17, 2024.

Motion adopted

**24-205** Motion by Councilman Saab, seconded by Councilman Constan to approve the Notice of Intent Resolution for the 2024 Capital Improvement Bonds for the drinking Water State Revolving Fund Project (DWSRF), as outlined in 11-A. Per City Engineer Dib communication dated May 6, 2024.

Motion adopted

**24-206** Motion by Councilman Saab, seconded by Councilwoman Bryer to approve the resolution supporting the implementation of the Ground Emergency Medical Transportation Program in Michigan, as outlined in 11-B. Per Mayor Bazzi communication dated May 7, 2024.

Motion adopted

**24-207** Motion by Councilman Constan, seconded by Councilwoman Bryer to approve the Business License Renewals for Happy Wealthy 168 LLC at 5680 N. Telegraph, Red Lobster Hospitality LLC at 6850 N. Telegraph, Applebees #8085 at 26582 Ford, Uncle Ray's Place at 24502 Warren, and 342 Bar & Grill at 3932 Pelham, as outlined in 13-A.

Motion adopted

**24-208** Motion by Councilman Saab, seconded by Councilman Constan to approve the temporary food truck/tent/cart license applications for Hanky Panky Donuts and Blazin Hot Wings, and renewal applications for Burgeratti and Chicken Cheese, as outlined in 13-B.

Ayes:    Council Chairman Baydoun, Councilwoman Bryer.
Nays:    Councilman Constan, Councilman Saab, Councilman Wencel.
Absent:  Council Chair Pro Tem Ahmad, Councilwoman Malinowski Maxwell.

Motion defeated

**24-209** Motion by Councilman Saab, seconded by Councilwoman Bryer to adjourn the Dearborn Heights City Council Regular Meeting.

Motion unanimously adopted

The meeting adjourned at 9:57 p.m.

**LYNNE M. SENIA**          **MO BAYDOUN**
**CITY CLERK**              **COUNCIL CHAIRMAN**

**GEORGANNE SEMENIUK**
**COUNCIL SECRETARY**