# EXHIBIT F



# City of Dearborn Heights
6045 FENTON • DEARBORN HEIGHTS, MICHIGAN 48127

**Mo Baydoun**
Council Chairman

Study Sessions and City Council Meetings shall be attended in person by City Council Members. Members of the public have the option of attending in person or virtually.

Purpose: **6:00 p.m. CITY COUNCIL REGULAR MEETING**

Location: **City Hall Council Chambers - 6045 Fenton**

Date: **Tuesday, May 28, 2024**

## Join Zoom Meeting
https://us06web.zoom.us/j/81346693638?pwd=ReLf6HeGd1RgG1CrVzpPdKzVQQuC6m.1

**Meeting ID:** 813 4669 3638
**Passcode:** 105411

### One tap mobile
+13017158592,,81346693638#,,,,*105411# US (Washington DC)
+13052241968,,81346693638#,,,,*105411# US

### Dial by your location
- +1 301 715 8592 US (Washington DC)
- +1 309 205 3325 US
- +1 312 626 6799 US (Chicago)
- +1 646 876 9923 US (New York)
- +1 646 931 3860 US
- +1 507 473 4847 US
- +1 564 217 2000 US
- +1 669 444 9171 US
- +1 669 900 6833 US (San Jose)
- +1 689 278 1000 US
- +1 719 359 4580 US
- +1 253 215 8782 US (Tacoma)
- +1 346 248 7799 US (Houston)
- +1 360 209 5623 US
- +1 386 347 5053 US
- +1 408 638 0968 US (San Jose)

Find your local number: https://us06web.zoom.us/u/kxqfrG58k

Persons who may wish to contact members of the City Council to provide input or to ask questions on any business that will come before the City Council at the meetings are to contact City Clerk Senia at 313-791-3434 or email at clerks@dearbornheightsmi.gov before 5:00 p.m. on the day of the meeting. For participation during the meeting, click on the Zoom link to enter the meeting room and raise your "zoom" hand to indicate that you have a question. You can also contact the WDHT-TV Staff at any of the above phone numbers.

Council Chairman: (313) 641-0100 • City Clerk: (313) 791-3435
mabaydoun@dearbornheightsmi.gov

1

# ORDER OF BUSINESS MAY 28, 2024
# REGULAR MEETING OF THE DEARBORN HEIGHTS CITY COUNCIL

1. **CALL OF MEMBERS**

2. **PLEDGE OF ALLEGIANCE**
   - A   City Council - Resident Recognition

3. **AGENDA APPROVAL**

4. **APPROVAL OF MINUTES**
   - A   Minutes from the Regular Meeting of May 14, 2024
   - B   Minutes from the Special Meeting of May 21, 2024

5. **PUBLIC HEARINGS AND COMMENT ON AGENDA ITEMS**

6. **FUND TRANSFERS AND CURRENT CLAIMS**
   - A   Claims and ACH/Wire Transfers 6-1 thru 6-55

7. **CONSIDERATION OF BIDS**
   - A   CEDD Director Jamal - Bid Award - Residential Appraising Services
   - B   City Engineer Dib - Bid Award - Lower Rouge CSO Area L-41 Project
   - C   Parks & Recreation Director Sower - Bid Award - Canfield Center Marquee Sign
   - D   Parks & Recreation Director Sower - Bid Award - Richard A. Young Center Men's and Women's Saunas
   - E   Police Operations Director Swope - Bid Award - Accountability & Oversight

8. **REPORTS FROM MAYOR**
   - A   Payment of IB Electric Invoices

9. **REPORTS FROM CITY OFFICIALS**
   - A   Treasurer Hicks-Clayton - Delinquent Personal Property Tax - Striking
   - B   ADDED AT MEETING - Claim 6-38 PERF C/O SMIP

10. **PETITIONS FROM CITIZENS**

11. **ORDINANCES AND RESOLUTIONS**
    - A   Resolution of the Council of the City of Dearborn Heights, Michigan Adopting an

2

       Operating Budget for the Fiscal Year Beginning July 1, 2024 and Ending June 30, 2025

