# EXHIBIT G



**POLICE DEPARTMENT**

**Bill Bazzi**
Mayor

**Kevin M. Swope**
Chief of Police



To: Mayor Bazzi
From: Kevin Swope
      Chief of Police
Date: 12/04/2024
Re: Resignation

---

On 12/4/2024 you requested via email that I resign from the position of police chief for the City of Dearborn Heights, effective no later than 1/10/2024. This memorandum is to inform you that I am resigning as the Dearborn Heights police chief as of 01/10/24, by end of business day, pursuant to your request.

I will contact HR Director Eggly and will coordinate with him my final schedule and any other HR related matters. Thank you.

*Kevin Swope* 12/4/24



Dearborn Heights Police Department 25637 Michigan Ave. Dearborn Heights, Michigan 48125
Phone (313) 277-6770   Fax (313)-277-5146
Email dhpd@ci.dearborn-heights.mi.us