# EXHIBIT H

# Kevin Swope

Brighton, MI (810) 844-6590
swopek@yahoo.com

October 2, 2024

## I AM REQUESTING CONFIDENTIALITY RELATED TO MY INTEREST IN SHPD

I would like to express my interest for the role of South Haven Police Chief. In January of 2024 I celebrated my 26th year in law enforcement. Over my career I have successfully developed my knowledge, skills and abilities to an elite level which has allowed me to become a professional police executive, leader, and manager. Throughout my career I have held many roles and received multiple promotions which has allowed me to gain a vast amount of experience in all aspects of law enforcement. While progressing through the ranks, I continued to perform routine police duties such as making arrests, effecting traffic stops and answering calls for service. I feel that staying relevant in the day-to-day police operations has allowed me to be aware of the changing dynamics at all levels and areas of the police departments in which I have served.

As a trustworthy, loyal, and reliable executive leader, I bring a vision-driven approach to decision making, strategic planning, and program implementation. I pride myself on being a highly organized professional, collaborative team player, and I hold myself accountable on all accounts. I believe that community engagement and community policing activities are extremely important. Community policing efforts need to be improved on every day so the police department can continue to meet the expectations of the community.

Below are some of my previous assignments which have provided me with the knowledge, skills, and abilities to address the challenges identified by the city of South Haven. These assignments will also allow me to build upon the current successes of the City:

- Chief of Police
- Director of Police Operations (Commonly referred to as Deputy Chief)
- Patrol Lieutenant
- Records Bureau Lieutenant
- Professional Standards and Training Lieutenant
- Accreditation Manager (CALEA)
- Assistant Team Leader (Western Wayne County Crisis Negotiations)
- Traffic Bureau/ Community Policing Sergeant
- Patrol Sergeant
- School Resource Officer/ Youth Detective
- Accident Reconstruction Team Commander
- Multi-Jurisdictional Dispatch Liaison
- Civilian Management and HR Functions
- Hiring, Recruitment and Retention Coordinator
- Patrol Officer
- Field Training Officer
- Police Union Vice President

After reviewing the Police Chief job posting and the information contained within, I know that community policing and citizen satisfaction is of the utmost importance to everyone in South Haven. I feel that I have the work ethic and experience to impact South Haven in a positive way which puts community policing and engagement to the forefront. I also feel that I have the political prowess to make sure that I can develop positive relationships with city officials so a collaborative effort can be made to fulfill the mission of the city, all while maintaining the integrity of the police department. I appreciate the time you have spent reviewing this communication and I look forward to hearing from you.

Kevin Swope


DEFENDANT'S EXHIBIT 9

CODH0439

# Kevin Swope

Brighton, MI 48116
810-844-6590
swopek@yahoo.com

---

## Law Enforcement Professional/ Administrator
*Law Enforcement Leader with 26+ Years of Experience*

---

Accomplished law enforcement administrative official with extensive experience directing and leading law enforcement officers and professional staff. Proven professional leader in the areas of community policing, leadership development, policy development, investigations, liability reduction, risk management, public relations, strategic planning, and project management. Constitutional guided police officer with the knowledge, skills, and abilities to successfully perform routine duties as well as executive level leadership and managerial tasks. Community policing driven mindset with the goal of collaboratively working with the community, professional staff, and law enforcement officials to fulfill the goals and mission of the organization.

## Police Career Experience

### CHIEF OF POLICE- DEARBORN HEIGHTS POLICE DEPARTMENT (JUL 2023- PRESENT)

Executive officer of the police department performing all administrative duties expected of a police chief. Management of the departments $15 million budget and all department programs and initiatives. Department policy development, implementation and enforcement. Community policing focused vision. Delegates work appropriately which enhances the performance and leadership ability of others.

- Formulates Department policies and directives
- Directs, supervises and plans for entire police department
- Budget management
- Participates and directs department training involving the best practices in modern day policing
- Effectively communicates, both verbally and in writing, with all stakeholders
- Establish and maintain working relationships with all stakeholders
- Knowledgeable in all areas of policing and willing to perform duties of subordinate personnel

# Kevin Swope

**DIRECTOR OF POLICE OPERATIONS (Deputy Chief equivalent) - DEARBORN HEIGHTS POLICE DEPARTMENT (JAN 2023 - JUL 2023)**

Executive leader of administrative functions for the Police Department to include strategic planning, budgetary, logistical, physical infrastructure management, investigative, dispatch operations, sworn personnel, professional civilian staff, and physical/digital records management. Job duties include but are not limited to the following:

