# EXHIBIT I

Section 7.1. - Ordinances and Resolutions.

The official actions of the Council shall be by ordinance or resolution adopted by not less than four (4) members of the Council unless otherwise required by law. Action of the Council by resolution shall be limited to matters required or permitted to be so done by law or relating to the internal affairs or concerns of the City. All acts of the Council carrying a penalty for the violation thereof shall be by ordinance. Each ordinance shall be identified by a short title and by a number or by a code section number when and after the ordinances are codified. All other acts of the Council which do not constitute ordinances shall be deemed to be resolutions.