**EXHIBIT "A"**

Bill Bazzi
August 29, 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN SWOPE, PAUL VANDERPLOW,

JERROD HART,

        Plaintiffs,

vs.                Case No. 2:24-cv-10240
                    Hon. Mark A. Goldsmith
                    Magistrate David R. Grand

CITY OF DEARBORN HEIGHTS, a

Michigan Municipal Corporation,

        Defendant,

CITY OF DEARBORN HEIGHTS CITY

COUNCIL, in its official capacity only,

Intervening Defendant.

_____/

    The Deposition of BILL BAZZI,

    Taken at 6045 Fenton Street,

    Dearborn Heights, Michigan,

    Commencing at 10:03 a.m.,

    Friday, August 29, 2025,

    Before Cheri L. Poplin, CSR-5132, RPR, CRR.

Bill Bazzi
August 29, 2025

```
 1  A.    '99.
 2  Q.    Keep going.  Thank you.
 3  A.    So I decided to change two careers, one, you know, get
 4        into the military police for the Marine Corps and also
 5        work -- work at Ford Motor Company, so I was doing
 6        both, and Ford was great, you know, for veterans, so
 7        they allowed me to do a lot of things in the military,
 8        so I was doing a lot of trips even for the training,
 9        that I went for military police training.  I was gone
10        for a few -- a few months.  They allowed me to leave.
11        And with that, you know, I've done -- so I was in the
12        reserves in '99, but I was -- after 9/11 I spent more
13        time on active duty than when I was on active duty,
14        traveling all over the U.S. and also overseas.  Then
15        from there, you know, I stayed with Ford.
16                  Then I was -- in the meantime I was
17        actually in 9 -- in 2018 I was elected to be a council
18        person.  It was January 1st, 2018.  I started serving
19        as a council person, and in '21, around January I was
20        appointed mayor, and in November I ran for mayor, won
21        by 74 percent of the votes.
22  Q.    And here you are?
23  A.    Yes.  Here we are sitting here.
24  Q.    So you were in quality control in Boeing; correct?
25  A.    Yes.
```

Bill Bazzi
August 29, 2025

```
 1       inappropriate behavior, a lack of professionalism and
 2       favoritism that made an already difficult job worse.
 3       The people elected me to rectify these problems and
 4       give them the responsive community-oriented law
 5       enforcement they deserve to receive for the
 6       hard-earned tax dollars they pay.  City Council's
 7       actions threaten to turn back the clock."
 8              You see that language, sir?
 9   A.  Yes, sir.
10   Q.  Is this language an accurate explanation of why you
11       hired Jerrod Hart?
12   A.  Yes.
13   Q.  Was Jerrod Hart's status as an outsider, and by that I
14       mean someone who was not previously a part of the
15       Dearborn Heights government, something that attracted
16       you to Mr. Hart?
17   A.  Yes.
18   Q.  Did you think an outsider like Jerrod Hart would be
19       better at rooting out corruption?
20              MS. HUNT:  Objection to form and
21       speculation.
22              MR. TURFE:  Objection to foundation.
23   A.  Well, that's why I brought him, because we knew we had
24       an issue from what Dr. Thomas told me, and that's why
25       I brought in Chief Hart, yes.
```

Bill Bazzi
August 29, 2025

```
 1  BY MR. BROWN:
 2  Q.   And who is they?
 3  A.   At that time it was Councilman -- council chair at the
 4       time, Dave Abdallah, Mohamad Baydoun, Hassan Ahmad.
 5       Khalil Rahal was in that meeting, and there were
 6       several Arab American officers.
 7  Q.   Was there anyone in the meeting other than an
 8       Arab American?
 9  A.   No.
10  Q.   Were non-Arab Americans invited to the meeting?
11            MS. HUNT:  Objection as to foundation and
12       speculation.
13            MR. TURFE:  Same objection.
14  A.   I didn't call the meeting.  I thought it was going to
15       be just like a few of us to discuss some issues.  I
16       wasn't sure who was invited.  I wasn't the one that
17       called the meeting.
18  BY MR. BROWN:
19  Q.   Have you ever seen a video online in which
20       Sergeant Bazzy -- Mohamad Bazzy's brother brags that
21       Sergeant Bazzy is going to be the next chief of police
22       of Dearborn Heights?
23            MS. HUNT:  Objection as to form and
24       foundation.
25            MR. TURFE:  Same objection.
```