# EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN


KEVIN SWOPE, PAUL VANDERPLOW,

JERROD HART,


      Plaintiffs,


v                          Case No: 2:24-cv-10240

                          HON. MARK A. GOLDSMITH

CITY OF DEARBORN HEIGHTS, a    MAG. DAVID R. GRAND

Michigan Municipal Corporation,

      Defendant,


CITY OF DEARBORN HEIGHTS CITY

COUNCIL, in its official capacity only,

      Intervening Defendant.

                       /


      The Deposition of HASSAN SAAB,

      Taken at 41700 West Six Mile Road,

      Northville, Michigan,

      Commencing at 1:03 p.m.,

      Thursday, September 11. 2025,

      Before Diane H. Draugelis, CER-2530

Hassan Saab
September 11, 2025

Page 40

1   A.   The city clerk that day, I handed a copy to her, to

2        corporation there and all of the body, all the elected

3        officials had a copy of it.

4             MR. BROWN:  Well, Monica, if the city clerk

5        has a copy of it, could you put this on your wish list

6        as well?

7             MS. HUNT:  If they have a copy of it, yes.

8   BY MR. BROWN:

9   Q.   But then later you took the position that the mayor

10       just couldn't appoint officials; right?

11            MR. TURFE:  Objection; form and foundation,

12       mischaracterization of testimony.

13            MS. HUNT:  Same objection.

14            THE WITNESS:  Absolutely not.  Again, the

15       mayor has the right under the charter to appoint the

16       chief.

17            MR. BROWN:  Yes, sir.

18            THE WITNESS:  His choice.  That's what I

19       said.

20            MR. BROWN:  All right.  Thank you.

21            THE WITNESS:  I clear- -- and I made it clear

22       twice to the question you asked.  The mayor has the

23       authority to appoint any director that the charter

24       allows that are listed in the charter.  The mayor does

25       not have the authority to create positions, or director

Hassan Saab
September 11, 2025

Page 41

1    positions, and fund them without budget amendments.

2              MR. BROWN:  I understand your position.

3    BY MR. BROWN:

4    Q.   So is it fair to say, sir, that right now there is just

5         a full-out conflict between the mayor of Dearborn

6         Heights and the City Council?

7              MS. HUNT:  Objection as to form, foundation.

8              MR. TURFE:  Same objection.

9              THE WITNESS:  A conflict?  No, I believe the

10        City Council is moving the city in the right direction,

11        not the administration.

12   BY MR. BROWN:

13   Q.   Does the City Council work in agreement with the mayor

14        or at cross purposes?

15   A.   Anything the mayor submits that benefits the city and

16        the residents move the city forward, the City Council

17        still approves.

18   Q.   I see.  If called as a witness by the City Council of

19        Dearborn Heights at any trial that takes place in this

20        proceeding, would you be testifying as a witness?

21             MS. HUNT:  Objection as to form, foundation

22        and speculation.

23             THE WITNESS:  If I'm ordered to, yes.

24   BY MR. BROWN:

25   Q.   Would you volunteer to?

Hassan Saab
September 11, 2025

Page 63

```
 1              him seem that he's the most evil human in the world.
 2       Q.     Okay.
 3       A.     And that's for me -- for you to say that if I heard him
 4              or say anything, I never had no relationship with him.
 5       Q.     So now you know Mo Baydoun; is that right?
 6       A.     Correct.
 7       Q.     Well, has your opinion changed?
 8       A.     Like the saying goes, never judge a book by its cover
 9              and what people say seeing what goes around.  Never
10              believe what people say.
11       Q.     All right.  That's fine, but what's your opinion of Mo
12              Baydoun today?
13       A.     Great guy, family man, loves his community.
14       Q.     I see.  Do you believe that the chief of police of
15              Dearborn Heights has to be an Arab American?
16                     MR. TURFE:  Objection; form, foundation, is
17              hypothetical.
18                     MS. HUNT:  Same.
19                     THE WITNESS:  No.
20       BY MR. BROWN:
21       Q.     And as I understand it, you've never taken any action
22              whatsoever in order to get Sergeant Mohamad Bazzy to
23              become chief of police or deputy chief or nothing to
24              that effect?
25       A.     Never.  There's a chain of process to go through and
```

Hassan Saab
September 11, 2025

Page 64

```
 1          you've got to test everything.  Things are not just

 2          handed to you.  I don't care if you're my best friend.

 3          If you're not qualified for the job, you're not

 4          qualified for the job.

 5     Q.   So you're associated with a number of writings in which

 6          you talk about how it would be great if the chief of

 7          police were from the community.  That's the phrase you

 8          seem to often use.

 9     A.   Not often.

10                    MR. TURFE:  Objection just to foundation,

11           assuming facts not in evidence.

12     BY MR. BROWN:

13     Q.   Well, let's fix that.

14                    MR. MIOTKE:  Number 4?

15                    MR. TURFE:  Yes.

16                    MARKED FOR IDENTIFICATION

17                      DEPOSITION EXHIBIT 4

18                         2:03 P.M.

19     BY MR. BROWN:

20     Q.   Take a minute and look this over, if you could.

21     A.   Sure.  I know what it is.

22     Q.   You recognize it?

23     A.   Yes.

24     Q.   You wrote this?

25     A.   Yes.
```