UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN SWOPE, PAUL VANDERPLOW, JERROD HART<br><br>    Plaintiffs,<br>v.<br>CITY OF DEARBORN HEIGHTS, a Michigan Municipal Corporation<br><br>    Defendant.<br><br>CITY COUNCIL FOR THE CITY OF DEARBORN HEIGHTS<br><br>    Intervening Defendant. | Case No. 2:24-cv-10240-MAG-DRG<br>Hon. Mark A. Goldsmith |

## ORDER GRANTING DEFENDANT CITY OF DEARBORN HEIGHTS' EX PARTE MOTION TO EXCEED PAGE LIMIT

Presently before the Court is Defendant City of Dearborn Heights' Motion to Exceed Page Limit on its Motion for Summary Disposition (ECF No. 110). Defendant requests to file a Brief in Support of its Motion for Summary Judgment that does not exceed forty-five (45) pages.

Good cause appearing, the Court GRANTS Defendant City of Dearborn Heights' Motion to Exceed Page Limit on its Motion for Summary Disposition. Defendant may file a Brief in Support of its Motion for Summary Judgment not to exceed forty-five (45) pages.

**IT IS SO ORDERED.**

Dated: February 13, 2026  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
  United States District Judge