# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEVIN SWOPE, PAUL VANDERPLOW
JERROD HART,

    Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation,

    Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

    Intervening Defendant.
_____

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

## ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMIT

Presently before the Court is Plaintiffs' Motion to Exceed Page Limit on its Omnibus Response in Opposition to Defendant's and Intervening Defendant's Motions for Summary Judgement (ECF No. 119). Plaintiffs request to file a Brief in Support of its Omnibus Response that does not exceed fifty (50) pages.

Good cause appearing, the Court GRANTS Plaintiffs' Motion to Exceed Page Limit on its Response in Opposition to Defendant's and Intervening Defendant's

Motions for Summary Judgement, Plaintiffs may file a Brief in Support of its Omnibus Response in Opposition not to exceed fifty (50) pages.

**IT IS SO ORDERED.**

Dated: February 19, 2026　　　　　　　　　　/s/ Mark A. Goldsmith
Detroit, Michigan　　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　United States District Judge