# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEVIN SWOPE, PAUL VANDERPLOW
JERROD HART,

          Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation,

          Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

          Intervening Defendant.

_____

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Presently before the Court is Plaintiffs' Motion for Extension of Time to file their Response in Opposition to Defendant City of Dearborn Heights' and Intervening Defendant City Council's Motions for Summary Judgement (ECF No. 120). Plaintiffs request a ten (10) day extension of time to file their Response in Opposition.

Good cause appearing, and pursuant to Federal Rules of Civil Procedure 16(b)(4) and 6(b), the Court GRANTS Plaintiffs' Motion for Extension of Time. Plaintiffs shall fille their Response to Defendant's and Intervening Defendant's Motions for Summary Judgement **on or before Monday, March 9, 2026**.

**IT IS SO ORDERED.**

Dated: February 23, 2026                    s/Mark A. Goldsmith
Detroit, Michigan                           MARK A. GOLDSMITH
                                            United States District Judge