# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN SWOPE, PAUL VANDERPLOW
JERROD HART,

      Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation,

      Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

      Intervening Defendant.

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

---

## PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT

## EXHIBIT 1

# The Detroit News
SERVING MICHIGAN SINCE 1873

WAYNE COUNTY

# Dearborn Heights City Council voids severance agreements with appointees

 **Julia Cardi**
The Detroit News

Jan. 12, 2026, 11:04 p.m. ET

*Dearborn Heights* — Months after Dearborn Heights' former mayor resigned, severance agreements he approved for a handful of appointees have created another source of tension in the vitriolic relationship between him and the current city leadership.

Dearborn Heights City Council has passed a resolution to void severance agreements former Mayor Bill Bazzi made with several mayoral appointees, saying they never authorized the agreements, which violates the city charter.

The city's corporation counsel, Gary Miotke, told The News that Mayor Mo Baydoun's administration has learned of five employment agreements so far with severance terms Bazzi signed off on. Three involve former police officials embroiled in an ongoing federal whistleblower lawsuit against the city, and two agreements with current employees.

Baydoun, who was elected mayor in November, said his intention wasn't to target anyone in particular, but about transparency by the city and his duty to handle the city's finances responsibly. Baydoun was previously the City Council president and was appointed mayor after Bazzi's resignation before Baydoun was elected to a full term this past fall.

Bazzi, a vocal supporter of President Donald Trump before his reelection in 2024, has since been appointed the ambassador of Tunisia.

"This is a way to say there are 64,000 residents that are expecting us to do the best that we can," said Baydoun at a council meeting in late November. "This all belongs to the residents... We're saying we're not paying anybody any severance, and if you're an at-will employee and don't have a job, Dearborn Heights is not forced to pay you."

Like Baydoun, Miotke contends City Council didn't know about the agreements, and has discovered them during a time when the city is concerned about its finances.

"Mayor Bazzi just went ahead and took liberties and ended up entering into agreements that he did nothave the authority to enter into," Miotke said.

A spokesperson for Bazzi couldn't be reached for comment.

But an attorney representing the three police officials who have sued the city — former chief Jerrod Hart, Paul Vanderplow and Kevin Swope — contends Bazzi did have the authority to create the agreements and said the city remains bound to them.

"Taking a vote on it in a City Council meeting does not change that reality," Brown said in an email to The News. "The City Council can vote if it likes, but it votes for breach and is being sued for breach."

He said the issue will likely be decided in court based on a determination about whether the former police department leaders had valid employment contracts.

The lawsuit filed by the three former police brass in 2024 accuses Arab American city leaders of "race-based sabotage and harassment" and broadly claims ineptness among officials throughout branches of Dearborn Heights government, including City Council and the police department.

The suit includes accusations of mismanagement of federal and state funds, claims of nearly 900 pistol sales improperly recorded by the city, and an ongoing scheme to fix traffic tickets for friends of police and elected officials.

Before his appointment as ambassador, Bazzi had a tension-filled relationship with the Dearborn Heights City Council.

Bazzi hired the three former police officials who have sued the city. And the council and mayor clashed over the city's budget, which last year council members said fell several million dollars short in anticipated revenue — one reason Miotke, the city's corporation counsel, said Dearborn Heights doesn't have extra money to pay out severance terms for city employees.

The acrimony eventually led Bazzi to stop attending City Council meetings before his resignation.

City Council laid out details of severance paid to Hart, the former police chief who held the position for about two-and-a-half years until he quit in July 2024, in a court motion last June in the three police officials' lawsuit against the council.

Hart was still receiving his $128,500 salary under a term of his contract for a year of severance, which the city requested to stop paying as part of its June 12 filing. The filing sought to lift an injunction imposed in February 2024 that, in part, barred the city from taking adverse employment actions against the police officials. The three still worked for the police department when the order was put in place.

U.S District Court Judge Mark Goldsmith denied the motion last September.

The city did not pay severance to Vanderplow and Swope, whose employment terms included severance terms of one year's salary, according to Brown. Brown argued the city has breached Swope and Vanderplow's contracts by their refusal to pay out their severance, as well as breaching Hart's contract by not paying health care benefits during his severance period.

Brown claimed the Dearborn Heights government has a culture of cronyism, "race obsession" and "rampant corruption" and drove Hart, Swope and Vanderplow to quit. Brown said it's ironic the city then argued last year the February 2024 injunction imposed by the court was no longer necessary.

"One is reminded of the old joke about the prisoner who murders his parents and then asks the criminal court for clemency because he is an orphan," Brown wrote.

*jcardi@detroitnews.com*