IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KEVIN SWOPE, PAUL VANDERPLOW JERROD HART, | Case No. 2:24-cv-10240 Hon. Mark A. Goldsmith Magistrate David R. Grand |
| Plaintiffs, | |
| v | |
| CITY OF DEARBORN HEIGHTS, a Michigan Municipal Corporation, | |
| Defendant, | |
| CITY OF DEARBORN HEIGHTS CITY COUNCIL, in its official capacity only, | |
| Intervening Defendant. | |

_____

**PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT**

**EXHIBIT 3**



**POLICE DEPARTMENT**

Jerrod Hart
Chief of Police

Bill Bazzi
Mayor



To:   Bill Bazzi
      Mayor

From: Jerrod S. Hart
      Chief of Police

Date: 7/03//2024

Re:   Notice of Constructive Termination

Due to the Dearborn Heights City Council's continued harassment and retaliation of me (as outlined in previous memos and legal filings), including the Council's illegal "defunding" of Directors Swope and Vanderplow, I have been constructively terminated from my employment with the City. Council Chair Baydoun affirmed the constructive termination scheme after the Act 78 hearing on 12/18/2023. Council has taken multiple steps to ensure that I cannot perform the duties of Chief by defaming my character, undermining my authority, and retaliating against me for exposing and correcting problematic practices and procedures within the police department. Finally, the city council passed their 24/25 Budget at the 11th hour (June 28, 2024) which defunds key positions within the police department which were essential to our operations. This was done without justification and reasoning as both the FOIA Coordinator and Crime Analyst followed the civil service process and were budgeted for in FTE's in the 23/24 Budget. This is indicates a pattern of continued harassment and retaliation against me.

As you know, in August 2022, then Police Commissioner Dr. Joseph E. Thomas Jr. became ill, and he passed away in October 2022. I was alone with only an ineffective and compromised Captain and department which lacked any semblance of contemporary policy or procedures. We (you, Margaret, and Roger) held weekly meetings to discuss moving the organization forward amidst such chaos and the leadership void due to lack of leadership training and time in grade for existing command staff.

Thankfully, I found two highly capable and willing police professionals (Directors Swope and Vanderplow) to join the executive team on January 9, 2023. Considering the threats and attempt at defunding their positions and my recent employment-induced heart attack, it is clear that the physical harm I've suffered was and continues to stem from my position as a law enforcement officer and the City Council's reaction to the fact that I reported violations of the law to the City of Dearborn Heights, Federal Bureau of Investigation, Department of Justice, and the Michigan State Police, to expose and correct problematic police practices.

I have implemented many positive changes to the organization, but there is still much work to do with the DOJ COPS Organizational Assessment and the ongoing federal and state law enforcement investigations into the Dearborn Heights Police Department. In light of the City Councils "super veto" defunding the Directors during a public meeting on 1/23/2024, they went a step further and added an agenda item and took a vote of "no confidence" for you, Roger and I. This was a predictable and retaliatory action.

I am forced to recognize the fact that I am constructively terminated effective immediately. However, I should be afforded the opportunity as others to use the approximate 416 hours of leave time. All department property except for my assigned vehicle has been turned into Director Vanderplow. He plans to pick the vehicle up from my residence tomorrow.

I am immensely proud of the women and men of the Dearborn Heights Police Department who embraced long overdue cultural and organizational changes including a transition towards community- oriented and data-driven policing.

I am also immensely proud of the nearly 33 years of honorable public service as a professional police officer, and leader and wish you and the entire community of Dearborn Heights all the best.

Pursuant to section 4.1 of my employment agreement, the City must continue my salary for 365 days from the effective date of my termination (after my leave time has been extinguished), pay me for accumulated fringe benefits, pay my COBRA premiums for 12 months and must honor all other contractual and legal obligations owed to me. This should not be construed as a waiver or release of claims that I have against the City; the City is required to meet its contractual obligations regardless. Please contact me if you have any questions.