# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KEVIN SWOPE, PAUL VANDERPLOW JERROD HART, | Case No. 2:24-cv-10240 Hon. Mark A. Goldsmith Magistrate David R. Grand |

    Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a Michigan Municipal Corporation,

    Defendant,

CITY OF DEARBORN HEIGHTS CITY COUNCIL, in its official capacity only,

    Intervening Defendant.

_____

**PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT**

**EXHIBIT 8**

 Outlook

### Resignation

From  Bill Bazzi <BBazzi@dearbornheightsmi.gov>
Date  Wed 12/4/2024 11:18 AM
To    Kevin M. Swope <kmswope@dearbornheightsmi.gov>

Good morning Chief Swope,
Can you please submit your resignation effective end of Friday January 10, 2024.
Thank you

Respectfully,

**Bill Bazzi,** *Mayor*



**City of Dearborn Heights**
6045 Fenton, Dearborn Heights MI 48127
(313) 791-3490
www.dearbornheightsmi.gov

LEGAL CONFIDENTIAL: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information and/or documents in this message are privileged and confidential, for use only by the intended recipient. If you are not the intended recipient, any disclosure, distribution, use or copying of the contents of this message is prohibited. If you have received this message in error, please notify us immediately and delete this message from your system.

Bill Bazzi
Exhibit F
8/29/25
Rptr: Cheri Poplin

CODH0436

 **POLICE DEPARTMENT** 

**Bill Bazzi**
Mayor

**Kevin M. Swope**
Chief of Police



To: Mayor Bazzi
From: Kevin Swope
  Chief of Police
Date: 12/04/2024
Re: Resignation

---

On 12/4/2024 you requested via email that I resign from the position of police chief for the City of Dearborn Heights, effective no later than 1/10/2024. This memorandum is to inform you that I am resigning as the Dearborn Heights police chief as of 01/10/24, by end of business day, pursuant to your request.

I will contact HR Director Eggly and will coordinate with him my final schedule and any other HR related matters. Thank you.

*[signed]* Kevin Swope   12/4/24

Dearborn Heights Police Department 25637 Michigan Ave. Dearborn Heights, Michigan 48125
Phone (313) 277-6770   Fax (313)-277-5146
Email dhpd@ci.dearborn-heights.mi.us

CODH0435