## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN SWOPE, PAUL VANDERPLOW
JERROD HART,

       Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation,

       Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

       Intervening Defendant.

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

---

## PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT

## EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN


KEVIN SWOPE, PAUL VANDERPLOW,

JERROD HART,

       Plaintiffs,

  vs.               Case No. 2:24-cv-10240

                       Hon. Mark A. Goldsmith

                       Magistrate David R. Grand

CITY OF DEARBORN HEIGHTS, a

Michigan Municipal Corporation,

       Defendant,


CITY OF DEARBORN HEIGHTS CITY

COUNCIL, in its official capacity only,

       Intervening Defendant.

_____


    The Videoconference Deposition of MARIANA HERNANDEZ,

    Located in Allen Park, Michigan,

    Commencing at 2:00 p.m.,

    Saturday, January 17, 2026,

    Remotely by Amy W. Reckling, CSR-3893.

Mariana Hernandez
January 17, 2026

```
 1   APPEARANCES:

 2   STEPHEN J. BROWN

 3   Fausone & Grysko, P.L.C.

 4   41700 West Six Mile Road, Suite 101

 5   Northville, Michigan  48168

 6   248.912.3213

 7   Jbrown@thefgfirm.law

 8        Appearing on behalf of the Plaintiffs.

 9

10   MONICA NASHA HUNT

11   The Allen Law Group, P.C.

12   3031 West Grand Boulevard, Suite 525

13   Detroit, Michigan  48202

14   313.871.5500

15   Mhunt@alglawpc.com

16        Appearing on behalf of the Defendant

17        City of Dearborn Heights.

18

19   TARIK DAVID TURFE

20   Hammoud, Dakhlallah and Associates, P.L.L.C.

21   6050 Greenfield Road, Suite 201

22   Dearborn, Michigan  48126

23   313.471.4009

24   Tt@hdalawgroup.com

25        Appearing on behalf of the Intervening Defendant.
```

Mariana Hernandez
January 17, 2026

```
 1    ALSO PRESENT:

 2

 3    JAMES R. ACHO

 4    Cummings, McClorey, Davis & Acho, P.L.C.

 5    17436 College Parkway

 6    Livonia, Michigan  48152

 7    734.261.2400

 8    Jacho@cmda-law.com

 9         Appearing on behalf of the witness.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Mariana Hernandez
January 17, 2026

```
1    Q.    I see.   And was that information that was being

2          leaked, had that information previously been given to

3          the city council?

4    A.    Not necessarily, no.

5    Q.    I see.

6    A.    Maybe.

7    Q.    Did anyone ever ask you to lie about my three clients?

8    A.    No.

9    Q.    Did anyone ever ask you to spread rumors about them?

10   A.    No.

11   Q.    Did anyone ever ask you to do something to harm the

12         interests of my three clients?

13   A.    No.

14   Q.    Are you aware of anything that was done by city

15         council members to make the jobs of my three clients

16         more difficult than you've already discussed?

17               MS. HUNT:   Objection as to form and

18         speculation.

19   A.    No.

20   BY MR. BROWN:

21   Q.    Did any of my three clients discuss with you why they

22         left the employ of the city?

