# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN SWOPE, PAUL VANDERPLOW
JERROD HART,

    Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation,

    Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

    Intervening Defendant.

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

---

## PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT

## EXHIBIT 11

```
 1           IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF MICHIGAN

 3

 4   KEVIN SWOPE, PAUL VANDERPLOW,

 5   JERROD HART,

 6            Plaintiffs,

 7            -vs-           Case No. 2:24-cv-10240

 8   CITY OF DEARBORN HEIGHTS, a Michigan

 9   Municipal Corporation,

10            Defendant,

11   CITY OF DEARBORN HEIGHT CITY COUNCIL,

12   in its official capacity only,

13            Intervening Defendant.

14   _____/

15

16       The Deposition of ASH OTHMAN,

17       Taken at 41700 Six Mile Road,

18       Suite 101,

19       Northville, Michigan,

20       Commencing at 10:16 a.m.,

21       Wednesday, January 14, 2026,

22       Before Donna K. Sherman, CSR# 2691.

23

24

25
```

Ash Othman
January 14, 2026                                                    2

| | |
|---|---|
| 1 | APPEARANCES: |
| 2 | Appearing on Behalf of the Plaintiffs: |
| 3 | STEPHEN JOSEPH BROWN (P82687) |
| 4 | Fausone & Grysko, PLC |
| 5 | 41700 Six Mile Road |
| 6 | Suite 101 |
| 7 | Northville, Michigan  48168 |
| 8 | (248) 912-3213 |
| 9 | jbrown@thefgfirm.law |
| 10 | Appearing on Behalf of the City of Dearborn Heights: |
| 11 | SEAN M. FARRELL (P86402) |
| 12 | The Allen Law Group |
| 13 | 3031 W. Grand Boulevard |
| 14 | Suite 525 |
| 15 | Detroit, Michigan  48202 |
| 16 | (313) 871-5500 |
| 17 | alglawpc.com |
| 18 | Appearing on Behalf of the Defendant City Council: |
| 19 | TARIK D. TURFE (P83690) |
| 20 | Hammoud Dakhlallah & Associates, PLC |
| 21 | 6050 Greenfield Road |
| 22 | Suite 201 |
| 23 | Dearborn, Michigan  48120 |
| 24 | (313) 471-4009 |
| 25 | tt@hdalawgroup.com |

```
 1        certain other pages from the Hassan Saab deposition.
 2                All right?
 3   A    Okay.
 4   Q    Can you open it up and give it a read.  You'll see at
 5        the bottom of, uhm, three pages in, you'll see these
 6        pages.  Do you see that.  There is page 146 and then
 7        147 and then 148 and 149.  Do you see those numbers?
 8   A    Yes.
 9   Q    So there's highlighting there.
10                Uhm, and it talks about this very same
11        document that you and I just talked about, the one you
12        said was either true or facts.  And I'm going to start
13        asking here questions that Hassan Saab answered in his
14        own deposition and I want you to tell me whether Hassan
15        Saab was telling the truth or whether he was lying,
16        okay?
17   A    Okay.
18   Q    Here's the question.
19                Uhm, I'm going to start at page 149.  Quote,
20        what did Ashley Othman tell you about that situation.
21        And here's Saab, I believe that same day, Ashley called
22        me, said, I really fucked up.  No, strike that.  I
23        think I really fucked up.  I'm like, okay.  I did
24        something I should have never did.
25                What is it?
```

 1           She said, Bill Bazzi told me to write an
 2   email, send it to Defective Vanderplow at all costs.
 3           What's that?
 4           She's like, he told me to say that I asked
 5   him to pass by your house to investigate something.
 6           I told her, what authority does Vanderplow
 7   have to investigate the city.
 8           She's like, well, it's something to do on
 9   John Daley.
10           So I'm okay. What is it.
11           Well, I can't talk about it exactly. What
12   she said, I said. Okay. And.
13           She's like, I have to call Vanderplow, and
14   then she's like, I believe it's in here. I'm sorry.
15   Give me a second.
16           So, that's Hassan Saab describing things that
17   you supposedly said.
18           And I'm asking you, did you actually say this
19   stuff?
20  A  No, I didn't.
21  Q  Is this a lie?
22  A  Yeah.
23  Q  Did you ever say, I really fucked up?
24  A  No.
25  Q  Did you, did Mayor Bazzi ever ask you to make up a

```
 1        phone call so that Paul Vanderplow could go stalk
 2        Hassan Saab?
 3   A    No.
 4   Q    And then Mr. Turf asks Hassan Saab further down the
 5        page, this is at line 20, question, so did the Mayor
 6        and Vanderplow use Ashley Othman to create an alibi for
 7        Vanderplow to pass by your house?  To which Hassan Saab
 8        says, yes.
 9             So my question to you, Miss Othman, is this a
10        true statement or is it a lie?
11   A    It's a lie.
12   Q    Did you, Ashley Othman, create an alibi for Vanderplow?
13   A    No.
14   Q    Thank you, Miss Othman.
15   A    Can I add something to that?
16   Q    If you wish.  I'm not your attorney.  I can't tell you
17        what to do or give you advice.
18   A    I am being thrown into drama that I don't appreciate
19        being thrown into it.  I actually provided my Verizon
20        phone records when I actually made a call that day to
21        Director Vanderplow.  I actually did it from my
22        personal cellphone and the time is on my phone records.
23             I have no reason to lie to cover for anybody.
24        And, I was actually asked to lie about that situation,
25        about how it really happened or to change my story to
```

```
 1         say, well, that's not true.  We know Bill Bazzi told
 2         you to do this, when none of that was true.  My job
 3         with the city of Dearborn Heights, I barely got paid
 4         anything.  I think that whole statement is throwing me
 5         into something that has nothing to do with me because
 6         it's not true.
 7    Q    Fair enough, ma'am.  Who asked you to lie?
 8    A    Hassan Saab made a call to me, and it wasn't around
 9         that time.  It was around the time that an officer from
10         MSP was supposed to contact me.  He told me, I know
11         it's not true what you're saying.  I know there wasn't
12         complaints that came through.  If there were, who made
13         the complaint.  I know I received several complaints.
14         Chief of Staff Marianna Hernandez received several
15         complaints and so did Stephanie Shockey, ordinance
16         complaints.  I did my job.  I just said, hey, this
17         business is still receiving complaints.  Our ordinance
18         officers don't want to go there.  Director Bill
19         Dishroon reached out to him.  We then reached out to
20         Mayor Bill Bazzi at the time.  But I didn't lie about
21         anything.  I have no reason to lie about any of it.
22    Q    Thank you, ma'am.
23                   Did Hassan Saab offer you anything, any
24         bribes, any money, anything, any type of benefit in
25         order to change your story?
```

