# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN SWOPE, PAUL VANDERPLOW
JERROD HART,

      Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation,

      Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

      Intervening Defendant.

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

---

## PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT

## EXHIBIT 16



**POLICE DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



Timeline

**2/22/2019**
Officer Kelly recommends cultural diversity training based on conversation in locker room. Unk content, no files from Erickson. 19-01

**5/1/2019**
Mehdi Bazzi terminated after extensive investigation into a notebook he was keeping (and misplaced) documenting alleged disparaging and harassing remarks. The filing is rich with examples supporting then Officer Bazzy's position on SWAT team and other patterns of racial ignorance such as beards. See 2/24/2023 for additional.

**1/2021**
Councilmen Bill Bazzi appointed Mayor by City Council Colleagues after death of Mayor Paletko (Term 2004-2020) in December 2020.

**1/24/2021**
Twardzik makes derogatory comments about Sgt. Zrien and Bazzy. 21-02

**5/10/2021**
Murdoch and Krot vs Sgt. Bazzy ref mis-use of police vehicle. 21-03

**5/2021**
Officer Krot accesses Sgt. Bazzy camera system in order to have a family member file a false citizen complaint against him.

**7/5/2021**
Officer Kokoiy files complaint against Councilman Baydoun for interceding in traffic stop for a friend and requesting no ticket be issued. 21-05.

**8/14/2021**
Officer Shokr makes complaint ref an employee making disparaging remarks with supervisors present and not taking action. See MDCR 624278.

**9/9/2021**
Lt. Hutchins makes comment about Mayor pulling his head out of his rear at briefing. 21-08

**9/16/2021**
Previous Chief issues "Intra-Department Communication" to all members exclaiming a "zero tolerance for discriminatory harassment."



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**9/17/2021**
Sgt. Papalexis and Sgt. Bazzy argument 21-09.

**11/02/2021**
Bill Bazzi garners over 70% voter support to become the first Muslim and Arab American Mayor of Dearborn Heights.

**11/17/2021**
Deputy Chief Voiles orders five (5) 2022 interceptors on letterhead from Signature Ford. Unauthorized. DC Voiles retires shortly thereafter.

**11/19/2021**
Adam Krot Terminated. Fabricated complaint against Sgt. Bazzy. See 6/20/2022 Arb entry.

**12/10/2021**
Incident between Hammoud and Paul Graf occurs at DHPD. See 6/6/2022 MDCR 624298.

**12/14/2021**
Officer Hammoud makes report to HR Director Hazlett.

**12/13/2021**
DEA TFO Dan Horning runs Sgt. Mohamad Bazzy through TLO. See 7/15/2022.

**12/17/2021**
Officer Hammoud makes unprofessional comments on in-car video. 21-14. This isn't noted until after the knife incident on 12/10/2021 with Graf.

**1/12/2022**
Deputy Chief Voiles last day – retired

**1/25/2022**
City Council Meeting (282) Dearborn Heights City Council Meeting - 1/25/22 - YouTube Ref Commissioner Thomas' appointment.

**2/03/2022**
Mayor Bazzi appoints Dr. Joseph E. Thomas Jr. as 1st Police Commissioner.

**2/10/2022**
Joseph Reyna files a complaint regarding disparaging remarks and training records.

Grievance 22-73 DH Police Officers Assoc – promote Officer Suggs. Denied. See 4/25/2022.



# POLICE DEPARTMENT

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**2/13/2022**
Sgt. Scott Keller last day – Tecumseh PD?

**2/23/2022**
Grievance 22-94 DH Police Officers Assoc. – Ofc. Barbour vehicle crash. Reduced by Chief Meyers.

**2/24/2022**
Reyna interviewed regarding his complaint.
Lt. Pawlus interviewed regarding Joseph's complaint.
Officer Mazloum interviewed regarding Jospeh's complaint.
Officer Hammoud interviewed regarding Joseph's complaint.

**2/25/2022**
Mayor Bazzi terminated the employment of previous Chief of Police, Mark Meyers. Mark audio tapes it.

**2/28/2022**
Mayor Bazzi hires Chief Jerrod S. Hart as first external Chief of Police at Dearborn Heights PD under authority of DH City Charter.

Per Org Chart, down 9 (7 officers, 2 command) on day one.

**3/2/2022**
Grievance 22-103 DH Command Officers. Fire Chief Hart, promote a Deputy Chief then promote that Deputy Chief to Chief.

**3/11/2022**
Meet with HR. for COAM contract prep.

**3/23/2022**
Hearing for Ofc. Graf incident with Ofc. Hammoud.

**3/25/2022**
Shokr makes complaint against Borkowski for unprofessional comments/conduct. 22-05.

**4/6/2022**
Chief Hart meets POAM and COAM Business agents in Board Room at his request. Talk overall management of DHPD w/Tom Funke and Ken Grabowski



# POLICE DEPARTMENT

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**4/11- 4/13 & 26th**
Property Vault Audits (primary and DPU) Mich. State Police.

**4/12/2022**
Michigan Dept. Of Civil Rights cases 624014 and 624278 received.

Dispatch negotiations

Graf investigation forwarded to me by Capt. Smith who announces he is retiring April 14. He did not want a gathering.

