IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KEVIN SWOPE, PAUL VANDERPLOW JERROD HART, | Case No. 2:24-cv-10240 Hon. Mark A. Goldsmith Magistrate David R. Grand |
| Plaintiffs, | |
| v | |
| CITY OF DEARBORN HEIGHTS, a Michigan Municipal Corporation, | |
| Defendant, | |
| CITY OF DEARBORN HEIGHTS CITY COUNCIL, in its official capacity only, | |
| Intervening Defendant. | |

## PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT

## EXHIBIT 17

Hussein Farhat
September 11, 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN SWOPE, PAUL VANDERPLOW,

JERROD HART,

    Plaintiffs,

v                                        Case No. 2:24-CV-10240

                                       HON. MARK A. GOLDSMITH

CITY OF DEARBORN HEIGHTS, a    MAG. DAVID R. GRAND

Michigan Municipal Corporation,

    Defendant,

CITY OF DEARBORN HEIGHTS CITY

COUNCIL, in its official capacity only,

    Intervening Defendant.

                                 /

    The Deposition of HUSSEIN FARHAT,

    Taken at 41700 Six Mile Road,

    Northville, Michigan,

    Commencing at 9:33 a.m.,

    Thursday, September 11, 2025,

    Before Diane H. Draugelis, CER-2530.

Hussein Farhat
September 11, 2025

Page 2

| | |
|---|---|
| 1 | APPEARANCES: |
| 2 | |
| 3 | STEVEN JOSEPH BROWN |
| 4 | Fausone & Grysko, PLC |
| 5 | 41700 Six Mile Road |
| 6 | Suite 101 |
| 7 | Northville, Michigan 48168 |
| 8 | 248.912.3213 |
| 9 | jbrown@thefgfirm.law |
| 10 |     Appearing on behalf of the Plaintiffs. |
| 11 | |
| 12 | MONICA N. HUNT |
| 13 | The Allen Law Group |
| 14 | 3031 West Grand Boulevard |
| 15 | Suite 525 |
| 16 | Detroit, Michigan 48202 |
| 17 | 313.871.5500 |
| 18 | mhunt@alglawpc.com |
| 19 |     Appearing on behalf of the Defendant City of |
| 20 |     Dearborn Heights. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

1  ROGER A. FARINHA

2  Corporation Counsel City of Dearborn Heights

3  6045 Fenton Street

4  Dearborn Heights, Michigan 48127

5  313.689.8437

6  ra.farinha@dearbornheights.gov

7       Appearing on behalf of Defendant City of Dearborn

8       Heights.

9

10  TARIK D. TURFE

11  Hammoud Dakhlallah & Associates, PLLC

12  6050 Greenfield Road

13  Suite 201

14  Dearborn, Michigan 48120

15  313.471.4009

16  tt@hdalawgroup.com

17       Appearing on behalf of Intervening Defendant City

18       of Dearborn Heights City Council.

19

20

21

22

23

24

25

Page 4

```
1      ALLEXA OTTO
2      Flood Law, PLLC
3      155 West Congress Street
4      Suite 350
5      Detroit, Michigan 48226
6      248.547.1032
7      aotto@floodlaw.com
8           Appearing on behalf of Hussein Farhat.
9
10     GARY T. MIOTKE
11     Miotke Law Office
12     6828 Park Avenue
13     Allen Park, Michigan 48101
14     313.388.4809
15     gmiotke@miotkelawoffice.com
16          Appearing on behalf of the Intervening Defendant
17          City of Dearborn Heights City Council.
18
19     ALSO PRESENT:
20     Hassan Saab
21
22
23
24
25
```

Hussein Farhat
September 11, 2025

Page 34

```
 1   A.   He knew that.  Bill Bazzi knew that.
 2   Q.   Do you think that you were being groomed to become
 3        police chief of Dearborn Heights eventually?
 4             MS. HUNT:  Objection as to form, foundation
 5        and speculation.
 6             THE WITNESS:  I don't know.
 7             MR. TURFE:  Same objection.
 8             THE WITNESS:  I don't know.  It wasn't my
 9        intention to push anybody out, sir.  I'm not that --
10   BY MR. BROWN:
11   Q.   I'm not asking you if it was your intention to push
12        anybody out.
13   A.   Yeah.  And, again, if he wanted me, he did say one
14        time, Bill Bazzi walked me around the police
15        department, and as we were walking he goes, all these
16        people are going to be working for you one day.
17   Q.   And when did he say that?
18   A.   That would have been -- I don't know.  It would have
19        been in 2024, would have been somewhere between March
20        1st, before September 1st.  So between March and
21        September, sir.
22   Q.   What job did you have at the time that he told you
23        that?
24   A.   Emergency manager, director of emergency management.
25   Q.   And that was your first job there with the --
```

Hussein Farhat
September 11, 2025

Page 35

| | | |
|---|---|---|
| 1 | A. | I said City of Dearborn Heights, sir. |
| 2 | Q. | So when you left the City of Romulus, that was the last |
| 3 | | place you worked before you came to Dearborn Heights; |
| 4 | | is that right? |
| 5 | A. | Yes. I do have a second job, just to be clear, so I |
| 6 | | still had a second job as a -- I work as a real estate |
| 7 | | agent, too. |
| 8 | Q. | That's fine, but -- |
| 9 | A. | Yeah, so I just wanted to make sure you know. |
| 10 | Q. | Thank you, sir. So when you left Romulus, what was the |
| 11 | | last position you held at Romulus? |
| 12 | A. | I was an investigator, sir. |
| 13 | Q. | You'll forgive me. I'm not a cop lawyer. I don't |
| 14 | | speak the lingo. What rank did you hold? |
| 15 | A. | Police corporal, investigator. |
| 16 | Q. | So you were a police corporal? |
| 17 | A. | And investigator. |
| 18 | Q. | So below a sergeant; is that fair? |
| 19 | A. | Yes. |
| 20 | Q. | And above a patrol officer? |
| 21 | A. | Yes. I was the one that's training all the detectives |
| 22 | | in Romulus Police on violent crime cases. |
| 23 | Q. | Would you consider yourself a detective as well or is |
| 24 | | that -- |
| 25 | A. | Yes, I was. |

Page 36

```
 1    Q.   So an investigator is a detective?
 2    A.   I mean I was an investigator.  I was assigned to
 3         investigate crimes in Romulus Police Department.
 4    Q.   Would you consider your rank below that of sergeant?
 5    A.   Yes.
 6    Q.   And below a lieutenant?
 7    A.   Yes.
 8    Q.   And below captain?
 9    A.   Correct.
10    Q.   And below director?
11    A.   Correct.  We don't have a director, sir.
12    Q.   How about below police chief?
13    A.   Yes.
14    Q.   Do you think Mayor Bazzi hired you at Dearborn Heights
15         to be emergency manager because you were Arab American?
16              MS. HUNT:  Object as to form, foundation and
17         speculation.
18              MR. TURFE:  Same objection.
19              THE WITNESS:  Again, I don't care about race.
20         Why would anybody hire me because of my race?  And I
21         made that known to Chief Swope.
22    BY MR. BROWN:
23    Q.   I'm not asking you if you made that known to Chief
24         Swope.
25    A.   I don't know what Bill Bazzi's intentions are, sir.  I
```