# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

KEVIN SWOPE, PAUL VANDERPLOW
JERROD HART,

    Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation,

    Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

    Intervening Defendant.

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

_____

**PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT**

**EXHIBIT 18**



City of Dearborn Heights
Police Department
Screen Captures

SAAB, HASSAN

---

 **Hassan Saab** is 😤 feeling furious with **Habib Baydoun** and **7 others** at **Dearborn Heights Police Department.**
October 22 · Dearborn Heights · 🌐

This situation underscores the pressing need for a director/chief who is part of our community to head the police department. Such a leader can better respond to the dangers that affect our children and the entire community. Understanding and addressing the threats that Arab Americans, as well as individuals from all racial backgrounds, face in diverse school environments is crucial for the safety and well-being of our entire community.

It is concerning that the response from the police department was quite basic. There were no emails, text messages, or any means of communication to reassure concerned parents and residents, leaving a significant gap in ensuring community trust and security. Residents aren't even able to comment or express concerns. When you show up to council meeting they run out before questions can be asked. A comprehensive and proactive approach to keeping the community informed and engaged is essential for building trust and maintaining safety.

The Dearborn Heights Police Department leadership failed its residents. It took them 15 days for them to post a statement. That's not leadership that's a disgrace!

👍 8

