# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KEVIN SWOPE, PAUL VANDERPLOW JERROD HART, | Case No. 2:24-cv-10240 Hon. Mark A. Goldsmith Magistrate David R. Grand |
| Plaintiffs, | |
| v | |
| CITY OF DEARBORN HEIGHTS, a Michigan Municipal Corporation, | |
| Defendant, | |
| CITY OF DEARBORN HEIGHTS CITY COUNCIL, in its official capacity only, | |
| Intervening Defendant. | |

_____

**<u>PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT</u>**

**<u>EXHIBIT 19</u>**

```
          IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF MICHIGAN


KEVIN SWOPE, PAUL VANDERPLOW,

JERROD HART,


          Plaintiffs,


v                                    Case No: 2:24-cv-10240

                                     HON. MARK A. GOLDSMITH

CITY OF DEARBORN HEIGHTS, a          MAG. DAVID R. GRAND

Michigan Municipal Corporation,

          Defendant,


CITY OF DEARBORN HEIGHTS CITY

COUNCIL, in its official capacity only,

          Intervening Defendant.
                                    /


     The Deposition of HASSAN SAAB,

     Taken at 41700 West Six Mile Road,

     Northville, Michigan,

     Commencing at 1:03 p.m.,

     Thursday, September 11. 2025,

     Before Diane H. Draugelis, CER-2530
```

Hassan Saab
September 11, 2025

Page 2

| | |
|---|---|
| 1 | APPEARANCES: |
| 2 | |
| 3 | STEVEN JOSEPH BROWN |
| 4 | Fausone & Grysko, PLC |
| 5 | 41700 Six Mile Road |
| 6 | Northville, Michigan 48168 |
| 7 | 248.912.3213 |
| 8 | jbrown@thefgfirm.law |
| 9 | Appearing on behalf of the Plaintiffs. |
| 10 | |
| 11 | MONICA N. HUNT |
| 12 | The Allen Law Group |
| 13 | 3031 West Grand Boulevard |
| 14 | Suite 525 |
| 15 | Detroit, Michigan 48202 |
| 16 | 313.871.5500 |
| 17 | mhunt@alglawpc.com |
| 18 | Appearing on behalf of the Defendant City of |
| 19 | Dearborn Heights. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

|     | Page 3 |
| --- | --- |
| 1   | ROGER A. FARINHA |
| 2   | Corporation Counsel City of Dearborn Heights |
| 3   | 6045 Fenton Street |
| 4   | Dearborn Heights, Michigan 48127 |
| 5   | 313.689.8437 |
| 6   | ra.farinha@dearbornheights.gov |
| 7   |     Appearing on behalf of the Defendant City of |
| 8   |     Dearborn Heights. |
| 9   |     |
| 10  | TARIK D. TURFE |
| 11  | Hammoud Dakhlallah @ Associates, PLLC |
| 12  | 6050 Greenfield Road |
| 13  | Suite 201 |
| 14  | Dearborn, Michigan 48120 |
| 15  | 313.471.4009 |
| 16  | tt@hdalawgroup.com |
| 17  |     Appearing on behalf of the Intervening Defendant |
| 18  |     City of Dearborn Heights City Council. |
| 19  |     |
| 20  |     |
| 21  |     |
| 22  |     |
| 23  |     |
| 24  |     |
| 25  |     |

Hassan Saab
September 11, 2025

Page 4

```
 1      ALLEXA OTTO

 2      Flood Law, PLLC

 3      155 West Congress Street

 4      Suite 350

 5      Detroit, Michigan 48226

 6      248.547.1032

 7      aotto@floodlaw.com

 8          Appearing on behalf of Hussein Farhat.

 9

10      GARY T. MIOTKE

11      Miotke Law Office

12      6828 Park Avenue

13      Allen Park, Michigan 48101

14      313.388.4809

15      gmiotke@miotkelawoffice.com

16          Appearing on behalf of the Intervening Defendant

17          City of Dearborn Heights City Council.

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | Q. | And did anybody else at the city confront you about |
| 2 | | this e-mail? |
| 3 | A. | Vanderplow. |
| 4 | | MS. HUNT: Object as to relevance. |
| 5 | BY MR. TURFE: | |
| 6 | Q. | And what did Vanderplow say about this e-mail? |
| 7 | A. | Back the fuck off of this. |
| 8 | Q. | And was that generally Vanderplow's response to any |
| 9 | | time somebody tried to look into the mayor? |
| 10 | | MR. BROWN: Objection to form. |
| 11 | | THE WITNESS: That was Vanderplow in general. |
| 12 | BY MR. TURFE: | |
| 13 | Q. | Do you remember if Vanderplow ever said anything |
| 14 | | particular about Arab women? |
| 15 | A. | Yes. |
| 16 | Q. | What's that? |
| 17 | A. | The only thing they're good for is a good fucking. |
| 18 | Q. | Now, I'm sure you recall the previous issue in this |
| 19 | | case that involved Vanderplow driving down John Daly. |
| 20 | | Do you recall that? |
| 21 | A. | Yes. |
| 22 | Q. | And are you aware that Vanderplow testified, it's also |
| 23 | | in his affidavit, that he was called by Ash Othman to |
| 24 | | investigate an issue in the city of Dearborn Heights; |
| 25 | | do you recall that testimony? |

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | But what did Ashley Othman tell you about that |
| 3 | | situation? |
| 4 | A. | I believe the same day, that afternoon, Ashley called |
| 5 | | me, said, I really fucked up. No. Strike that. I |
| 6 | | think I really fucked up. I'm like, okay. She's like, |
| 7 | | I did something I should have never did. What is it? |
| 8 | | She said, Bill Bazzi told me to write an e-mail, send |
| 9 | | it to protect Vanderplow at all costs. I'm like, |
| 10 | | what's that? She's like, he told me to say that I |
| 11 | | asked him to pass by your house to investigate |
| 12 | | something. I told her, what authority does Vanderplow |
| 13 | | have to investigate in the city? She's like, well, |
| 14 | | it's something to do on John Daly. So, I'm okay, what |
| 15 | | is it? Well, I can't talk about it, exactly what she |
| 16 | | said. I said, okay. And she's like, I have to call |
| 17 | | Vanderplow. I'm like, okay. And then she's like -- I |
| 18 | | believe it's in here. I'm sorry. Give me a second. |
| 19 | BY MR. TURFE: | |
| 20 | Q. | So did the mayor and Vanderplow use Ashley Othman to |
| 21 | | create an alibi for Vanderplow to pass by your house? |
| 22 | A. | Yes. |
| 23 | | MS. HUNT: Objection as to form, foundation |
| 24 | | and speculation. |
| 25 | BY MR. TURFE: | |

