## INDEX OF EXHIBITS

Exhibit No.    Exhibit Title

J    *West v. Wayne Cnty.*, 672 Fed. Appx. 535, 541 (6th Cir. 2016) (unpublished)

K    *Kurtz v. McHugh*, 423 Fed. Appx. 572, 579 (6th Cir. 2016) (unpublished)

L    CBA Between City and DHPSA 7/1/21 – 6/30/24 Excerpts

M    Unsworn Declaration of Susan Kaminsky

N    Unsworn Declaration of Rachel LaPointe