# EXHIBIT M

# UNSWORN DECLARATION OF SUSAN KAMINSKY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KEVIN SWOPE, et al,
      Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS,
      Defendant,

and

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,
      Intervening Defendant.

Case No.: 2:24-cv-10240
Hon. Mark A. Goldsmith

---

BRANDON M. GRYSKO (P82751)
STEPHEN JOSEPH BROWN (P82687)
FAUSONE & GRYSKO, PLC
Attorneys for Plaintiffs
41700 West Six Mile Road, Suite 101
Northville, MI 48168-3460
(248) 912-3218; FAX (248) 380-3434
bgrysko@thefgfirm.law
jbrown@thefgfirm.law

MONICA N. HUNT (P68838)
SEAN M. FARRELL (P86402)
THE ALLEN LAW GROUP
Attorneys for Defendant
3031 W. Grand Blvd., Suite 525
Detroit, MI 48202
(313) 871-5500; FAX (313) 871-0517
mhunt@alglawpc.com
sfarrell@alglawpc.com

GARY T. MIOTKE (P41813)
Attorney for Intervening Defendant
6828 Park Avenue
Allen Park, MI 48101
(313) 388-4809
gmiotke@miotkelawoffice.com

KASSEM M. DAKHLALLAH (P70842)
TARIK D. TURFE (P83690)
HAMMOUD, DAKHLALLAH &
ASSOCIATES, PLLC
Attorneys for Intervening Defendant
6050 Greenfield Rd., Ste. 201
Dearborn, MI 48126
(313) 551-3038
kd@hdlawgroup.com
tt@hdalawgroup.com

---

## UNSWORN DECLARATION OF SUSAN KAMINSKY

I, SUSAN KAMINSKY, make this declaration pursuant to 28 USC 1746 and state that:

1. I make this Unsworn Declaration based on personal knowledge; the information contained in this Unsworn Declaration is true to the best of my information, knowledge and belief; and I am competent to testify to the matters set forth herein.

2. I started attending meetings of the City of Dearborn Heights City Council ("City Council") starting in 1978.

3. I started doing so after I became a resident of the City of Dearborn Heights ("City"); and I have remained a resident of the City.

4. I have most typically attended meetings when there is a problem or injustice that I take offense to.

5. I attended many City Council meetings during the tenure of Bill Bazzi as the City's Mayor because he did many things that I believed to be City Charter violations, illegal, or really bad decisions that negatively affected the City and especially its Police Department.

6. I became aware of the employment of Plaintiffs Kevin Swope, Paul Vanderplow, and Jerrod Hart due to my interest and involvement in the City as well as my attendance at City Council meetings.

7. During the tenure of the Plaintiffs, I know that I was never employed by

2

the City.

8. Further, I believe that Rachel LaPointe and Amad Elzayt were not employed by the City during the tenure of the Plaintiffs.

9. During the tenure of the Plaintiffs, I did make comments at City Council meetings about the City's Police Department.

10. In making my comments, I did not rely on any confidential City information, I did not rely on any City information leaked by any City Council member, I did not make my comments at the request of any City Council member, and I did not act in any way orchestrated by any City Council member.

11. In my opinion, my comments were completely appropriate and well within my rights to make as a citizen of the United State of America and a resident of the City.

12. Further, I made these comments on my own and as my comments. Similarly, I believe and I have no reason to doubt that the comments made at City Council meetings during the tenure of the Plaintiffs by Zouhair Abdel Hak, Rachel LaPointe, and Rose Tripepi were their own comments and were not orchestrated with any City Council member.

13. I have no reason to believe that TCD News Outlet is owned or controlled by Mayor Mo Baydoun. Indeed, it is my understanding that it is owned or controlled by an entirely different person. Further, I have no reason to believe that

3

it is the "contracted press relations firm" for the City.

14. I still attend or watch most City Council meetings.

15. My comments about the Police Department have become fewer with the new administration of Mayor Mo Baydoun and the new Police Chief Mike Guzowski because they are doing a better job than the Bazzi administration especially during the tenure of the Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 16, 2026

SUSAN KAMINSKY

4