**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN SWOPE, PAUL VANDERPLOW,    Case No. 2:24-cv-10240-MAG-DRG
JERROD HART    Hon. Mark A. Goldsmith

     Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation

     Defendant.

CITY COUNCIL FOR THE CITY OF
DEARBORN HEIGHTS

     Intervening Defendant.

**TABLE OF EXHIBITS FOR REPLY BRIEF**

| EXHIBIT | DOCUMENT |
|---------|----------|
| P | COAM Collective Bargaining Agreement |
| Q | Deposition Transcript of Swope |
| R | Deposition Transcript of Bazzi |
| S | Deposition Transcript of Rahal |
| T | Deposition Transcript of Beydoun |
| U | Deposition Transcript of Saab |