# EXHBIT "Q"

Page 122

A    Yes, all their concerns.

Q    Okay. Who did you speak with?

A    Well, I spoke with all councilmembers at some point.

Q    Okay. About their -- specifically about their concerns with Vanderplow?

A    In this incident, I can't recall, but there are other instances where I talked to all members of Council about the harassment of Dir. Vanderplow.

Q    Now you used the term "harassment." What did he say that they did to him that was considered harassment, other than being concerned about his behavior?

A    I mean, when? Just about this incident or just in general?

Q    Well, you said you spoke with them about this incident? Or did you speak with them about this particular --

A    Well, I asked you before that I need to look at the video to see if this was the K-9 incident. Yes.

Q    Okay. So you spoke with them about other incidents?

A    All types of incidents.

Q    Okay. All right. And with regards to your

Page 123

claim that Mr. Vanderplow indicated that he was being harassed, what was his claim to you?

        MR. BROWN: Objection to form.

BY MS. HUNT:

Q    Detailing that label of "harassment."

A    In general?

Q    Correct.

A    Well, I can start reading on page 1 of this complaint and go on for another hundred pages --

Q    So everything listed in this complaint are the claims of harassment that you're indicating?

A    Mostly, yes.

Q    Okay. When did you decide to leave the City of Dearborn Heights?

A    Well, it was when I responded to the Mayor saying I'd -- I'd resign.

Q    Let me hand you what would be Exhibit 6.

        MR. BROWN: I think the last one was 6, Monica.

        MS. HUNT: Oh sorry, 7. Thank you.

        (Exhibit 7 was marked for identification.)

BY MS. HUNT:

Q    Is this the e-mail that you referenced?

A    Yes.

Page 124

Q    Okay. This was dated December 4, 2024, at 11:18 a.m.?

A    Correct.

Q    Okay. So did you have a conversation with the Mayor prior to this e-mail being sent?

A    Yes.

Q    Okay. What was that conversation?

A    I mean, which -- I mean, I've had a lot of conversations with the Mayor.

Q    I'm sorry. Prior to -- did you have a conversation with him about your resignation prior to this December 4th e-mail? Meaning on December 4th, did you have a conversation with him about your resignation?

A    Yes.

Q    Okay. Was that before he sent this e-mail?

A    Yes.

Q    Okay. What was that conversation?

A    The conversation was about my contract and the terms and the resignation.

Q    Okay. Did you tell him you were going to resign?

A    I told him I would resign.

Q    Okay. Did you tell him why you were resigning?

Page 125

A    We had a conversation about the resignation, yes.

Q    Okay. And what was that conversation?

A    Mayor Bazzi was stressed out about an unfair labor practice that was filed by the unions, based on negotiations that were going on. So there was also multiple grievances due to the fact that Hussein Farhat was placed into a position contrary to what the negotiations were -- were, and there was multiple grievances. And so we had a conversation about -- about those things.

Q    When you say Hussein Farhat was placed in a position that there was action regarding, what position was he placed in?

A    Well, initially I think it was a director of police operations, and then it spiraled into the deputy chief position.

Q    Who made that transition of him going from -- strike that.

        Who ordered the transition of him going from director of police operations to deputy chief?

A    I think that was a -- no, I don't think, I know that was a strategic conversation between the Mayor, Roger, and myself, and Hussein Farhat.

Q    Okay. And, I'm sorry, I kind of skipped a

32 (Pages 122 - 125)