# EXHBIT "R"

Bill Bazzi
August 29, 2025

A.    Yes.

Q.    What did he say?

A.    He goes, "This" -- "This police department is," he used the word F, you know, F'd up, and he told me that we have three police department in the City of Dearborn Heights.

Q.    And what were those three police departments?

A.    You have the golden circle, you have the few Arab American officers, and the ones that they just don't want to get involved, they just want to do their job.

Q.    So what was he referring to when he was talking about the so-called golden circle?

A.    There was a few police officers I was aware -- I was made aware that I guess they had a coin that they were passing to each other, and on one side of it has a black panther.  It says that if you're not in the circle, you're against us, and on the other side you turn it, if you're in the circle, you're with us, and those are the ones that got the perks of everything in the department.  I was made aware of that.

Q.    They're walking around with a coin with a panther on it, sir?

            MS. HUNT:  Objection to form.

            MR. TURFE:  Same objection.

Bill Bazzi
August 29, 2025

A.    Yes.  I've seen it.

BY MR. BROWN:

Q.    You've seen that coin?

A.    Yes.

Q.    And who were the officers in this golden circle you describe?

A.    I -- it's speculation, but, you know, I mean, they don't say, hey, I'm in the golden circle, I'm not in the golden circle.

Q.    Fine.  It's speculation.  But, to your knowledge, who do you believe was in it sitting here today?

        MS. HUNT:  Form, foundation, and speculation.

        MR. TURFE:  Same objection.

A.    Well, I know obviously the old chief, Chief Meyers. Again, these are speculations from people who they brought forward.  You know, Captain Smith.  There's also a few lieutenants who departed, and there's a Dottor, Reyna, Graf, and, you know, some of the members on the SWAT team and Campbell, and those are -- like some of the officers come to me, they said, yeah, these guys, you know, basically they're getting all the perks, you know, like the vehicles and, you know, like all the good bells and whistles on even their patrol cars.

Bill Bazzi
August 29, 2025

MS. HUNT:  Form and foundation.

A.    I'm not sure.

BY MR. BROWN:

Q.    So how have your efforts to reform the Dearborn
      Heights Police Department been received?

MS. HUNT:  Objection as to speculation and
foundation.

MR. TURFE:  Same objection.

A.    Not good.

BY MR. BROWN:

Q.    Have you received any pushback or resistance from
      anybody?

MS. HUNT:  Form and foundation.

MR. TURFE:  Same objection.

A.    Yes.

BY MR. BROWN:

Q.    And who are the people who have resisted and pushed
      back?

A.    The --

MS. HUNT:  I'm going to object to
speculation and foundation.

MR. TURFE:  Same objection.

A.    At that time it was the city attorney/prosecutor,
      Mr. Miotke, council members, and a few people that
      come to the meetings, almost every meeting that they

Bill Bazzi
August 29, 2025

what I'm asking you is were you attempting to make Chief Hussein Farhat police chief at the same time that you sent this email on the 4th of December 2024?

MS. HUNT:  Objection as to form and foundation.

MR. TURFE:  Same objection.

A.   Actually I wanted to keep Chief Hart as the chief -- I'm sorry, Chief Swope to be the chief, but when he asked for a resignation or found out that he actually got another position, then I wanted to appoint somebody at that time.  You know, Farhat was here already as an emergency manager.

BY MR. BROWN:

Q.   I see.  All right.  Thank you.

A.   He was not a chief.  He was an interim chief just on the record.

Q.   You're speaking about Swope or Farhat?

A.   Farhat.

Q.   All right.  Thank you.

A.   He was not the chief.

Q.   Mr. Mayor, after this litigation started, while the plaintiffs were still working for the City, did the City ever take steps to prevent communications from Attorney Hunt from reaching Vanderplow or Swope or Hart?