# EXHBIT "S"

Khalil Rahal
November 07, 2025

less than a year.  Came back to Dearborn.  When I was about 15 or 16, my parents did move to Dearborn Heights, but I -- when I left the house, I -- in law school, I lived downtown Detroit.

Q.  I see.

A.  I lived in Ferndale for a little bit.  I owned a house in Ferndale as a prosecutor, and then moved to back to the city of Dearborn -- I don't know -- 2013, 2012, or something -- somewhere in that date.

Q.  So you were a prosecutor?

A.  I was a Wayne County prosecutor.

Q.  How long did you do that work?

A.  I interned there for on or off maybe three years, and then I worked there for about five, four years, I think.

Q.  All right.  So I think I already know a little bit about your work history.  As I understand now, you work for DTE; is that correct?

A.  Yes.

Q.  What do you do for DTE?  What's your title?

A.  I'm the economic development director.

Q.  For DTE?

A.  Yes.

Q.  You'll forgive me, but what kind of economic development does DTE do?

Khalil Rahal
November 07, 2025

COPS (Office of Administration) OA, he said it's a joke to them, and they want it to fail because it would be on us, not them, therefore securing their political futures," end quote.  Do you remember making statements similar to these?

MS. HUNT:  Objection as to form, foundation.

MR. TURFE:  Same.

THE WITNESS:  No.  I'm just waiting for them. Sorry.

BY MR. BROWN:

Q.  It's all right.  You have no recall of ever making a statement like this?

MS. HUNT:  Asked and answered.

THE WITNESS:  No.

BY MR. BROWN:

Q.  Let's go on.  The third bullet, quote, "The individual who is anticipated to be deposed also shared how the Council thinks matters under investigation are a joke, and they are considering having t-shirts made mocking the investigations," end quote.  Do you ever making -- do you ever remember making a statement such as this one?

MS. HUNT:  Form, foundation.

THE WITNESS:  I don't remember making that statement in this particular circumstance.  I do

Khalil Rahal
November 07, 2025

remember the -- like the t-shirts, not -- I did not make those t-shirts, but I remember the others on Council were making those t-shirts, and it was generally talked about amongst the community because they were joking about this particular subject.  That, I remember.

BY MR. BROWN:

Q.   So you never remembered saying that the investigation is a joke?

A.   Oh, I'm not saying that the investigation is a joke.  I remember that the t-shirts were making fun of this stuff, is what I recall.  That's what I'm saying.

Q.   All right.

A.   Yeah.

Q.   Let's go to the fourth one.  Quote, "When asked how our employee has so much pull in the community, he said he is well-connected to certain members of the City Council, and has very wealthy and influential connections to make this a reality," end quote.  Here again, I ask you.  Did you ever make statements similar to the one just quoted?

A.   No.

                MS. HUNT:  Objection as to form.

BY MR. BROWN:

Q.   I think that's the end of it.  Did you ever discuss

Khalil Rahal
November 07, 2025

question?  Sorry.

BY MR. BROWN:

Q.  My question is as you sit here today, are you, Khalil Rahal, in a position to investigate all the questions we've been talking about with respect to this lighting program?

A.  Professionally, I can -- yes.  I can absolutely find out, if we own the asset.  If we don't own the asset or whatever you're saying isn't true, that -- you know, if it's a DTE-owned light asset, I can find out.

Q.  All right.  Thank you.

MR. BROWN:  No further questions.

EXAMINATION

BY MS. HUNT:

Q.  I just have a couple questions, Mr. Rahal.  Have you ever worked for the City of Dearborn Heights?

A.  No.

Q.  Have you ever been in a position to hire any employees or police officers for the City of Dearborn Heights?

A.  No.

Q.  Have you ever been in the position to fire or demote any employees for the City of Dearborn Heights?

A.  No.

Q.  Are you in the position to request that people -- or employees within the City of Dearborn Heights,

Khalil Rahal
November 07, 2025

including police officers, be fired, demoted, terminated?

A.   No.

MS. HUNT:  No further questions.

EXAMINATION

BY MR. TURFE:

Q.   Have you -- strike that.  Can we reference Exhibit B, page 7?

MR. BROWN:  You talking about PageID.736, Tarik?

MR. TURFE:  No.  It's page 7.

MR. KHUJA:  The Complaint?

MR. TURFE:  On the bottom.

MR. KHUJA:  Yeah.

MR. BROWN:  Okay.  736.

MR. TURFE:  Yes, 736.

BY MR. TURFE:

Q.   You see paragraph 40?

A.   Yes.

Q.   Have you ever acted in concert with the City of Dearborn Heights City Council?

A.   No.

MR. TURFE:  No further questions.

MR. BROWN:  None here.  We're done.  Thank you, Mr. Rahal, for your time.