# EXHBIT "T"

Mo Baydoun
September 16, 2025

MR. TURFE:  Objection, asked and answered.

BY MR. BROWN:

Q.    Did you ask Khalil Rahal to go speak to the mayor on Sergeant Bazzy's behalf.

A.    No.

Q.    Do you know if anyone did ask Khalil Rahal to go to speak to the mayor on Sergeant Bazzy's behalf?

MS. HUNT:  Objection as to form and foundation.

THE WITNESS:  No.

BY MR. BROWN:

Q.    At the end of the video, what I hear is, and correct me if I'm wrong, if you heard it too, because it's a little grainy, but as I understand, Sam Bazzy tells the audience that if Mr. Mohamad Bazzy ever pulls them over in Dearborn Heights, the person being stopped is supposed to say Bazzy sells, and then good old Sergeant Mohamad Bazzy will take care of them.  Did you hear that?

MR. TURFE:  Objection, form, foundation, mischaracterization of evidence.

MS. HUNT:  Same objection.

THE WITNESS:  I heard that.

BY MR. BROWN:

Q.    So if I was driving through Dearborn Heights tonight