# EXHBIT "U"

Hassan Saab
September 11, 2025

Page 117

THE WITNESS:  Yeah.  I bought 250 of them.

BY MR. BROWN:

Q.   You bought 250 tee shirts?

A.   Yeah.

Q.   And they all said?

A.   I can't talk about it.  It's under investigation.
Swope has got one, Vanderplow has got one and Roger has got one.

Q.   And why did you make that tee shirt?

A.   Because you remember when I read when I said when you tell them it's under investigation, I can't talk about it, this community forgets in 15 days.

Q.   Wasn't the reference to something being under investigation, I can't talk about it, that the actual materials involved or the substance of the issue was in a closed session of City Council?

A.   I wasn't on City Council.

Q.   So you made 250 tee shirts that said, I can't talk about it.

A.   It's under investigation.

Q.   And the idea was that you were mocking how the mayor used investigations to intimidate people?

MR. TURFE:  Objection; form, foundation, mischaracterization of testimony.

THE WITNESS:  No.  I was proving to the mayor

Hassan Saab
September 11, 2025

Page 118

and the chief the community is not going to forget in 15 days.

BY MR. BROWN:

Q. Because there was a statement made that if you tell somebody they're under investigation, that will make them fearful and then the community will forget in 15 days that you made the threat?

MS. HUNT: I'm going to object hearsay, facts not in evidence.

THE WITNESS: This community --

MR. TURFE: Go ahead.

THE WITNESS: I never said a threat.

BY MR. BROWN:

Q. I'm just trying to understand what's going on here with the tee shirts. Tell me.

A. This community forgets in 15 days. I made those shirts and passed them out to everybody.

Q. The community forgets what in 15 days?

A. Whatever happened in the city they claim. For example, the positions that were -- that Bill Bazzi created, when I object, I said you're going against the charter. There's Act 78 in place. He said, don't worry about it. He claimed it's in here somewhere. The community forgets about it after 30 days.

MR. MIOTKE: And you're saying Exhibit 5 when