**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN SWOPE, PAUL VENDERPLOW,
JERROD HART,

       Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS,
a Michigan Municipal Corporation,

       Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

       Intervening Defendant.

_____/

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

## ORDER REGARDING PRIVILEGE LOG

At the suggestion of the Special Master Steven H. Schwartz, in an effort to resolve a discovery dispute, Defendant City submitted ten documents identified in its privilege log for an in camera review by the Court.  Having reviewed the submissions of the parties and the Court being otherwise apprised in the premises; the Court orders as set forth below.

Documents that are created either by a client requesting legal advice, or created by an attorney for the purpose of providing legal advice in response to a client's request, are protected from discovery by the attorney-client privilege.  Upjohn Co. v. U.S., 449 U.S. 383, 394-395 (1981). Plaintiffs' brief asserts, without citation to any authority, that the privilege was waived because the documents were provided to at least one of the Plaintiffs after they commenced the instant case against Defendant City.  But Plaintiffs overlook that the document was distributed at a time when they worked for the City.  Plaintiffs offer no authority holding that the privilege is lost if the

recipient is adverse.  If the document was received by the recipient in the course of his duties –
and here that appears to be the case -- there is no waiver of the privilege.

Applying these principles, the following is ordered:

Defendant City shall produce within seven (7) calendar days of the issuance of this Order, the following documents contained in the Privilege Log because they involve administrative scheduling and are not conveying or seeking legal advice:

- December 22, 2024 email from Christopher Mikula to Roger Farinha, 5:19 PM (with the final paragraph redacted because that paragraph contains legal advice)

- October 3, 2024 email from Christopher Mikula to Roger Farinha, 10:49 AM (without producing the two attachments)

- June 24, 2024 email from Mariana Hernandez to Margaret Debler, 11:49 AM

- June 18, 2024 email from Bill Bazzi to Roger Farhina, 11:27 AM (including the remainder of that email chain - June 18, 2024 email from Roger Farhina to Mariana Hernandez, 11:16 AM; June 18, 2024 email from Mariana Hernandez to Margaret Debler, 10:59 AM)

- June 13, 2024 email from Margaret Debler to Mariana Hernandez, 1:54 PM (including the rest of that email chain - June 13, 2024 email from Mariana Hernandez to Margaret Debler, 1:51 PM and June 13, 2024 email from Margaret Debler to Roger Farhina, 11:38 AM; June 13, 2024 email from Roger Farhina, 11;07 AM; June 13, 2024 email from Margaret Debler to Roger Farhina, 8:53 AM)

- June 6, 2024 email from Roger Farhina to Margaret Debler, 4:35 PM

- May 28, 2024 email from Mo Baydoun to Hassan Saab, 2:40 PM

- April 10, 2024 email from Roger Farhina to Mo Baydoun, 7:30 PM.

Defendant City shall produce within seven (7) calendar days of the issuance of this Order, the following documents contained in the privilege log because they are not conveying legal advice at the request of a client, but are either an administrative official's response to criticism by a City Councilperson or because part of the document refers to another attorney's opinion which was read at a public meeting:

- July 12, 2024 email from Roger Farhina to Hassan Saab, 7:49 AM (and remainder of that email chain – July 11, 2024 email from Hassan Saab to Roger Farhina, 9:16 PM; July 11, 2024 email from Hassan Ahmad to Hassan Saab, 11:05 AM)

- July 11, 2024 email from Roger Farhina to Kevin Swope, 10:41 AM (including July 11, 2024 memo from Roger Farhina to Council Chair Baydoun)

- July 10, 2024 email from Kevin Swope to Roger Farhina, 8:37 PM (including the remainder of that email chain – July 10, 2024 email from Hassan Ahmad to Mo Baydoun, 8:08 PM; July 10, 2024 email from Mo Baydoun to Hassan Saab, 6:52 PM; July 10, 2024 email from Hassan Saab to Bill Bazzi, 2:35 PM)

- June 13, 2024 email from Mariana Hernandez to Margaret Debler, 1:51 PM (including the June 13, 2024 email from Margaret Debler to Roger Farhina, 11:38 AM; June 13, 2024 email from Roger Farhina to Margaret Debler, 11:07 AM; June 13, 2024 email from Margaret Debler to Roger Farhina, 8:53 AM; June 13, 2024 email from Roger Farhina to Margaret Debler, 8:40 AM)

- January 9, 2024 email from Roger Farhina to Hassan Saab, 11:29 PM.

Defendant City is not required to produce the following documents contained in the privilege log because they are either discussing settlement of pending litigation or labor arbitration

matters, are requesting legal advice by a client, or are conveying legal advice at the request of the client:

- November 4, 2024 email to Kevin Swope from Christopher Mikula, 8:04 PM (including the remainder of that email chain – November 4, 2024 email from Kevin Swope to Christopher Mikula, 7:50 AM; November 3, 2024 email from Christopher Mikula to Roger Farhina, 5:56 PM; October 3, 2024 email from Christopher Mikula, 10:49 AM)

- July 31, 2024 email from Margaret Debler to Kevin Swope, 12:25 PM (and remainder of that email chain – July 31, 2024 email from Kevin Swope to Roger Farhina, 11:52 AM; July 31, 2024 email from Roger Farhina to Kevin Swope, 10:54 AM; July 31, 2024 email from Kevin Swope to Roger Farhina, 10:30 AM; July 29, 2024 email from Kevin Swope to Roger Farhina, 3:22 AM, and July 18, 2024 email from Kevin Swope to Roger Farhina, 3:17 PM)

- July 25, 2024 email from Margaret Debler to Roger Farhina, 9:41 AM (and the remainder of that email chain – July 19, 2024 email from Roger Farhina to Margaret Debler, 4:07 AM; July 18, 2024 email from Kevin Swope to Roger Farhina, 3:17 PM)

- July 8, 2024 email from Margaret Debler to Roger Farhina,12:03 PM (and the remainder of that email chain – July 3, 2024 email from Margaret Debler to Adam Strong, 12:50 PM; June 26, 2024 email from Margaret Debler to Mariana Hernandez, 10:48 AM)

- June 18, 2024 email from Margaret Debler to Bill Bazzi, 11:55 AM

- June 18, 2024 email from Margaret Debler to Mariana Hernandez; 9:41 AM

- June 13, 2024 email from Roger Farhina to Margaret Debler, 8:40 AM (including the June 13, 2024 email from Margaret Debler to Roger Farhina, 8:20 AM and June 7, 2024 email from Margaret Debler to Roger Farhina, 8:35 AM)

- June 7, 2024 email from Margaret Debler to Roger Farhina, 8:35 AM

- June 6, 2024 email from Margaret Debler to Roger Farhina, 3:53 PM

- June 27, 2024 email from Gary Miotke to Mo Baydoun; 11:08 PM.

Nothing in this Order shall be construed to alter the Court's most recent Scheduling Order.

**SO ORDERED.**

Dated: April 21, 2026                                  s/Mark A. Goldsmith
Detroit, Michigan                                     MARK A. GOLDSMITH
                                                      United States District Judge


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 21, 2026.

                                                      s/Joseph Heacox
                                                      JOSEPH HEACOX
                                                      Case Manager