    B    Treasurer Hicks-Clayton - Administrative Fee Collection Resolution - Tax Year 2024

    C    Councilman Saab - Resolution Restricting the Reallocation of Budgeted Funds Without Council Approval

    D    City Engineer Dib - Resolution for Tentative Contract Award for Clean Water State Revolving Fund (CWSRF) Project

    E    City Engineer Dib - First Reading of Proposed Ordinance H-24-02 - Bond Authorizing Clean Water State Revolving Fund (CWSRF) Loan/Principal Forgiveness

    F    Councilman Saab - Resolution Establishing a 12-Month Application Stay

12. **COMMUNICATIONS**

13. **NEW BUSINESS**

    A    Temporary Food Truck/Tent/Cart License Applications & License Renewal Applications - Burgeratti, Hanky Panky Donuts, Chicken Cheese, Blazin Hot Wings, and Catrina Mia

    B    Business License Renewals & Business License Application - Automania, LLC, Go 2 Motorcity LLC, and Kars R Us Auto Sales, LLC

    C    Business License Renewal - Stitt Post #232 (American Legion)

14. **MEMBERS OF THE PUBLIC**

    A    Comments from Council Members

    B    Announcements

    C    Public Comments

15. **ADJOURNMENT**

3

# MINUTES MAY 28, 2024
## REGULAR MEETING OF THE DEARBORN HEIGHTS CITY COUNCIL

Approved for the Agenda of: 06-11-24

APPROVED Motion No. 24 - 242

24-216  The meeting was called to order at 6:04 p.m. by Council Chairman Mo Baydoun.

Roll Call showed the following:

Present: Council Chairman Mo Baydoun, Council Chair Pro Tem Hassan Ahmad, Councilwoman Nancy Bryer, Councilman Robert Constan, Councilwoman Denise Malinowski Maxwell, Councilman Hassan Saab.

Absent: Councilman Tom Wencel (arrived at 7:34 p.m.).

Also Present: City Clerk Senia, Mayor Bazzi, Treasurer Hicks-Clayton, Building & Engineering Director Watland, Chief of Staff Hernandez, City Engineer Dib, CEDD Director Jamal, Interim Comptroller Turner, DPW Director Conrad, Fire Chief Brogan, IT Director Cooper, Library Director McCaffery, Ordinance Enforcement & Animal Control Director Dishroon, Parks & Recreation Director Sower.

The Pledge of Allegiance was led by Police Officer Faten Shokr.

24-217  Motion by Councilman Ahmad, seconded by Councilman Saab to approve the Agenda for the Regular Meeting of May 28, 2024 as submitted.

Motion adopted

24-218  Motion by Councilman Saab, seconded by Councilwoman Bryer to approve the Minutes for the Regular Meeting of May 14, 2024, as outlined in 4-A.

Motion adopted

24-219  Motion by Councilman Saab, seconded by Councilman Ahmad to approve the Minutes for the Special Meeting of May 21, 2024, as outlined in 4-B.

Motion adopted

24-220  Motion by Councilman Ahmad, seconded by Councilman Saab to approve Current Claims and ACH/Wire Transfers 6-1 through 6-55 as submitted.

After further discussion, the motion was amended to reflect the following:

Motion by Councilman Ahmad, seconded by Councilman Saab to approve Current Claims and ACH/Wire Transfers 6-1 through 6-55 as submitted, with the removal of Claims 6-36 and 6-39, and the removal of 6-38 that it be re-added to the Agenda as Item 9-B so that it may be considered separately.