- Mentor and coach future law enforcement leaders.
- Foster relationships with the community
- Maintains management over the day to day operations of all staff with the discretionary ability to delegate supervision of subordinate staff through the department structure.
- Engages in and supports the long-term direction of the department through progressive strategic planning and departmental goal setting that is responsive to the needs of the community.
- Directs, plans, organizes, and provides direction and oversight for administrative services, patrol operations, investigations, and special events.
- Performs highly responsible managerial and technical work involving the leadership and direction of a professional municipal police department.
- Director level supervision and guidance over staff directly or through subordinate supervisors by the training of officers, promotional and rank placement of officers and when necessary - carrying out disciplinary actions for infractions of policy, rules, regulations, laws, or ordinances.
- Manages the recruiting, hiring and retention process for the department and acts as a liaison with the Human Relations Director and the Civil Service Commission.
- Conducts and facilitates internal investigations and employee background checks
- Performs the duties of Chief of Police in his absence.

**Kevin Swope**  Page 2 of 6

### POLICE LIEUTENANT- WESTLAND POLICE DEPARTMENT (2018- 2023)

Administrative level supervisor for the police department. Job duties and assignments included but are not limited to the following:

- Patrol Division Lieutenant
- Support Services Lieutenant
- Professional Standards Lieutenant
- Training Lieutenant
- Emergency Management/ FEMA/ Emergency Preparedness
- Law Enforcement information Network Administrator
- CALEA Accreditation Manager
- Crisis Negotiations Co-Team Leader (Western Wayne Special Operations Team)
- Perform duties of a police officer
- Liaison for multi-jurisdictional dispatch center
- Program development (ex. Mental Health Clinician)
- Internal Investigations
- Policy development and implementation
- Building and fleet management to include repairs, renovations, upfitting, RFP's and invoicing
- Internet technology program management (ex. CLEMIS, AXON)
- Supervise, lead, evaluate and mentor subordinate personnel
- Manage civilian cadet and support services staff members to include HR functions
- Alcohol enforcement and traffic enforcement

**Kevin Swope**          Page 3 of 6

### POLICE SERGEANT- WESTLAND POLICE DEPARTMENT (2014- 2018)

Front line and administrative supervisor for the police department. Job duties and assignments include but are not limited to the following:

- Patrol Division Sergeant
- Traffic Bureau Commander (Sergeant)
- Accident Reconstruction Team Commander
- Crisis Negotiation Team Commander
- Office of Highway Safety Planning Grant Manager
- Traffic Bureau criminal investigations
- Vehicle impound system management and ordinance billing
- Community police unit management (community engagement/ crossing guard program management)
- Commercial motor vehicle management
- Strategic planning (events, grants, enforcement efforts etc.)
- Traffic calming (approved traffic control devices, advisory signs and traffic safety plans)
- Performed duties of a police officer
- HR and budget management for grants and civilian personnel
- Supervise, lead, evaluate and mentor subordinate personnel

# Kevin Swope

### PATROL OFFICER- WESTLAND POLICE DEPARTMENT (2004- 2014)

Sworn police officer for the department. Job duties and assignments include but are not limited to the following:

- Performed duties of a sworn police officer
- School resource officer (3 years)
- Youth officer/ Detective Bureau
- Crisis negotiator
- Alcohol enforcement and selective enforcement teams (OWI and hazardous driving enforcement)

### PATROL OFFICER- DETROIT POLICE DEPARTMENT (1998- 2004)

**Sworn police officer for the department. Job duties and assignments include but are not limited to the following:**

- Performed duties of a sworn police officer
- Field Training Officer
- Special Operations Officer

CODH0444

# Kevin Swope

## Education & Credentials

Professional Development

- Michigan Coalition on Law Enforcement Standards # 33924
- Detroit Metropolitan Police Academy (1998)
- Eastern Michigan University- Police Executive School of Staff and Command (2017)
- Michigan Association of Chiefs of Police- Police Executives and New Chiefs' School (2022)
- FBI Law Enforcement Executive Leadership Program- Executive Leadership Institute (2023)
- National Association of School Resource Officers
- ALICE
- FEMA Incident Command Training (multiple levels)
- PERF Southern Management Institute for Police (Session 92: July 2024)

Columbia Southern University

- BA in Criminal Justice Administration

**Additional:**
I have experience working in departments which have faced major transitions (Detroit Police- Consent Decree, Westland Police- CALEA Accreditation, Dearborn Heights Police- DOJ Collaborative Reform Assessment). I was the accreditation manager for CALEA and the lead on the DOJ Collaborative Reform Initiative Assessment.

**Misc. Associated Experience (Not Police Related)**

**Ilitch Companies- CROWD MANAGER SUPERVISOR (June 2023- Present)**

   Perform duties related to the supervision of security staff for Ilitch Companies (Detroit Tigers, Detroit Redwings, Little Caesars Arena and Comerica Park).

CODH0445