23   A.    No.   From what I recall, Mr. Swope left for another

24         position.   Chief Hart, I don't know why he left, but I

25         know he had health issues.   And Mr. Vanderplow did
```

Mariana Hernandez
January 17, 2026

1          leave right after he wasn't authorized to have the

2          bank access, and I believe it was because it was

3          making him incapable of performing his duties, and

4          that's why he left.

5     BY MR. BROWN:

6     Q.    Ms. Hernandez, do you have any knowledge of how Mayor

7          Bazzi would sign employment contracts with people he

8          wanted to hire for the city?

9     A.    He would go with the HR department and get legal

10         advice and draft a contract.

11    Q.    So the employment contracts that were entered into by

12         the city were drafted by the HR department; is that

13         accurate?

14    A.    Yes.

15    Q.    Do you have knowledge of that general process by which

16         he hired people or interviewed them, and got the

17         contracts signed and so forth?  Were you involved in

18         that?

19    A.    Sometimes, in some cases.

20    Q.    Can you describe the cases in which you were involved,

21         please?

22    A.    Again, like the ones that I was involved with was the

23         HR director hiring, because there was no one else to

24         be in the position.  And, again, we went through a set

25         of interviews.  We posted on social media.  We posted

Mariana Hernandez
January 17, 2026

1    on LinkedIn.  We posted it on Indeed.  We interviewed,

2    we chose the best candidate.  We issued the employment

3    contract based on what the mayor believed was fair and

4    what the budget allowed.

5  Q.    In your experience, did the mayor ever first go to the

6    city council to get permission to hire a particular

7    individual before the contract was drafted up?

8         MS. HUNT:  Objection as to foundation and

9    speculation.

10  BY MR. BROWN:

11  Q.    You can answer.

12  A.    Yes, yes, he did that on multiple occasions,

13    oftentimes during budget season when he wanted to

14    create new positions, so that the budget would be

15    there before hiring; other times, because there were

16    issues in certain departments that called for an

17    additional position or a different position, or a

18    salary increase, so he would go to council first.

19  Q.    Did he always go to council first, or were there

20    instances in which he just hired someone and gave them

21    a contract?

22         MS. HUNT:  Objection as to speculation.

23  BY MR. BROWN:

24  Q.    You can answer.

25  A.    If it was within the budget, he would hire without the

Mariana Hernandez
January 17, 2026

1     council's approval.

2   Q.   I see.  Did the mayor negotiate with employees what

3        their salary would be?

4             MS. HUNT:  Objection as to speculation and

5        foundation.

6   BY MR. BROWN:

7   Q.   You can answer.

8   A.   No, not negotiate what their salaries would be.

9             I mean, we would offer, during the

10       interviews, and tell them this is what the salary is

11       for this position, and that's pretty much the extent

12       of it.

13            There were cases in which they would

14       request more money after we would make an offer, and I

15       guess -- I guess that would be negotiating prior to

16       hiring, yes.

17  Q.   And in those instances in which there was discussion

18       about what the salary would be, did the mayor go to

19       the city council to get permission to offer that

20       salary?

21  A.   Again, if it was within the budget, no.  If it was

22       outside of the budget, yes.  If it was during budget

23       season, yes.

24  Q.   Do you have any knowledge of how it was decided what

25       my three plaintiffs would be paid?

Mariana Hernandez
January 17, 2026

1    A.   Chief Hart, I believe we did comparables for the city;

2         and the directors were brought in after Commissioner

3         Thomas had passed away, so it was kind of an emergency

4         situation, because the department needed the added

5         leadership, and -- additional leadership, sorry, --

6         and the same thing, I think comparables were looked

7         into, and they looked into what the city was making,

8         made sure that it wasn't excessive in comparison to

9         other positions, and they were offered the positions I

10        believe in the middle of the budget season, but the

11        budget was available because the department was

12        understaffed.

13   Q.   I see.  So there was available budgeting to pay my

14        three plaintiffs what they eventually earned?

15   A.   Yes.

16   Q.   So to your knowledge, did the mayor go to the city

17        council in order to get permission to offer my three

18        plaintiffs the salaries they eventually earned?

19   A.   Chief Hart, yes.

20             And, again, the directors, once the next

21        round of budget season came about, the positions were

22        integrated into the budget, because they were new

23        positions that the mayor created due to Commissioner

24        Thomas' unexpected passing away.

25   Q.   And Commissioner Thomas was also being paid from the

Mariana Hernandez
January 17, 2026

| | | |
|---|---|---|
| 1 | | police budget; is that accurate? |
| 2 | A. | Correct. |
| 3 | Q. | Do you happen to know how much he was making when he |
| 4 | | died? |
| 5 | A. | No, but you can look at the budget.  He was budgeted |
| 6 | | for there, but I don't recall. |
| 7 | Q. | I see.  So his salary was budgeted, but then he |
| 8 | | unexpectedly passed away, and so that was now extra |
| 9 | | money in the budget for the police? |
| 10 | A. | It was budgeted money for the police; and there were |
| 11 | | also vacancies in the department, so there was funding |
| 12 | | available.  And once Commissioner Thomas passed away, |
| 13 | | they had already discovered a lot of the issues that |
| 14 | | the police department was having; so it was decided |
| 15 | | that rather than just one person, it was necessary to |
| 16 | | have two positions to split up the work.  That way, |
| 17 | | the department could be more efficient.  So that's why |
| 18 | | the positions were created. |
| 19 | Q. | When you say there was funding available, do you have |
| 20 | | a memory of how much funding was available?  I mean, |
| 21 | | was it a lot of money, or was it -- |
| 22 | A. | So from my recall, we've always had at least 10 |
| 23 | | positions vacant in the department. |
| 24 | | So let's say each police officer makes |
| 25 | | $60,000.  So if you were creating a new position of a |

Mariana Hernandez
January 17, 2026

1     director, yes, they're taking the money of perhaps

2     four of those police officers that weren't there that

3     fiscal year.  So that's how it was calculated, kind

4     of.

5  Q.  Are there other instances in which the mayor just

6     hired particular individuals because he had the budget

7     to do so, and without checking with the city council

8     first?

9          MS. HUNT:  Objection as to foundation and

10     speculation.

11  A.  Yes.  I believe we hired the HR specialist that way,

12     the FOIA coordinator that way, and maybe someone else

13     in the police department that was doing their data

14     analytics.  I forgot what the position was.

15  BY MR. BROWN:

16  Q.  In all those instances, to your knowledge, did the

17     city council ever pass a resolution attempting to

18     defund those positions?

19          MS. HUNT:  Objection as to speculation and

20     foundation.

21  A.  They didn't pass a resolution, but they did defund

22     them at the following budget season.

23  BY MR. BROWN:

24  Q.  I see.  And did they defund them because they hadn't

25     received -- they hadn't given their permission to hire

Mariana Hernandez
January 17, 2026