| | | |
|---|---|---|
| 1 | A | Not, I don't want to say to change my story. I know a |
| 2 | | few months back before our friendship ended he had |
| 3 | | stated to me when I told him I was no longer working |
| 4 | | with the city, that if I needed a job he was opening a |
| 5 | | business in Dearborn and I could run it for him. That |
| 6 | | was one of our last few conversations that we had. |
| 7 | Q | Okay. Did Hassan Saab ever do anything to threaten you |
| 8 | | or to say something negative would happen to you if you |
| 9 | | didn't change your story about this incident? |
| 10 | A | He didn't tell me if I didn't change my story. He told |
| 11 | | me being involved in this would, so, my husband was |
| 12 | | born and raised in the city of Dearborn, Dearborn |
| 13 | | Heights. He told me that it would put me family at |
| 14 | | risk. I'm raising two little girls. I need to be |
| 15 | | careful being involved in any of this. It would |
| 16 | | isolate me from the community and it would potentially |
| 17 | | destroy my life and that I would get personal lawsuits |
| 18 | | that come at me for speaking about any of this. |
| 19 | | (Exhibit 3 marked) |
| 20 | BY MR. BROWN: | |
| 21 | Q | All right. Thank you. |
| 22 | | So, I'm going to show you one more document, |
| 23 | | ma'am. We're going to call this Othman Exhibit 3. |
| 24 | | Which also happens to be what was Saab Exhibit 5. And |
| 25 | | I'm going to show you this document and again, this is |

```
 1          to them was made to create an alibi.
 2                  Do you see that?
 3   A      Yes.
 4   Q      My question is very simple, Miss Othman.  Is this true
 5          or is this a lie?
 6   A      It's a lie.
 7   Q      You never said you made a stupid mistake; did you?
 8   A      No.
 9   Q      You never said you really fucked up, right?
10   A      No.
11   Q      You never said that you were trying to create an alibi
12          for Mr. Vanderplow, correct?
13   A      No.
14   Q      When I say correct, well, let me say that again.
15                  This is an example of me messing up a
16          question.
17                  Is it true that you tried to create an alibi
18          for Paul Vanderplow?
19   A      No.
20   Q      Thank you.
21                  So, just to rephrase, is this statement
22          drafted by Hassan Saab true or false?
23   A      False.
24   Q      Thank you.
25   A      Can I add something.  I don't see it in here.  But I
```

| | |
|---|---|
| 1 | received a call after his deposition from another |
| 2 | attorney on this case.  It was Monica.  She had stated |
| 3 | Hassan Saab said, I was having an affair with Mayor |
| 4 | Bill Bazzi and Director Vanderplow.  That is not true. |
| 5 | And as a female that comes from within this community |
| 6 | and I know you're married.  I'm not sure if you're |
| 7 | married.  But I know you come from within our |
| 8 | community.  I don't know if you do.  To put that on a |
| 9 | female, I have a nine and a half year old daughter and |
| 10 | my youngest daughter had just turned 16 months. |
| 11 | So, to make claims of that basically while I |
| 12 | was pregnant or right before I was pregnant, it doesn't |
| 13 | just destroy my life.  It destroys my daughter's life. |
| 14 | Uhm, she was born August, 2024.  I never had |
| 15 | an affair with anybody I worked with at the city of |
| 16 | Dearborn Heights.  I have only ever been with my |
| 17 | husband.  Both of those kids are his.  But to say that |
| 18 | to somebody in regards to somebody I just don't think |
| 19 | it's right and for everybody to just sit here and have |
| 20 | allowed it to be said, I just think inexplicably wrong, |
| 21 | completely.  And my daughter is one and a half.  And I |
| 22 | have another daughter who's nine and a half that are in |
| 23 | this community. |
| 24  Q | All right.  I understand. |
| 25 | I do understand. |