**4/14/2022**
Captain Corey Smith last day. I do catch wind FD and Retirees are meeting out front along with marked units for a last radio signoff. Called Mayor Bazzi and Margaret over asap. They just make the "last radio signoff" by Capt. Smith. Embarrassing. I admonished staff for going behind my back. No one took responsibility for planning it.

Prior to leaving, Capt. Smith and POAM Union President Wolfe approached me near the elevator and inquired about the Graf investigation. I advised I hadn't reviewed it yet. I asked how much time I had per any CBA, they deliberated for a moment and agreed on 10 days. Capt. Smith stated he would be available to answer any questions, even after he retired/resigned. He further advised it was very important to the department and the whole department was waiting/watching for the outcome. I did not engage in discussion at this time as he was ending his employment. However, I am troubled by the very public nature of this complaint and the fact Capt. Smith previously stated it was 43 seconds of a bad decision by Officer Graf and it (incident) was a joke.

**4/15/2022**
Kelly Involved in off-duty misconduct with Arab Wayne Co Sheriff Dep. I make calls and get him immediate counseling.

**4/19/2022**
Meet with Mayor, Officer Suggs and Ofc. Wolfe (POAM President)



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**4/20/2022**

Captain Corey Smith last day – leaves drop early – 3-day notice.

Kelly put on Admin ref off-duty conduct with Arab Wayne County Sheriff Sgt.

Lt. Guzowski texted me at 1:56 pm with a serious issue. I called him. He shared how Officer Younis told him ████████████ were engaged in a physical relationship and approx. a year ago he was aware of an assault between the two. Why now? Ofc. Graf took him to lunch and said he "Heard a rumor" Younis picked up a bloodied Ofc. Shokr who was beaten by Sgt. Bazzy. I ordered an investigation by Capt. Erickson. It was unfounded.

**4/21/2022**

PC Thomas Jr. recommended termination for Graf.

Graf put on Admin Leave.

Corporeal Carrie Hatten files harassment complaint vs. Mayor Bazzi, Captain Erickson, Sgt. Bazzy and Zrien, and Officer Hammoud.

**4/25/2022**

Officer Climstein involved in OIS 630am.

Captain Erickson walks into command office and pulls Ofc. Tynan in for interview during chaotic management of OIS. Unreal.

Graf terminated at due process hearing.

Officer Suggs promoted to Sergeant.

Response to MDCR 624278

Motorola Intrado (911 Syst) beyond 5-year life. Obtain Quotes.

**4/28/2022**

Grievance 22-173 DH Police Officers Assoc. – Officer Graf Termination. Denied and union filed for Arbitration. Graf later charged with 2 counts of FA in July 2023.

Debrief of staff (dispatch and officers) involved in the Climstein OIS. I asked Harold Love to handle. I picked up coffee and light refreshments from Dunkin.



## POLICE DEPARTMENT

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



PC Dr. Joseph E. Thomas Jr. and I go on a walk about at PD while waiting for Harold to conduct debrief. We do not leave until 9pish. Find a bundle of serious concerns in DPU room with property. I take photos. Very concerning.

**4/29/2022**
COAM Negotiations.

**5/3/2022**
Dispatch Negotiations

**5/05/2022**
Extension granted for Accreditation efforts by MLEAC Director Neal Rossow.

**5/6/2022**
Chief Hart meets with 20th District Judges. Spoke about vision and listened to concerns.

**5/11/2022**
Tactical Commander Joseph Reyna and seven (7) members of the DHPD tactical team abruptly resign.

The only remaining members are Sgt. Bazzy and Officer Mazloum – the only Arab members.

Scramble to coordinate with MSP to handle critical incidents.

DPU Covert Fund internal begins. 22-07.

**5/13/2022**
Reyna complaint typed by Capt. Erickson and turned over to P.C. Thomas Jr.

**5/16/2022**
Dispatch Negotiations

**5/20/2022**
Officer Interviews

**5/19/2022**
I requested more information from MDCR Inv ref 624014.

**5/23/2022**
Dispatch Meeting in Board Room. Snake pit called out. Over training new employee Dawn Manaskis (sp).



**POLICE DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**5/25/2022**
Mich State Police back for DPU Buy Money/evidence audit and investigation.

**5/26/2022**
I suspended MLEAC Accreditation efforts by DHPD. Untruthfulness and complete lack of understanding of the process. Misleading at best. Issues with Access to property and evaluations.

**5/31/2022**
Chief Hart interview ref C. Hatten's complaint. Attorney Ken Gonko.

**6/1/2022**
I responded to a second request for information ref MDCR 624014.

Chief Hart interview dispatch candidates

**6/6/2022**
I received Michigan Dept of Civil Rights complaint 624298 – Hammoud knife and beard

**6/7/2022**
Lt. Hutchens last day – Oakland County Sheriff. He applied after making comment about Mayor ████████████████ during briefing. Officer Shokr was believed to be the one who told Capt. Erickson about it. She feels this was the precipice for the start of her issues.

I release "Org Changes and Initiatives" to Mayor identifying short, mid and long -term initiatives.  Deliver some information from the plan during a community event at Bellagio.

**6/8/2022**
Chief Hart Interview with Ken Gonko ref C. Hatten complaint.

Memo to City Council reference communication and interfering with traffic stops. Closed Session to follow.

**6/9/2022**
Chief Hart and PC Thomas meet with Dearborn Chief Issa Shahin. Collaboration and historical perspective.

Officer O'Donnell makes complaint against Councilman Baydoun reference interfering with traffic stop. Councilman Baydoun called Chief Hart when the incident took place and called O'Donnell a racist, had a Jaafar with him in car. In-Car video does not support allegation against



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



O'Donnell but shows interference by Baydoun. Incident is second allegation against Baydoun. First was made by Kokoiy.

**6/10/2022**
Decision to re-assign Joseph and others to patrol functions made. Unions notified.

Grievance 22-211 DH Police Officers Assoc – Suspension for Officer. Settled w/Chief Hart on 11/30/2022.

Meet with Lt. Martin MSP ref joining Mnet Narc unit.

**6/13/2022**
Sgt. Mitchell advised of reassignment.

**6/14/2022**
Carrie Hatten and Sgt. Brian Mitchell re-assigned to patrol duties effective 7/1/2022. Carrie was insolent and fairly sure she was audio taping me and possibly livestreaming due to "ding" notification coming from phone in her left pants pocket.

Code Red Emerg Comm Platform approved by City Council. Command and I vetted various companies during demos and we settled on CodeRed.

**6/15/2022**
Chief Hart finally gains access to TLO / Transunion. Sgt. Papalexis runs himself and colleague.

DEA TFO Horning runs Sgt. Bazzy on 12/13/2021. Cites ATF/DEA investigation (later determined to be unfounded as former Chief and Capt refused to support this claim. DEA and ATF finally respond – no request to run Sgt. Bazzy).

Carrie Hatten alleges re-assignment is a result of retaliation for her complaint on 4/21/2022. Admitted to attorney she audio taped me.

**6/20/2022**
Reyna notified of re-assignment as Road Patrol Sergeant.

Responded to MDCR 624298

Arbitration Hearing Adam Krot termination from prior Chief.

Solacom 911 site visit. Competitor to Motorola. Zero due diligence from previous admins.



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**6/21/2022**
Reyna produces note from doctor.

Reyna on CCTV using Department gym – elliptical and weightlifting.

**6/22/2022**
Reyna on CCTV running PD hallways (and presumably staircases) and lifting weights in gym.
Discovered after his medical note.

Reyna is placed on administrative leave for his own best interest and health. MCOLES Auth
suspended

**6/24/2022**
Reyna is provided closure regarding his complaint by P.C. Thomas Jr.

**6/28/2022**
Axon approved by City Council for body and in-car. Timeline in background of packet. Months
spent trying to unpack lack of movement on Fed Grant for only $172k of a $1.2 million project.

**7/5/2022**
Meet with BATF SAC Vanderplow ref FFL Break-ins.

**7/10/2022**
Anonymous Male (Later thought to be ███████ father) made a phone complaint at the
Mayors office regarding ██████████████████████████████ in
divorce/custody battle. Unfounded after Inv.

**7/12/2022**
Sgt. Brian Mitchell last day.
Sgt. Swirple advised of reassignment.

**7/14/2022**
Motorola Follow up 911

**7/22/2022**
Five (5) 2022 Ford Police Interceptors arrive at DHPD. I didn't order them. $183,430.00 plus
upfitting. See entry from 11/17/2021.

Carrie Hatten Inv findings by attorney issued. Unfounded. Findings – Cpl Hatten doesn't take
direction well.



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**7/24/2022**
Shokr and Chami report concerns about former Chief Meyers showing up on traffic stop and coming to Chami's house.

**7/29/2022**
Chief Hart meets with PC Thomas, Erickson, Dottor and Barlow ref status of rifle program and inventory of Dept. weapons. Inventory list keeps changing when guns are located in offices. The program is a mess. Ask ATF to complete an on-site inspection. Management practices are horrendous as indicated by a handgun owned by the PD being found in new magistrates desk.

**7/30/2022**
Officer Jeremy Climstein last day – Troy

**8/9/2022**
City Council Approves Traffic Improvement Assoc. (TIA) for traffic engineering I proposed.

**8/12/2022**
Sgt. Swirple 1st day back in patrol.

**8/13 – 8/20**
Chief Hart out of town. Everyday calls from PC Dr. Thomas Jr. Staff overwhelmed him with issues. He becomes sick shortly after and is hospitalized.

**8/16/2022**
Michigan Dept of Civil Rights case 624300 received. National Origin / Religion.

**8/25/2022**
Memo to IT Director Cooper. Do not disable any doors w/card access.

**8/26/2022**
Leadership Development with City Dept heads in Walled Lake.

**8/30/2022**
COAM negotiations

**8/31/2022**
Dispatch Negotiations w/Mediator

**9/4/2022**
Suspend Commissioner Thomas' MCOLES authority. Illness.



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**9/7/2022**
Dispatch Negotiations w/Mediator

**9/8/2022**
Dildo incident involving Sgt. Swirple.

**9/13/2022**
Motorola Approved by City Council 22-395.

**9/15/2022**
Judges and Mayors Meeting at 20th Dist Ct.

**9/16/2022**
FOIA Meeting. Not being handled properly.

**9/21-9/22**
Host CRI-TAC visit (Jim Golden and Sharam Fard)

**9/26/2022**
AXON rollout meeting in Board Room

**10/02/2022**
Police Commissioner Dr. Joseph E. Thomas Jr. passes away. Chief Hart alone 9/2022 until Directors join on 1/9/2023.

**10/3/2022**
Separate MCOLES for Police Commissioner Thomas – Deceased.

Multiple Internals ref Unit 41 damage. See 10/12/2022.

**10/04/2022**
Respond to MDCR 624300

Dispatch Negotiations w/Mediator

**10/12/2022**
Cpl. Franckowiak reports damage to DHPD marked unit 41. Damage to this vehicle was subject to an internal investigation with Officer Hammoud (complainant / victim) being "disciplined" by Sgt. Szopko for failing to conduct and note damage to unit 41.

The investigation revealed an alleged cover up of misconduct by Cpl. C. Hatten and Sergeants Core and Swirple.



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



Summary:
- October 3, 2022, Sgt. Szopko noted damage to unit 41.
- He called Carrie on her cell and asked if she noted any damage. Said she hadn't noted any.
- Investigation reveals on 9/14/2022, she struck a curb, damaged the rim and flattened the tire.
- It had to be towed. Sgt. Core made scene, checked with Sgt. Swirple. Just write it up as a flat.
- Towed to Tire Discount
- October 5, 2022 - Officer Franckowiak reports vehicle was struck employee at Tire Discount. Bumper pulled from boneyard and sheet metal damage not fixed which goes un-noticed until Ofc. Hammoud is disciplined by Sgt. Szopko.
- Also leads to investigation reference City Asset (Tire Mount and Balance Machine) "loaned" to Tire Discount. Cpl Franckowiak tells me in an unannounced visit to my office on Friday, 10/21/2022. You cant make this stuff up. WOW!! Email 10/23/2022 to Capt. Erickson from Chief Hart sharing Cpl. Franckowiak's admission.

**10/14/2022**
██████████████████████. Sparks traffic safety discussions.

**10/18/2022**
Chief Hart calls meeting w/School Supts and Mayor ref traffic safety.

**10/25/2022**
Fleet Management discussion with Enterprise Leasing.

**10/26/2022**
Dispatch candidate interviews.

**10/27/2022**
Dispatch candidate interviews

**11/2/2022**
Command Negotiations w/Mediator.

**11/3/2022**
Unions invoke PERA and want to bargain re cell phone policy.

**11/7/2022**
Mayor, Margaret and Chief meet with BATF SAC Vanderplow.



# POLICE DEPARTMENT

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**11/22/2022**
Chief Hart follows up with 2nd school safety meeting.

**11/23/2022**
TEAMS with Nawar Shora CBP Cultural Diversity

**12/6/2022**
MCOLES Inv ref Krot and Walters (both former DHPD)

**12/7/2022**
Dispatch Candidate Interviews.

**12/12/2022**
I interview Kevin Swope and Paul Vanderplow after-hours at PD.

**12/13/2022**
Sgt. Dottor and Campbell access CCTV, take photo of Swope and send to his agency.

Sgt. Suggs graduates from Shield Institute Level 1 Supervisor training.

**12/15/2022**
Officer Tyler Butkin last day – Trenton. No MCOLES Waiver. Later spoke to their Chief. He was unaware. DH former HR Director works there. No wonder he didn't know.

**12/16/2022**
Meet with unions and POAM/COAM Business Agents ref cell phone policy. Clear they (B.A.) never read it.

**12/19/2022**
Grievance 22-383 DH Police Officers Assoc – Front Desk (settled w/Chief Hart)

**12/21/2022**
Called Lt. Thomas, Sgts Szopko and Stephens up to office. 2.5 hour discussion. See calendar entry. Covered a lot of ground and rumors. Islam and Christmas.  Unreal, the department does not know their community.

**12/25/2022**
Officer Mehdi Hadwan last day – Troy
_____
**1/9/2023**
Directors Vanderplow and Swope join Chief Hart at DHPD.



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**1/10/2023**
POAM / COAM file 23-000085 – AW vs. City of DH & Mayor Bill Bazzi re Chief, Commissioner and Directors in Wayne County Circuit Court.

**1/18/2023**
Chief Hart meets with Fire Chief Brogan and team ref mental health commitments being transported in squad cars. He wants FD to handle, it's a "health crisis".  DHFD not interested.

**1/20/2023**
Officer Odonnell last day – Oakland County Sheriff Office.

**1/24/2023**
School Traffic Safety Meeting with Superintendents.

Saab at council meetings. 1/24/23 - Dearborn Heights City Council Meeting (youtube.com) Kinda funny…he brings up alleging criminal activity on planning commission. WILD! Its all about car wash on Ford Rd. Information on 1/4/2023 he bought a house behind the car wash per mayor.

**1/26/2023**
Directors and Chief meet with Council Members Baydoun, Ahmad and Breyer @ 2pm at DHPD Boardroom. During meeting, Baydoun made 3 separate directives to treat Sgt. Bazzy differently and provide preferential treatment.

> Chief handled first, No pref treatment, same opportunities, no "Golden Circle"
> Director Vanderplow handled 2nd directive – no preferential treatment.
> Director Swope handled 3rd – we develop leaders, up to them to succeed.
> Debrief - All 3 of us shocked at direct advocacy for preferential treatment. This began our issues with Councilmen Baydoun.
> Baydoun also shared how he thought ████ was a racist and confronted him at an outdoor event as he (████ was eating (on-duty, in uniform). Baydoun then shares how he learned ████ married a Lebanese/Arab woman and was practicing Islam and likes him. This plays into 2/14/2023 interaction.

**2/1/2023**
Patrol Sgt. Core last day – Trenton PD
Patrol Officer Lloyd last day – Trenton PD

**2/7- 2/10**
Chief Hart and Dir. Swope at MACP Conf.

**2/14/2023**



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



2/14/23 - Dearborn Heights City Council Meeting (youtube.com)

Council Member Baydoun stops me as I exit council meeting. I was walking back to the rear lot of city hall. Very long day and council meeting. I was by the long table in hall leading to HR, stoll inside. Mo says he has been told Erickson is taking leave time and not coming back and there are "allegations we aren't investigating internal complaints and (cant remember specifically but along the lines of sweeping them under the rug." I told him untrue. Now, Directors Vanderplow and Swope were exiting council chambers and joined me. Mo is getting aggressive and accusing us of unprofessional and borderline criminal behavior. I advised him un-true and Mo makes a smart ass comment and Vanderplow tells him "wait a fucking minute" and Mo gets all offended and disrespected....after he alleges he three guys taking an beating on social media and at council meetings are doing wrong.

Council Member Hassan Ahmad and Council Chair Abdallah join saying not acceptable to defend ourselves as Mo was just seeking clarification on what "he heard." There is NO DOUBT we were targeted based on our unwillingness to provide preferential treatment to Sgt. Bazzy and our clamp down on ticket dismissal which rumors circulate both Sgt. Bazzy and Mo Baydoun orchestrated for "community members". ███████████████████████.
██████████████████████████ and that he use to hate him but them found out he was married to a Arab girl and is now a Muslim so he "respects him".

This event is tied to 1/23/2023 and the subsequent quid-pro-quo of the budget process by Mo, Hassan Ahmad, Thomas Wencel and Dave Abdallah. No raises for department heads. Crystal clear what is happening.

**2/17/2023**
Capt. Paul Erickson last day. Uses leave time until August 6, 2023.

**2/21/2023**
Closed Session to discuss POAM (Dispatch) and COAM (Supervisors). Wencel "no" vote to go into closed.
2/21/23 - Dearborn Heights Special City Council Meeting - YouTube
02-21-23 Agenda.pdf

**2/22/2023**
Meet with Family Against Narc's for alternative to arrest.

**2/24/2023**
Traffic Officer Joel Barlow last day – Huron Twp (Traffic Bureau)
Traffic Officer Josh Wolfe last day – Huron Twp (Traffic Bureau)
No one left to handle serious / fatal traffic accidents.

**2/28/2023**
Dept. received lawsuit filed by former DHPD Mehdi Bazzi. See 5/1/2019 for more.



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



Chief Hart has to gather all documents pertaining to case, scan (late into night to attorneys and make hard copies for attorney aid to pick up. Files were located in numerous places and had to be documented where. Management nightmare.

**3/1/2023**
Cpl Pellerito (property and gun bureau) placed on Admin Leave for alleged misconduct. LOU – use leave time until <u>8/6/2023.</u>

Cpl. Carrie Hatten is overheard telling Janet Lucas someone may "never walk again". Assumed she was talking about Officer Borkowski. No one has told me anything about his status since 2/6/2023 email forwarded to me from Director Swope.

**3/5/2023**
Officer Horning last day – Ann Arbor PD.

**3/6/2023**
Dispatch contract approved by City Council.

Command Officers Assoc. Contract approved by City Council.

**3/8/2023**
Ticket Dismissal Investigation

<u>**3/9/2023**</u>
At approximately 240pm on todays date, I walked into the DB looking for Lt. Guzowski and/or Brian Sznyr ref an injured employee report from 2021. I was accompanied by an ordinance officer looking for a CD. W/M, heavy set. In the office next (east) of Guzowski, I noted 20th District Court Clerk, Katie Shaw seated, standing next to her was Janet Lucas, and in the door frame, Gary Miotke there were a few detectives standing around as well, including Papalexis. Campbell, Mahood and Ciochon were not present. Papalexis was inside the office. Everyone was shocked at my sudden appearance. I asked if I "missed a meeting" and it was quiet. I called Janet out of the office to locate the information I needed for Officer Borkowski's injury. Gary came by her desk a few minutes later and spoke softly so I could not hear. No good was going on.

**3/14/2023**
Meet with Directors ref Property Room quotes.
3/14/23 - Dearborn Heights City Council Meeting (youtube.com)

**3/15/2023**
Meet with River Oaks Homeowners ref crime.

**3/18-19/2023**
Cpl. Hatten reports misuse of uniform by Mourad to Directors.



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**3/23/2023**
Meet with HR and Team ref COAM TA

**3/24/2023**
Meet with family ref cold case death investigation.

**3/28/2023**
Meet with PT property candidate Boucher.

**3/29/2023**
LOU with Command Officers Assoc removing challenges to their appointment reached.

**3/31/2023**
Iftar Dinner Bellagio

**4/5/2023**
Lawsuit filed by Police and Command Union ref Chief Hart and Directors Dismissed

**4/07/2023**
Reyna Electronically Signs EEOC 471-2022-04329

**4/11/2023**
4/11/23 - Dearborn Heights Special City Council Meeting (youtube.com) Closed Session W/Chief

**4/12/2023**
Grievance 23-105 DH Police Supervisors – Step up pay Sgt. to Lt. (Denied)

Iftar dinner – Islamic Center Detroit

**4/14/2023**
Officer Franckowiak notified of re-assignment to patrol. He is a licensed officer.
He simply portered cars to repair facilities. Need bodies on patrol.

**4/17/2023**
Lt. Gonzalez last day. Left drop early. Left vs investigating Cpl. Pellerito Looked in his personnel file, he and Pellerito had a 60-90 min response to a home invasion. They went to lunch! Circa 2006 ish.

**4/27/2023**
Sgt. Papalexis last day. (Investigations) – Green Oak Twp



## POLICE
## DEPARTMENT

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**5/1/2023**
Officer Franckowiak 1st day of assignment to patrol.

**5/02/2023**
Grievance 23-119 – DH Police Officers Assoc – PT property Custodian

**5/8/2023**
Traffic and Training Sergeant Jordan Dottor defers his retirement to join Ann Arbor PD. Last day May 19 and uses leave time until August 2nd.

**5/10 -5/11**
Chief Hart attends MELOA conference with staff

**5/12/2023**
Officer Dylan Dottor last day – Oakland County Sheriff Office

Officer Goudy last day – Oakland County Sheriff Office

Sgt. Ciochon (investigations) last day. Uses leave time until 10/17/2023.

Contract Prep with Comptroller (POAM)

**5/15/2023**
COPS Accreditation Grant submitted**.**

**5/16/2023**
Grievance 23-136 DH Command Officers – Sgt. Reyna on Admin roll over furlough – denied

Chief Hart Meeting w/POAM Prez C. Hatten and BA Lamontagne. They asked. At odds over grievances.

Issue with Clerk Senia refusing to swear-in a new police officer. Multiple emails. Unreal.

**5/19/2023**
Sgt. Jordan Dottor last day – Ann Arbor PD. Leave time until 8/2/2023.

**5/23/2023**
Grievance 138 – DH Police Officers Assoc. – filed over crime analyst



# POLICE DEPARTMENT

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**5/30/2023**
Meet ref POAM contract with HR .

**5/31/2023 – 6/1/2023**
DOJ COPS CRI OA 1st Onsite.

**6/2/2023**
FOIA discussion w/legal ref MCOLES Sep Agreement FOIA – Ross Jones Ch. 7.

**6/12/2023**
Sgt. Swirple last day – exited DROP early.

**6/13/2023**
POAM Contract Negotiations – 1st meeting.

City Council Meeting is a complete embarrassment orchestrated by a few, including Mo Baydoun. Introduce new staff, all Arab officers.

**6/14/2023**
COAM Grievance Settlement Discussion with COAM President then Lt. Hatten and business agent.

**6/15/2023**
In response to Chair-Pro-Tem Muscat reconsidering his resignation, I make complaint about council meetings. Reserve Whistle Blower Status and file FOIA.

**6/18/2023**
"LYONS ROCK" and others (Cores wife, Sue Kaminsky) make racist comments on FB announcement welcoming new officers.

"Make America Violent Again" found in ████████ locker by Director Vanderplow.

**6/29/2023**
Carrie Hatten placed on Admin Leave for OUIL arrest 6/28.

**6/21/2023**
Dearborn PD Press Conference ref Auto Theft Task Force

**7/7/2023**
Meet Serrano for PT DB Runner



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**7/13/2023**
Meet with POAM Contract Negotiations.

**7/14/2023**
Directors (City) training

**7/18-7/20**
DOJ COPS CRI OA Team onsite #2.

**7/20/2023**
Lt. Hatten Promo and Emily Murdoch Award for Dept. Citation.

Debrief from CRI OA Team.

**7/21/2023**
Officer Zyke Bailey placed on Admin Leave for Use of Force Inv from June.

Day meeting @ Leons w/shift per DOJ debrief.

**7/24/2023**
██████████████████████████████. No heads up.
Booked at DHPD and arraigned in attached 20th District Court. I would not have allowed this. Officers show up in support. Victim is DHPD Officer.

**7/26/2023**
Chief Hart responds to Reyna EEOC 471-2022-04329.

**7/27/2023**
POAM Contract Negotiations. They walked away. May have had a deal. They are "offended" by the offer. Sznyr comes to office to make case afterwards.

**7/28/2023**
Day meeting at Leons w/shit.

**7/31/2023**
Exec Committee kickoff meeting.

Night Shift Pizza and time with Chief and Directors

**8/3/2023**
Night shift Pizza and time with Chief and Directors.



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



**8/8/2023**
Meet with Darla and Michelle ref org changes.

**8/9/2023**
I inquire about the status of my FOIA

Meeting with Mayor and Margaret ref compensation and constant chaos. We cover a significant number of issues and I present compensation request to both created by Directors Swope and Vanderplow on August 3, 2023. I am exhausted. I share my concerns regarding Council Member Baydoun ref his targeting of the Directors and I.

I asked the Mayor to send me a link to the council meeting where police officers were acting insolent for a reference as Officer Butkin during his exit interview said he regrets being talked into going.  See 1/25/2022 entry for a link to the meeting which the Mayor emailed me.

**8/10/2023**
Director Vanderplow stated he observed ▮▮▮▮▮▮▮▮▮▮▮▮ running off on Facebook seeking complaints against ordinance issues and traffic issues. This is a continued pattern of attacks on Directors for pay (on Facebook and by Council pulling pay increases from Budget in open meeting) that Mayor Bazzi has appointed. I advised him to screenshot them. Treasurer blew a red light and was given a warning in June/July 2023 by a DHPD Officer. If I wasn't honest, I would run her in CLEMIS to see exact date. MO, Hassan Ahmad, Abdul-Huk and Council Chair all yanking strings behind scene to go after Mayors appointees. Why? He is too honest and makes decisions which are best for the CITY not their buddies. Mo has demonstrated the worst of politics..favoritism.

**Summer / Fall / Winter of 2022**?
I was made aware Council Chair Abdallah, Council Members Mo Baydoun and Hassan Ahmad met with Sgt. Bazzy, K-9 Chami, Ofc. Shokr, Ofc. Hammoud and Ofc. Mazloum in council chambers during business hours.

I was not there but piecing together conversations, Mayor was called into meeting and refused to provide any preferential treatment to Arab Officers. This angered everyone. Mayor left meeting on more than one occasion. I am proud of the Mayor for standing up and being honorable and keeping his integrity intact. This man takes a beating from all directions and still does the right thing for his entire community and I am so proud of him. Council Chair acknowledged this meeting with me in the following days at QNewora on Ford Rd.

PC Thomas' notes

8/10/2023



## POLICE DEPARTMENT

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



I sent an email to Melanie at Schultz Joppich etc asking for PC Thomas's notes back. I gave them to her for possible defense in Mehdi Bazzi v DHPD.

1. Entry ref Sgt. Campbell flying drone from property/DPU. PC Thomas handled.
2. Entry ref Sgt. Campbell and Sgt. Dottor putting $100K in front of us (PC Thomas and I) one Thursday night after hours. Cut open evidence bags, stacks of cash and checks. They were laughing. Wanted me to keep it in my office from Thu-Monday and take to Clerk. I didn't touch it. We both felt this was an attempt to set us up. I had a horrible feeling (fear, anxiety). This place is bad. Said they have "always done it this way".

8/22/2023
I provide council with an evaluation of the PD and some preliminary findings. Tom Wencel and Mo Baydoun hijacked the meeting. They have zero concerns about fixing PD. I have supporting documents (PPT and Timeline to support). Also, emails from them about the meeting.

9/19/2023
After months of no – contact, MDCR Inv. Okoiruele begins new line of questioning regarding Sgt. Bazzy. My last communication with her was 6/2/2022 (over a year ago!). The email string is attached. My suspicion is Sgt. Bazzy, faced with discipline is now bringing forward additional information to intimidate me to rescind pending discipline.

9/26/2023
Hassan Saab (Planning Commission) and dear friend of Sgt. Bazzy.  Attacks Director Swope and attempts to extort him during council meeting.

9/28/2023
I was out of town. Director Swope sent email about extortion from Sgt. Bazzy and Hassan Saab.

9/29/2023
I read email while out of town. I spoke with him via cell. I advised him to go into dispatch so no recording of call. Have dispatcher pull number, make location at City Hall and date of offense 9/26. I advised him to tell OIC not to touch it and it would be his responsibility to lock it and Chief would approve.

Within minutes, Hassan Saab had several messages (screenshot by me) posted. He was clearly advised by someone in PD what was happening. How? Our RMS system shows Sgt. Bazzy, Sgt. Zrien and Officer Hammoud looked at the report. These Officers are now suspects for providing information to a suspect in an extortion case. No hiding the intimidation and collusion. Chief Hart "unfriended" Hassan Saab on Facebook after taking screen shots.

10/10/2023



**POLICE DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



I am preparing for the council meeting when I feel sharp pain behind my right eye, tingling in my right leg and pain behind my right shoulder. My right eye was very blurry and remains that way still.  I was unsure if heart attack or stroke but have been feeling bad for several weeks.

During a doctor visit on 9/11 I pitched the idea I was possibly being poisoned. For several weeks, I have to sit on my office couch and close my eyes at 1pmish each workday. I have zero energy to walk/exercise although my diet as a T2D has not changed. My A1C was 5.5 on 9/11. Oddly, my kidneys showed  distress and my Liver Triglycerides were up significantly. There is an outside factor in play which is why I brought up possible poisoning to my doc.

I didn't want anyone from this FD/PD/City touching me. My Directors were not in their offices. I drove myself to St. Joes in Ann Arbor. My Tryponin level up. I endured 4 day hospital stay including 2 MRI with contrast and 1 heart cath. This was all due to out-of-control stress and BP caused by this constant state of harassment and intimidation.

October 10, 2023
City Council Meeting. Absolute mess. Hassan Saab attacked Kevin. He was provided info from Sgt. Bazzy.

Watch October 24, 2023 City Council Meeting. On city website  Council Meetings | Dearborn Heights, MI (dearbornheightsmi.gov)

Absolute embarrassment.

10/30/2023
10am meeting with Roger Farinha and Mayor Bazzi. Mayor was concerned about the impact Sgt. Bazzy is having on the "community". He brought up hiring a soon retiring Arab command officer from Romulus PD to be a Director level at the PD. He is getting pressure there are no Arab Directors. There was discussion about bringing in a Yemeni woman (Molly?) from Hamtramck. Mayor shut it down, said he spoke to 5 council members and she has baggage and she is not Lebanese. The Romulus command officer is Lebanese. He would attend events with Mayor. I shared I wasn't a fan, especially since my Directors and I have been waiting for wage increases which are constantly delayed and not put in front of Council for action. I see the Mayors point, however, the deal was I run the PD not the "community". In his eyes, he isn't asking that, just trying to keep a buffer between the (my words) the white guys and the "community". This is the first time I have noted the Mayor crack. I brought Director Swope in the room (my office) part way through the discussion. He felt dejected and not a fan. He felt this is the beginning of our demise.

Meeting with Khalil Rahil at DHPD. On 10/26/23, Mayor Bazzi called my office. He shared Khalil Rahil (sp), former Wayne co prosecutor and Deputy Wayne Co Exec. Was furious with the way we were handling Sgt. Bazzy. Sgt. Bazzy has been telling people in the community (Arab



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



community) he is being targeted and about 4 Arab officers are going to be fired. I agreed to
show Khalil the camera footage to calm the "community" down. The meeting was set for 2pm
on 10/30 at the PD.

I asked Roger to sit in this meeting as Khalil is a former APA and I want to make sure we don't
get into trouble with HR issues. Roger agreed. I also asked Director Swope to join. He was
directed to prepare a redacted copy we provided in FOIA.

Mayor and Khalil were a couple minutes late. We all met in the boardroom. Khalil reluctantly
signed a FOIA. He was hesitant and didn't want to end up on a witness or deposition list.

Ultimately, the video was not shown. Neither the Mayor, Khalil or Roger watched it. Instead, I
was educated on how I was to handle Sgt. Mo Bazzy from Khalil. Sgt. Bazzy is very powerful and
connected. There is a storm coming, in fact a Tsunami per Khalil in that everything we ask for
with new council will be 7-0 votes, including our Budget. This confirms the current council
holding hostage our raises and projects in the current budget. This is personal because we took
away councilman Mo Baydoun (soon to be council chair) and Sgt. Bazzy's ticket fixing scheme
earlier this year.

Khalil shared nothing will move forward until we "neutralize" Sgt. Bazzy. This wasn't in the
sense of getting rid of him, it was rewarding him – he needs to be given something, he needs to
have status. I shared I am not rewarding bad behavior and he has crossed a line. I shared I have
tried to develop him and asked him to lead our Arab officers to join the Middle Eastern Law
Enforcement Officers Association – he didn't complete the task. This guy wants something for
nothing. Khalil told me to TRY HARDER to find a way to get him on board. I shared we have a
collective bargaining agreement and Act 78 which handle promotions and I cant just promote
someone. I am befuddled. Everything I brought up, it was YOU NEED TO TRY HARDER with an
employee who lacks the ability to pass a promotional test to get him promoted. Not happening.
Khalil said if we leave, the mayor doesn't get re-elected. He said if we don't somehow appease
Sgt. Bazzy, the Mayor doesn't get re-elected. I shared I was brought in to level the playing field
and rid the agency of the "Golden Circle" and I will in no way form another one. Khalil shared
he grew up knowing the Bazzy family although he is 5 years older than Sgt. Bazzy.

Khalil shared he knows the council members and we need to do more to include them. Gave
the mayor some tips. I shared how I wrote monthly reports which the information was ignored.
I shared how I met with Osama Siblani, Sam Hussein and Mo Baydoun at the Arab American
News HQ in Dearborn to smoke a peace pipe and it hasn't changed anything.

I asked about what council thinks about the work I am doing with the DOJ. He said they think
it's a joke. He said they are going to make t shirts that say "Its under investigation". I shared this
isn't what its about and I have shared what its about with the council. I also shared if we cant
overcome our issues, the city could find themselves in a consent decree and strip the city of



**POLICE
DEPARTMENT**

**Bill Bazzi**
Mayor

**Jerrod S. Hart**
Chief of Police



their oversight of the PD. He said they don't care and its to their advantage to do so, it will be the mayors fault and mine, not theirs. Although he shared earlier they will not provide a Budget for the PD and needed items.