```
                                                    Page 150
1    Q.   And Ashley all but admitted that to you; right?
2    A.   And she even admitted in here that she was scared.  I
3         just -- give me a second, please.  I just want to find
4         this and read this.  Where is it at?
5              MR. MIOTKE:  Exhibit 5.
6              THE WITNESS:  I'm sorry?
7              MR. TURFE:  Yeah, we're referencing Exhibit
8         5.
9              THE WITNESS:  5.  Oh, okay.  Ashley called me
10        saying Bill told her -- no; no; no; no.  Okay.  Page
11        two, reference upper paragraph.  Ashley Othman
12        admitted Bill told her to send the e-mail to protect
13        Vanderplow's stalking case.  She admitted she made a
14        stupid mistake and she really fucked up.  When I asked
15        her to -- what investigation authority he had, she
16        said none, and Bill told her to do it because I had
17        busted him recording my home.  The e-mail -- a
18        misspelling there -- and phone to them was made to
19        create an alibi.  Ashley called me and said Vanderplow
20        told her -- oh, no, that's something else.  And then
21        back here on page two, Ashley told -- Ashley had
22        called me and said Bill told her not to cooperate with
23        MSP over the stalking investigation .She said Bill
24        said he would snap if she did.  Bill told Ash, you've
25        got to protect Vanderplow at all costs.  Ash told me
```

```
                                                              Page 151
 1       that Bill will get her husband involved as a fear
 2       tactic and she really didn't want any of this anymore.
 3       It's probably going to mess up her marriage.
 4  BY MR. TURFE:
 5  Q.   And that's at page three?
 6  A.   Bottom of page three.  Ashley said, Bill will put
 7       Vanderplow in all positions to keep chaos.
 8  Q.   And so the mayor directly influenced the witness in an
 9       investigation by Michigan State Police?
10  A.   Correct.
11            MS. HUNT:  Objection as to form, foundation.
12  BY MR. TURFE:
13  Q.   And I was asking you this earlier.  The mayor, Mayor
14       Bazzi and Vanderplow used Ashley Othman to create an
15       alibi to otherwise allow Vanderplow to pass by your
16       house?
17            MS. HUNT:  Same objection as to foundation.
18            THE WITNESS:  They used -- yes, but they used
19       Ashley Othman for a lot of more things.
20  BY MR. TURFE:
21  Q.   Now I'm going to read you something, and I don't have
22       it to produce it to everybody as an exhibit, but I'm
23       going to note for the record it's a citation to the
24       record in this case, ECF 24-2, page ID 492.  This is
25       the affidavit in support of plaintiff's motion for rule
```

Hassan Saab
September 11, 2025

Page 152

```
 1        to show cause affidavit of Paul Vanderplow.  In
 2        paragraph 11 --
 3                   MR. BROWN:  Objection; best evidence.
 4                   MR. TURFE:  -- I did not know before heading
 5        north on John Daly Street that Councilman Saab would be
 6        on that street, nor did I have any inkling or idea that
 7        he might have family who lived on John Daly.  I was
 8        surprised to see him that day.  Is that statement true?
 9                   THE WITNESS:  That is a complete lie because
10        he dropped off Mayor Bazzi multiple times at my house.
11   BY MR. TURFE:
12   Q.   So he's been to your house a few times?
13   A.   Physically in my driveway.
14   Q.   So he's lying in this affidavit?
15   A.   Correct.
16                   MR. BROWN:  Objection; misstates the
17      testimony.
18                   MR. TURFE:  Nothing further.
19                   MS. HUNT:  No questions.
20                   MR. BROWN:  I've got nothing.
21                   (Deposition concluded at 4:21 p.m.)
22
23
24
25
```