| | | |
|---|---|---|
| 1 | ALLIED BUILDING SERVICES OF DETROIT | $2,343.57 |
| 2 | ALLIED BUILDING SERVICES OF DETROIT | $2,776.30 |
| 3 | ARTISTIC LANDSCAPING & LAWN | $2,444.81 |
| 4 | ARTISTIC LANDSCAPING & LAWN | $4,285.71 |
| 5 | AXON ENTERPRISE, INC. | $1,719.59 |
| 6 | AXON ENTERPRISE, INC. | $2,148.35 |

| # | Name | Amount |
|---|------|--------|
| 7 | BASSAM SALEH | $1,750.00 |
| 8 | BRATCHER ELECTRIC INC. | $2,450.00 |
| 9 | BRENDEL'S SEPTIC TANK SERVICE LLC | $2,745.00 |
| 10 | CITY OF DEARBORN | $32,519.75 |
| 11 | CITY OF TAYLOR | $1,576.24 |
| 12 | CMP DISTRIBUTORS, INC. | $3,669.00 |
| 13 | CUMMINS SALES AND SERVICE | $2,945.76 |
| 14 | DETROIT TIGERS INC. | $1,792.00 |
| 15 | DOWNRIVER UTILITY WASTEWATER AUTH | $58,719.20 |
| 16 | DTOUR ENTERTAINMENT | $2,000.00 |
| 17 | DUKE'S ROOT CONTROL INC. | $9,731.29 |
| 18 | EFFECTV | $2,099.50 |
| 19 | EJ USA, INC. | $4,135.02 |
| 20 | EJ USA, INC. | $4,135.02 |
| 21 | EJ USA, INC. | $3,980.35 |
| 22 | ENTERPRISE FM TRUST | $5,024.13 |
| 23 | GRAINGER | $2,968.29 |
| 24 | GRAYS OUTDOOR SERVICES L.L.C. | $11,000.00 |
| 25 | HOME DEPOT CREDIT SERVICES | $3,349.89 |
| 26 | HYDROCORP | $3,721.50 |
| 27 | KLA LABORATORIES, INC | $8,917.90 |
| 28 | LARDNER ELEVATOR COMPANY | $13,650.00 |
| 29 | LED LION, INC | $3,900.00 |
| 30 | MAGIC BUS BAND LLC | $1,500.00 |
| 31 | METRO CARPET & FLOORS | $1,824.00 |
| 32 | MICHAEL FEDORKA | $1,500.00 |
| 33 | NEW IMAGE BUILDING SERVICES, LLC | $2,852.01 |
| 34 | NONA AGENCY / NABIL NONA | $2,258.13 |
| 35 | NOVA STAR PRODUCTIONS LLC | $3,000.00 |
| 36 | ~~O'REILLY RANCILIO P.C.~~ | ~~$6,800.00~~ |
| 37 | PAT MILLIKEN FORD | $4,252.06 |
| 38 | ~~PERF C/O SMIP~~ | ~~$10,600.00~~ |
| 39 | ~~PERKINS LAW GROUP~~ | ~~$1,575.00~~ |
| 40 | PINPOINT PRESSURE WASH | $1,500.00 |
| 41 | RKA PETROLEUM COMPANIES, INC | $1,953.48 |

| 42 | ROBERT SCHURIG | $1,934.72 |
|---|---|---|
| 43 | SHANIC GROUP | $2,524.88 |
| 44 | TELEFLEX LLC | $2,750.00 |
| 45 | URBAN TREE TRIMMING | $6,300.00 |
| 46 | WADE TRIM | $2,072.00 |
| 47 | WADE TRIM | $2,138.68 |
| 48 | WADE TRIM | $2,973.60 |
| 49 | WADE TRIM | $3,119.56 |
| 50 | WADE TRIM | $7,434.26 |
| 51 | WADE TRIM | $8,650.00 |
| 52 | WADE TRIM | $87,306.25 |
| 53 | WAYNE COUNTY | $476,294.79 |
| 54 | WAYNE COUNTY | $4,500.00 |
| 55 | AMAZON | $16,008.25 |

Motion adopted

24-221 Motion by Councilman Ahmad, seconded by Councilwoman Bryer to award the bid for Residential Appraising Servies to Judeh Associate and authorize the Mayor and Clerk to sign the contract on behalf of the City. In addition, authorize the Mayor and Comptroller or Clerk to approve the expenditure warrants, and the Treasurer to pay them periodically in amounts not to exceed $450.00 per appraisal according to the City Charter - Chapter VIII – Section 8.9, as outlined in 7-A. Per CEDD Director Jamal communication dated May 21, 2024.

Motion adopted

24-222 Motion by Councilwoman Bryer, seconded by Councilman Constan to award the bid for the Lower Rouge CSO Design CSO Area L-41 to Pamar Enterprises as the lowest bidder with a cost-not-to-exceed budget of $4,460,974.70. In addition, authorize the attached construction budget be approved based on the contract bid, and authorize the Mayor and Clerk to sign the contract agreement on behalf of the City, as outlined in 7-B. Per City Engineer Dib communication dated May 23, 2024.

Motion adopted

24-223 Motion by Councilwoman Bryer, seconded by Councilman Ahmad to award the bid for the Canfield Marquee Sign to The Led Lion, Inc. in the amount of $69,382.50, which allows for a 10% owner's reserve due to possible hidden electrical issues. In addition, authorize the Mayor and Comptroller or Clerk to sign the necessary warrants and the Treasurer to issue payment from the 2023-24 Parks & Recreation Budget account #691-981, as outlined in 7-C. Per Parks & Recreation Director Sower communication dated May 16, 2024.

Ayes: Council Chairman Baydoun, Council Chair Pro Tem Ahmad, Councilwoman Bryer.
Nays: Councilman Constan, Councilwoman Malinowski Maxwell, Councilman Saab.
Absent: Councilman Wencel.

Motion defeated

24-224  Motion by Councilwoman Bryer, seconded by Councilman Ahmad to award the bid for the Richard A. Young Center Men's and Women's Saunas to Allied Buidling Service Co. in the amount of $70,306.50, which allows for a 10% owner's reserve due to possible hidden electrical issues. In addition, authorize the Mayor and Comptroller or Clerk to sign the necessary warrants and the Treasurer to issue payment from the 2023-24 Parks & Recreation Budget account #691-981, as outlined in 7-D. Per Parks & Recreation Director Sower communication dated May 16, 2024.

Motion adopted

24-225  Motion by Councilman Ahmad, seconded by Councilwoman Bryer to award the bid for Accountability & Oversight Platform to Vector Solutions Guardian Tracking as the lowest bidder. In addition, authorize the Mayor and Comptroller or Clerk to sign the necessary warrants and the Treasurer to issue payment from account #101-300-818.000, as outlined in 7-E. Per Police Operations Director Swope communication dated May 6, 2024.

Motion adopted

24-226  Motion by Councilman Saab, seconded by Councilman Constan to approve the payment of two (2) invoices from IB Electric in the total amount of $30,106.00, as outlined in 8-A. Per Mayor Bazzi communication dated May 21, 2024.

Ayes:    Councilwoman Bryer.
Nays:    Council Chairman Baydoun, Council Chair Pro Tem Ahmad, Councilman Constan, Councilwoman Malinowski Maxwell, Councilman Saab.
Absent:  Councilman Wencel.

Motion defeated

24-227  Motion by Councilman Saab, seconded by Councilwoman Denise Malinowski Maxwell to approve the proposed delinquent personal property tax and strike of record 5 years and older as allowed per State law, as outlined in 9-A. Per Treasurer Hicks-Clayton communication dated May 20, 2024.

Ayes:    None.
Nays:    Council Chairman Baydoun, Council Chair Pro Tem Ahmad, Councilwoman Bryer, Councilman Constan, Councilwoman Malinowski Maxwell, Councilman Saab.
Absent:  Councilman Wencel.

Motion defeated

24-228  Motion by Council Chairman Baydoun, seconded by Councilman Saab to approve training from forfeiture funds.

Ayes:    Council Chairman Baydoun, Councilwoman Bryer, Councilman Constan.
Nays:    Council Chair Pro Tem Ahmad, Councilwoman Malinowski Maxwell, Councilman Saab.
Absent:  Councilman Wencel.

Motion defeated

Councilman Tom Wencel arrived at 7:34 p.m.

24-229  Motion by Councilman Ahmad, seconded by Councilman Constan to adopt the Resolution of the Council of the City of Dearborn Heights, Michigan adopting an operating budget for the Fiscal Year beginning July 1, 2024 and ending June 30, 2025, and said tax levy shall be composed of the constituent rates, for the purposes, and with estimated yields described as follows based upon an aggregate of Taxable Assessed Values of $1,764,133,175 for the City of Dearborn Heights or as may be subsequently certified and amended net of tax increment capture, as outlined in 11-A. Per Interim Comptroller Turner communication dated May 23, 2024.

Motion unanimously defeated

24-230  Motion by Councilwoman Bryer, seconded by Councilman Constan to adopt the Resolution of Council of the City of Dearborn Heights, Michigan adopting an operating budget for the Fiscal Year beginning July 1, 2024 and ending June 30, 2025, and said tax levy shall be composed of the constituent rates, for the purposes, and with estimated yields described as follows based upon an aggregate of Taxable Assessed Values of $1,764,133,175 for the City of Dearborn Heights or as may be subsequently certified and amended net of tax increment capture. Further, consistent with City Charter Section 4.9(a), the compensation of each City employee or officer shall be within the limits of and in accordance with the plan set forth in the "PERSONNEL PAGE" of the budget applicable to the employee or officer such that (a) the compensation, salary, or wages of the employee or officer shall not exceed the amount stated for the employee or officer in the "PERSONNEL PAGE" applicable to the employee or officer, (b) the compensation, salary, or wages for each employee or officer whose position is exempt for purposes of paying overtime shall only be paid on a proportional basis during the Fiscal Year, and (c) the compensation, salary, or wages for each employee or officer whose position is not exempt for purposes of paying overtime shall be paid on a proportional basis during the Fiscal Year except as may be necessary to comply with any collective bargaining agreement or overtime law applicable to that employee or officer, as outlined in 11-A. Per Interim Comptroller Turner communication dated May 23, 2024.

   Ayes: Councilwoman Bryer, Councilman Constan.
   Nays: Council Chairman Baydoun, Council Chair Pro Tem Ahmad, Councilwoman Malinowski Maxwell, Councilman Saab, Councilman Wencel.
   Absent: None.

   Motion defeated

   Council Chairman Mo Baydoun stepped out at 7:54 p.m.

24-231  Motion by Councilman Saab, seconded by Councilwoman Bryer to approve the imposition of and the Treasurer of the City of Dearborn Heights shall administer the imposition of a Property Tax Administration Fee, pursuant to MCL 211.44 with respect to taxes to be collected for the Summer 2024 and Winter 2024 only, with the stipulations that the imposition of any future Property Tax Administration Fee, will require a new resolution before it may be imposed and that the fee shall be used to offset costs incurred by the City of Dearborn Heights in assessing property values, collecting the property tax levies, and in the review and appeal processes, as outlined in 11-B. Per Treasurer Hicks-Clayton communication dated May 21, 2024.

   Ayes: Council Chair Pro Tem Ahmad, Councilwoman Bryer, Councilman Constan, Councilwoman Malinowski Maxwell, Councilman Saab, Councilman Wencel.
   Nays: None.
   Absent: Council Chairman Baydoun.

   Motion adopted

   Council Chairman Mo Baydoun returned at 7:59 p.m.

24-232  Motion by Councilman Saab, seconded by Councilman Wencel to approve the resolution regarding the restriction of the reallocation of budgeted funds without council approval, effective immediately upon approval, as outlined in 11-C. Per Councilman Saab communication dated May 23, 2024.

   Motion unanimously adopted

24-233  Motion by Councilwoman Bryer, seconded by Councilman Constan to approve the resolution regarding the Tentative Contract Award for Clean Water State Revolving Fund (CWSRF) Project, as outlined in 11-D. Per City Engineer Dib communication dated May 23, 2024.

   Motion unanimously adopted

24-234  Motion by Councilwoman Bryer, seconded by Councilman Constan move that Ordinance No. H-24-02 AN ORDINANCE TO PROVIDE FOR THE ACQUISITION, CONSTRUCTION, INSTALLATION, FURNISHING AND EQUIPPING OF ADDITIONS AND IMPROVEMENTS TO THE WATER AND SEWER SYSTEM OF THE CITY; TO PROVIDE FOR THE ISSUANCE AND SALE OF JUNIOR LIEN REVENUE BONDS TO PAY THE COST THEREOF; TO PROVIDE FOR THE COLLECTION OF REVENUES FROM THE SYSTEM SUFFICIENT FOR THE PURPOSE OF PAYING THE COSTS OF OPERATION AND MAINTENANCE OF THE SYSTEM AND TO PAY THE PRINCIPAL OF AND INTEREST ON THE BONDS; TO PROVIDE FOR THE SEGREGATION AND DISTRIBUTION OF SYSTEM REVENUES; TO PROVIDE FOR THE RIGHTS OF THE HOLDERS OF THE BONDS IN ENFORCEMENT THEREOF; TO ESTABLISH SEPARATE SERIES OF BONDS OF SENIOR AND SUBORDINATE STATUS WITH RESPECT TO THE NET REVENUES OF THE SYSTEM; TO PRESCRIBE THE FORM OF THE BONDS; AND TO PROVIDE FOR OTHER MATTERS RELATING TO THE BONDS AND THE SYSTEM, be considered read for the first and second time, and that the ordinance become effective upon publication in the Press & Guide, as outlined in 11-E. Per City Engineer Dib communication dated May 23, 2024.

Motion unanimously adopted

24-235  Motion by Councilman Saab, seconded by Councilman Ahmad to approve the resolution imposing a 12-month application stay on the issuance of new permits or licenses for car washes, gas stations, dealerships, auto repair shops, and collision centers within the City of Dearborn Heights. This application stay pertains solely to new incoming businesses, as outlined in 11-F. Per Councilman Saab communication dated May 23, 2024.

After further discussion, the motion was amended to reflect the following:

Motion by Councilman Saab, seconded by Councilman Ahmad to approve the resolution imposing a 12-month application stay on the issuance of new permits or licenses for car washes, gas stations, dealerships, auto repair shops, collision centers, **junk yards, scrap yards, and tow yards** within the City of Dearborn Heights. This application stay pertains solely to new incoming businesses, as outlined in 11-F. Per Councilman Saab communication dated May 23, 2024.

Motion unanimously adopted

24-236  Motion by Councilman Ahmad, seconded by Councilman Constan to approve the temporary food truck/tent/cart license applications for Hanky Panky Donuts and Blazin Hot Wings, and renewal applications for Burgeratti, Chicken Cheese, and Catrina Mia, as outlined in 13-A.

    Ayes:     Council Chairman Baydoun, Council Chair Pro Tem Ahmad, Councilwoman Bryer, Councilman Constan.
    Nays:     Councilwoman Malinowski Maxwell, Councilman Saab, Councilman Wencel.
    Absent:  None.

Motion adopted

24-237  Motion by Councilman Ahmad, seconded by Councilman Constan to approve the Business License Renewals for Automania LLC at 22120 Van Born and Go 2 Motorcity LLC at 2955 S Beech Daly, and approve the business license application for Kars R Us Auto Sales LLC at 8230 N Telegraph which represents a transfer of ownership of an existing used car lot, as outlined in 13-B.

Motion unanimously defeated

**24-238** Motion by Councilman Ahmad, seconded by Councilman Saab to approve the Business License Renewal for Stitt Post #232 (American Legion) at 23850 Military, as outlined in 13-C.

Motion unanimously adopted

**24-239** Motion by Councilwoman Bryer, seconded by Councilman Ahmad to adjourn the Dearborn Heights City Council Regular Meeting.

Motion unanimously adopted

The meeting adjourned at 10:00 p.m.

**LYNNE M. SENIA**                       **MO BAYDOUN**
**CITY CLERK**                          **COUNCIL CHAIRMAN**

**GEORGANNE SEMENIUK**
**COUNCIL SECRETARY**