```
 1         those individuals, or was it for some other reason?
 2                    MS. HUNT:  Objection as to speculation.
 3                    MR. ACHO:  If you know.  Don't speculate.
 4    A.    Again, I don't know.
 5    BY MR. BROWN:
 6    Q.    That's fine.
 7                    Do you have any knowledge of whether my
 8          three clients had employment contracts with the City
 9          of Dearborn Heights?
10    A.    Yes.
11    Q.    And do you have knowledge of how those employment
12          contracts were created?
13    A.    Yes.
14    Q.    And who created those employment contracts?
15    A.    The HR director.
16    Q.    And who was the HR director who created those
17          contracts?
18    A.    Margaret King.
19    Q.    I'm sorry?
20    A.    Margaret --
21    Q.    Hazlett perhaps?
22    A.    Hazlett, sorry, yes.  I mixed two people up.  I mixed
23          their old comptroller with Margaret, Margaret Hazlett.
24                    And, again, I recall her getting advice
25          from our HR attorney as well, Chris Mikula.
```

Mariana Hernandez
January 17, 2026

1   Q.   Well, I'm not going to ask you about that advice.   I

2        cannot, so I won't, but did Margaret Hazlett actually

3        draft or type up these contracts, to your knowledge?

4   A.   Yes.

5              MS. HUNT:   Objection as to foundation and

6        speculation.

7   BY MR. BROWN:

8   Q.   To your knowledge, did the city have form contracts on

9        its system that it could draft or type up whenever it

10       wanted to hire a particular employee?

11  A.   No.   The only other person that I know had a contract

12       was the chief of the fire department.

13  Q.   So, to your knowledge, there were just four contracts,

14       my three guys, plus the chief of the fire department?

15             MS. HUNT:   Objection as to foundation.

16  A.   Yes.

17  BY MR. BROWN:

18  Q.   Did Chief Haidar get an employment contract?

19  A.   I'm not aware.

20  Q.   To your knowledge, did the way my three clients get

21       their employment contracts, was that different from

22       the way that other people, who had employment

23       contracts from the city, got theirs?

24             MS. HUNT:   Objection as to foundation and

25       speculation.

Mariana Hernandez
January 17, 2026

1            MR. TURFE:  Same objection.

2  BY MR. BROWN:

3  Q.    Do you understand my question?

4  A.    I do, and the answer is yes, it was slightly different

5        than how other employees got their contracts, but they

6        were also the first ones in the mayor's

7        administration, to which it then set a precedent for

8        the following directors that followed with contracts

9        afterwards.

10  BY MR. BROWN:

11  Q.    I see, and how was it slightly different, ma'am?

12  A.    So, again, other than the fire chief, as far as I

13        know, -- and I don't know everybody's employment

14        contracts, I'm sorry, -- other than the fire chief's

15        contract, most other directors fell under the fringe

16        benefits for directors and deputies that I explained

17        earlier, that I was eligible for.

18                I remember that the contracts were created

19        specifically for the police department because of the

20        issues that had been discovered in the police

21        department, and the liability that the employees would

22        be taking coming into those positions, because of how

23        complicated the department was and how complicated the

24        tasks were at hand.

25  BY MR. BROWN:

Mariana Hernandez
January 17, 2026

1    Q.    I see.

2    A.    Again, remember, these contracts came to be after

3          Commissioner Thomas had already done quite a bit of

4          investigating into the department and the issues that

5          were happening there.

6    BY MR. BROWN:

7    Q.    Can you talk a little bit about that investigation

8          that Commissioner Thomas did, please?  What did he

9          find, to your knowledge, please?

10                    MS. HUNT:  Objection to foundation,

11         speculation, and form.

12   A.    Again, so before Commissioner Thomas came to be, we

13         had only heard rumors about the corruption in the

14         department, about the mismanagement of money, about

15         the golden circle.  So it was all speculation.

16                    And when Commissioner Thomas came on board,

17         he unveiled the reality of it all, as well as the

18         mismanagement of multiple funds, including grants that

19         had been unused for multiple years, and all the issues

20         that the department has and has had for a long time,

21         which highlighted the need for good leadership, with

22         good experience, that could help shape up and train

23         the next generation of police officers in the

24         department.

25   BY MR. BROWN: