# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN SWOPE, PAUL VENDERPLOW,
JERROD HART,

Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS,
a Michigan Municipal Corporation,

        Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

        Intervening Defendant.

_____/

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' (THIRD) OMNIBUS MOTION TO COMPEL BOTH PRIMARY DEFENDANT AND INTERVENING DEFENDANT

Having reviewed Plaintiffs' Motion to Compel, the Responses of both Defendants and having held a hearing on January 26, 2026, the Court orders as follows:

A. Plaintiffs' Motion is GRANTED in part:

    1. Intervening Defendant is ordered to respond to Plaintiffs' Interrogatories 6, 7 and 8. These Interrogatories are narrowed to apply only to the current sitting members of the City Council, from two (2) years prior to the commencement of this litigation to the current time.

    2. Intervening Defendant is ordered to respond to the following Document Requests by Plaintiffs:

Document Request 1, however, the scope of that Document Request is limited to pertain only to Plaintiff Swope's request to attend training that was denied by the Intervening Defendant;

Document Request 2, however, the scope of that Document Request is limited to documents which identify specific City employees or officials and discuss the race, ethnicity, gender or religion of those individuals;

Documents Requests 6, 7 and 11; and

Document Request 14, however, the response to that Document Request shall be reviewed by the Court in camera. That Response shall be submitted to the Court by Intervening Defendant within seven (7) calendar days of the entry of this Order. Intervening Defendant shall also submit with those documents a memorandum describing the context that those communications were made and why the Legislative Privilege applies to them. The memorandum shall be served on Plaintiffs' and Defendant City's attorneys. If Intervening Defendant does not submit the documents and memorandum to the Court within seven (7) calendar days from the entry of this Order, it will be barred from asserting the Legislative Privilege.

Document Requests 1, 2, 6, 7, 11 and 14 are further narrowed to apply to the current sitting members of the City Council, from two (2) years prior to the commencement of this litigation to the current time.

B.  Plaintiffs' Motion to Compel that Intervening Defendant respond to Plaintiffs' Interrogatories 10 and 11, and Document Requests 3, 4, 5, 9 and 17 are DENIED.

C. The Special Master shall provide, within seven (7) calendar days of the entry of this Order, proposed key search terms pertaining to Plaintiffs' Document Requests to

Defendant City, Request Numbers 11, 12 and 40 – 48, inclusive.  Any party may file objections within seven (7) calendar days to the key search terms proposed by the Special Master.

D.  Nothing in this Order shall be construed to alter the Court's most recent Scheduling Order.  Unless otherwise specifically stated in this Order, all Responses to Interrogatories and Production of Documents shall be made within 20 days of the entry of this Order.

**SO ORDERED.**

Dated: January 27, 2026          s/Mark A. Goldsmith
Detroit, Michigan                MARK A. GOLDSMITH
                                 United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 27, 2026.

                                 s/Joseph Heacox
                                 JOSEPH HEACOX
                                 Case Manager

# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SWOPE, PAUL VENDERPLOW,                    Case No. 2:24-cv-10240
JERROD HART,                                     Hon. Mark A. Goldsmith
                                                 Magistrate David R. Grand

Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS,
a Michigan Municipal Corporation,

        Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

        Intervening Defendant.

_____/

ORDER REGARDING DISCOVERY ISSUES RESOLVED BY
STIPULATION OF THE PARTIES

Based on the stipulations of the parties to resolve some of the discovery issues raised in

Plaintiffs' Third (Omnibus) Motion to Compel, as placed on the record in open court on January

22, 2026, the Court orders as follows:

1.      January 2026 Depositions: The Court's January 29, 2025 Order to Extend Discovery Cut-off allowed for three depositions to be held by January 20, 2026. All three depositions have been held. There are no more discovery disputes arising from those depositions.

2.      Defendant City's Answers to Plaintiffs' Interrogatories:  Plaintiffs acknowledge that Defendant City submitted responsive answers to Plaintiffs' Interrogatories, although they were not signed.  Defendant City will submit signed Interrogatory Answers electronically to Plaintiffs' attorney no later than Friday, January 30, 2026.

3.      Defendant City's Document Requests to Plaintiffs: There are no pending issues with Plaintiffs' Responses to Defendant City's Document Requests.

4.      <u>Defendant City's Interrogatories to Plaintiffs</u>:  There are no pending issues with Plaintiffs' Responses to Defendant City's Interrogatories to Plaintiffs.

5.      <u>Defendant Intervenor City Council's Document Requests to Plaintiffs</u>:  There are no pending issues with Plaintiffs' Responses to Defendant Intervenor City Council's Document Requests.

6.      <u>Defendant Intervenor City Council's Interrogatories to Plaintiffs</u>:  There are no pending issues with Plaintiffs' Responses to Defendant Intervenor City Council's Interrogatories.

7.      <u>Defendant City's Responses to Plaintiffs' Document Requests 21-39</u>:  Defendant City will file formal, written Responses to Plaintiffs' Document Requests 21-39, inclusive, no later than January 30, 2026.  If Plaintiffs believe these new formal, written Responses are not responsive, they may file a subsequent Motion to Compel on that issue; however, no other date in the Court's Scheduling Orders will be changed.

8.      <u>Defendant City Council's Answers to Plaintiffs Interrogatories 2 – 5, inclusive</u>:  These Interrogatories involve the cell phone providers for cell phones used by City Councilmembers (Pls. Brief, Ex. 1, pages 7-10).  The Interrogatory Answers will be limited to City Councilmembers who were in office in calendar years 2022 – 2025, inclusive.  Defendant City will assist Defendant Intervenor in obtaining this information.  These Interrogatory Answers will be submitted to Plaintiffs by Friday, January 30, 2026.

9.      <u>Defendant City's Response to Plaintiffs' Document Request 3</u>:  Plaintiffs requests documents pertaining to requests to City Council regarding fines or tickets (Pls. Brief, Ex. 5, first page of Responses to Requests for Production).  Defendant City has asserted that it provided all documents that it found (eight pages).  Plaintiffs assert that they have personal knowledge that more documents exist.  The City's I.T. Director Cooper will open up the DMS program in the presence of Plaintiff Jerrod Hart (who is familiar with the system), along with counsel for the three parties, and a City employee who will represent both Defendants.  This search will be completed by February 28, 2026.

10.      <u>Defendant City Responses to Plaintiffs' Document Request No. 4</u>:  This request involves communications about the "racial, religious, or ethnic characteristics of any police officer".  The City claims that it has appropriately searched for these documents (Pls. Brief, Ex. 5, first page of the Responses to Requests for Production).  Mr. Cooper will search the City's server for "key words" requested by Plaintiff Hart, in Mr. Hart's presence, as well as counsel for the three parties, and a City employee who will represent both Defendants.  This search will be completed by February 28, 2026.

11. Nothing in this Order shall be construed to alter the Court's most recent Scheduling Order.

**SO ORDERED.**

Dated: January 27, 2026             s/Mark A. Goldsmith
Detroit, Michigan                MARK A. GOLDSMITH
                                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 27, 2026.

                                   s/Joseph Heacox
                                   JOSEPH HEACOX
                                   Case Manager

# EXHIBIT 3

**Brown, Joseph**

| | |
|---|---|
| **From:** | Brown, Joseph |
| **Sent:** | Wednesday, February 18, 2026 3:45 PM |
| **To:** | Steven Schwartz; Monica Hunt; Tarik Turfe |
| **Cc:** | Jack Walsh |
| **Subject:** | Ok:  Here's a Discovery Roundup |

All:

Here's my best effort at a rundown of where things stand.   Globally.

1        Docket 109, Items 9 and 10 (the Visit).  Jerrod Hart can do the visit to DH to do the document searches together on either Feb 25th after 2:30Pm OR the **27th after 11AM**.  Take your pick.     This is for Docket 109, Items 9 and 10.

2        Docket 109, Items 9 and 10  (the Visit).  **What are the search terms for the visit?**

- Item 9 covers document request 3, which asked for all documents sent or received by the Council or by any of its members concerning fines and tickets.
- Item 9 also requires the DMS system to be opened in Mr. Hart's presence, consistent with requests 32+33.  The City has now responded on 1-29-26 that it is not in possession of such documents from the DMS system  and that it would be onerous to look for them.
- Item 10 requires Cooper to search for "key words requested by Plaintiff Hart."   This pertains to document request 4, which reads "Please provide all documents sent or received by the Council or by any of its members since January 1, 2000 in which the racial, religious, or ethnic characteristics of any police officer or other law enforcement official … is discussed."    I will therefore arrive to the City Hall with such a list.  See PageID 1992.

3        Other Still Open Items:

- Docket 109, Item 7.  Ms. Hunt's client has now provided actual written answers to Document Productions 21-39, but the documents provided are not sufficient.
- Docket 109, Item 8.  The Rog 5 Answer is deficient.  Mr. Schwartz suggested a solution.  Mr. Turfe states he is seeking authority.  The item was due 1-30 but I will await events.
- Docket 108, (A)(1).  This was due on the 16th.   Mr. Turfe says he is working on it.  I will take him at his word.
- Docket 108, (A)(2).  This was due on the 16th.   Mr. Turfe says he is working on it.  I will take him at his word.
- Docket 108, (C).  As above, I am prepared to abide by any search terms Mr. Schwartz devises, without changes.  This covers production requests 11, 12 and 40-48.   If the other litigants do the same, then we are done here. Until search terms are agreed, searches cannot be done.  This was to have been achieved by the 16th.

Cheers.

1

**Joseph Brown**
Attorney



FAUSONE & GRYSKO, PLC
ATTORNEYS AT LAW

41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3213
(248) 380-3434 fax
jbrown@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook:  https://www.facebook.com/FausoneGryskoPLC/
Follow us on LinkedIn:   https://linkedin.com/company/fausone-grysko-plc/

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message.  Thank you.

**From:** Steven Schwartz <shslawyers1@outlook.com>
**Sent:** Wednesday, February 18, 2026 1:48 PM
**To:** Brown, Joseph <jbrown@thefgfirm.law>; Monica Hunt <mhunt@alglawpc.com>; Tarik Turfe <tt@hdalawgroup.com>
**Cc:** Jack Walsh <JWalsh@thefgfirm.law>
**Subject:** Re: concurrence on extension sought: SWOPE

You are more likely to be successful if: (1) you have all the discovery completed, or at least have the day of the search terms scheduled prior to February 28, or (2) to file briefs by the deadline with the opportunity to supplement based on evidence newly discovered by responses either recently made or made this month.

Steven H. Schwartz

33228 W. 12 Mile Road, Suite 187

Farmington Hills, MI  48334

(313) 590-3395

**From:** Brown, Joseph <jbrown@thefgfirm.law>
**Sent:** Wednesday, February 18, 2026 1:04 PM
**To:** Monica Hunt <mhunt@alglawpc.com>; Tarik Turfe <tt@hdalawgroup.com>; Steven Schwartz <shslawyers1@outlook.com>
**Cc:** Jack Walsh <JWalsh@thefgfirm.law>
**Subject:** concurrence on extension sought: SWOPE

2

Monica and Tarik:

We are prepared to file a motion seeking extra time to answer, based on the bounced initial filing and the need to answer two briefs, one of which is 44 pages.

I want to take our filing deadline out to March 9.  (10 day extension).

Do you have any problem with this?  Can we style our motion as unopposed or, better yet, "agreed"?

I'll get back to you later today with dates on the DH visit.

**Joseph Brown**
Attorney

 FAUSONE & GRYSKO, PLC
ATTORNEYS AT LAW

41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3213
(248) 380-3434 fax
jbrown@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook:  https://www.facebook.com/FausoneGryskoPLC/
Follow us on LinkedIn:  https://linkedin.com/company/fausone-grysko-plc/

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message.  Thank you.

3

# EXHIBIT 4

## Brown, Joseph

| | |
|---|---|
| **From:** | Steven Schwartz <shslawyers1@outlook.com> |
| **Sent:** | Friday, February 20, 2026 2:59 PM |
| **To:** | Brown, Joseph; Monica Hunt; Tarik Turfe |
| **Cc:** | Jack Walsh; Grysko, Brandon |
| **Subject:** | Re: Docket 108(C) |

The Court's January 27, 2026 Order required me to issue search terms within seven calendar days of the entry of that Order. Any party could file an objection with seven calendar days after my suggested search terms. Only Mr. Brown made comments to my suggested search terms. In response, I modified the search terms.

Under the Court's Order, the search terms do not require concurrence of the three parties. The suggested search terms, as I previously modified, are the search terms to be used.

Please advise me when Mr. Brown and Mr. Hunt will be present at City Hall for the application of the search terms to the City server. I will try to be available by phone, if an issue arises. Other than bate-stamping, once documents are identified, there should be anything else to do as part of the production. Please also advise me when that production has taken place.

Steven H. Schwartz
33228 W. 12 Mile Road, Suite 187
Farmington Hills, MI 48334
(313) 590-3395

---

**From:** Brown, Joseph <jbrown@thefgfirm.law>
**Sent:** Thursday, February 19, 2026 12:00 PM
**To:** Monica Hunt <mhunt@alglawpc.com>; Steven Schwartz <shslawyers1@outlook.com>; Tarik Turfe <tt@hdalawgroup.com>
**Cc:** Jack Walsh <JWalsh@thefgfirm.law>; Grysko, Brandon <bgrysko@thefgfirm.law>
**Subject:** Docket 108(C)

I would reiterate, I think now for the third time, my request that each of the litigants simply defer entirely to Mr. Schwartz on the search terms required by Dkt 108(C).

A. Plaintiffs are prepared to just allow Mr. Schwartz to dictate terms unilaterally. If Ms. Hunt and Mr. Turfe agree, then we can move this project forward.

B. Alternatively, since no objections have been filed, we can simply agree to the original search terms that Mr. Schwartz sent us on January 27, 2026 at 9:44AM (in which case Plaintiffs would reserve the right to bring a Motion to Compel if documents similar to the Bazzi Deposition Exhibit J are not produced for each of budget years).

Either way, Plaintiffs are not the source of the hold up here, and these documents were to have been produced on February 16th.

1

I'd ask both Ms. Hunt and Mr. Turfe to respond with their choice, A or B.   B is just what the Court's order provides.

Plaintiffs will avoid filing yet another motion to compel if we can avoid it.

Cheers.

**Joseph Brown**
Attorney

 FAUSONE & GRYSKO, PLC
ATTORNEYS AT LAW

41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3213
(248) 380-3434 fax
jbrown@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook:  https://www.facebook.com/FausoneGryskoPLC/
Follow us on LinkedIn:   https://linkedin.com/company/fausone-grysko-plc/

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message.  Thank you.

**From:** Monica Hunt <mhunt@alglawpc.com>
**Sent:** Thursday, February 19, 2026 10:51 AM
**To:** Brown, Joseph <jbrown@thefgfirm.law>; Steven Schwartz <shslawyers1@outlook.com>; Tarik Turfe <tt@hdalawgroup.com>
**Cc:** Jack Walsh <JWalsh@thefgfirm.law>; Grysko, Brandon <bgrysko@thefgfirm.law>
**Subject:** Re: concurrence on extension sought: SWOPE

Attached, please find the amended bates numbered documents, as requested.

Further, my client is confirming that there will be someone available to conduct the search  on one of the two dates that were provided *yesterday* by Plaintiff's counsel. I hope to provide confirmation of a date later today.

After speaking with my client, they are unable to consent to the extension. While the court requested that we refile the motions, the substance of the motions did not change, simply the format was changed. The arguments were made known on February 6th.

Lastly, Mr. Brown, please ask your client, Mr. Vanderplow, to stop emailing me. I will not respond to him and if he has questions for my client about his tax documents, he may speak with the finance department, or have you make the request to me, as you have in the past. As you advised, the City finance team has your consent to contact Mr. Vanderplow directly and I passed that consent on to them. His direct correspondence to me is unnecessary.

2

# EXHIBIT 5

## Brown, Joseph

| | |
|---|---|
| **From:** | Brown, Joseph |
| **Sent:** | Thursday, February 26, 2026 1:45 PM |
| **To:** | 'Steven Schwartz'; Monica Hunt; Tarik Turfe; Jack Walsh |
| **Cc:** | Grysko, Brandon |
| **Subject:** | RE: Discussion of open discovery issues |

I don't think there's anything to resolve, Mr. Schwartz.

Plaintiffs intend to move forward tomorrow.  I am not suggesting that tomorrow be called off.   Mr. Cooper will apparently not be there tomorrow, so discussing it further is pointless.

Rather, we will move forward tomorrow, but reserving rights to bring a new MTC.  We will not simply accept yet another fait accompli, and we reserve the right to bring MTC #4.

I note that we are once again falling behind schedule.  The Docket 108 deliverables have not been delivered.   Docket 109, items 7 and 8 are still open.

Hopefully tomorrow will at least finalize Docket 109, items 9+10.


**Joseph Brown**
Attorney

 FAUSONE & GRYSKO, PLC
ATTORNEYS AT LAW

41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3213
(248) 380-3434 fax
jbrown@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook:  https://www.facebook.com/FausoneGryskoPLC/
Follow us on LinkedIn:   https://linkedin.com/company/fausone-grysko-plc/


This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message.  Thank you.

**From:** Steven Schwartz <shslawyers1@outlook.com>
**Sent:** Thursday, February 26, 2026 1:28 PM
**To:** Brown, Joseph <jbrown@thefgfirm.law>; Monica Hunt <mhunt@alglawpc.com>; Tarik Turfe <tt@hdalawgroup.com>; Jack Walsh <JWalsh@thefgfirm.law>

1

Cc: Grysko, Brandon <bgrysko@thefgfirm.law>
Subject: Re: Discussion of open discovery issues

I'm available if Mr. Brown and Mr. Hunt want to have a three-way phone conversation to see if we can work this out. I have a carpet installer coming around 2:00 p.m., but I can step away from that, if necessary. I would like to get this resolved this afternoon.

Steven H. Schwartz
33228 W. 12 Mile Road, Suite 187
Farmington Hills, MI  48334
(313) 590-3395

---

**From:** Brown, Joseph <jbrown@thefgfirm.law>
**Sent:** Thursday, February 26, 2026 1:02 PM
**To:** Monica Hunt <mhunt@alglawpc.com>; Steven Schwartz <shslawyers1@outlook.com>; Tarik Turfe <tt@hdalawgroup.com>; Jack Walsh <JWalsh@thefgfirm.law>
**Cc:** Grysko, Brandon <bgrysko@thefgfirm.law>
**Subject:** RE: Discussion of open discovery issues

Ms. Hunt:

I am not asking you to "start from scratch."

The search term lists for dockets 108 and 109 are just completely different subjects.

Mr. Wash will send you the 109 terms shortly.

**Joseph Brown**
Attorney

 FAUSONE & GRYSKO, PLC
ATTORNEYS AT LAW

41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3213
(248) 380-3434 fax
jbrown@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook: https://www.facebook.com/FausoneGryskoPLC/
Follow us on LinkedIn: https://linkedin.com/company/fausone-grysko-plc/

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message. Thank you.

**From:** Monica Hunt <mhunt@alglawpc.com>
**Sent:** Thursday, February 26, 2026 1:00 PM
**To:** Brown, Joseph <jbrown@thefgfirm.law>; Steven Schwartz <shslawyers1@outlook.com>; Tarik Turfe <tt@hdalawgroup.com>; Jack Walsh <JWalsh@thefgfirm.law>
**Cc:** Grysko, Brandon <bgrysko@thefgfirm.law>
**Subject:** Re: Discussion of open discovery issues

The BAE Employee is not a temp employee. They provide regular technology services to the City and as stated earlier, provide the same services to the City as Mr. Cooper. Mr. Cooper has been out on leave and had hoped to be able to come in and assist, however due to the need for his leave, he is unable to. Without risk harm to the health of Mr. Copper, I am offering what may be a better option, a tech expert that works exclusively in this field and is familiar with the workings of the City's tech system.

I will advise BAE that your wish is to work from Mr. Hart's list, but again, starting from scratch will add time to a very lengthy process.



**MONICA N. HUNT**

**Shareholder**

O: (313) 871-5500 **ext.** 104

3031 W. Grand Blvd., Suite 525, Detroit, MI 48202

**mhunt@alglawpc.com**

Important: This electronic mail communication from The Allen Law Group, PC is confidential and may be legally privileged. It is for use by the intended recipient(s) only. If you are not an intended recipient, you are hereby notified that the use, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and delete the communication. Thank you.

---

**From:** Brown, Joseph <jbrown@thefgfirm.law>
**Sent:** Thursday, February 26, 2026 12:54 PM
**To:** Monica Hunt <mhunt@alglawpc.com>; Steven Schwartz <shslawyers1@outlook.com>; Tarik Turfe <tt@hdalawgroup.com>; Jack Walsh <JWalsh@thefgfirm.law>
**Cc:** Grysko, Brandon <bgrysko@thefgfirm.law>
**Subject:** RE: Discussion of open discovery issues

Ms. Hunt:

The Court's order found at Docket 109 was entered on January 27, giving you a full month to procure Cooper's presence at this term search, consistent with the express terms of the order. ("The City's IT Director Cooper will open up the DMS program...").

Having an unnamed temp employee do these searches is inconsistent with the Court's order, and will likely result in poor quality results from a person who does not have intimate knowledge of the City's information systems. Cooper is the person widely described by multiple witnesses as having the best knowledge of the City's document base.

As for the search terms you received from Mr. Schwartz, they pertain to Docket 108(C) , and not Docket 109 (9) and (10).  You can and should do those Dkt. 108 searches, but they have nothing to do with what happens tomorrow.   Tomorrow is about Dkt. 109 only, per Court instruction.

Tomorrow's searches will be conducted per Mr. Hart's list, which Mr. Walsh will soon send you.   109(10): ("Mr. Cooper will search the City's server  for "key words" requested by Plaintiff Hart…")

Thank you,


**Joseph Brown**
Attorney

 FAUSONE & GRYSKO, PLC
ATTORNEYS AT LAW

41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3213
(248) 380-3434 fax
jbrown@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook:  https://www.facebook.com/FausoneGryskoPLC/
Follow us on LinkedIn:   https://linkedin.com/company/fausone-grysko-plc/


This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message.  Thank you.

**From:** Monica Hunt <mhunt@alglawpc.com>
**Sent:** Thursday, February 26, 2026 12:42 PM
**To:** Steven Schwartz <shslawyers1@outlook.com>; Tarik Turfe <tt@hdalawgroup.com>; Brown, Joseph <jbrown@thefgfirm.law>; Jack Walsh <JWalsh@thefgfirm.law>
**Subject:** Re: Discussion of open discovery issues


As an update on tomorrow's meeting, I have been advised that David Cooper is unable to be in City Hall tomorrow but an IT technician from BAE Networks, the tech company that provides support to the City and often performs searches on behalf of the City, will be present. They have been provided with the search terms and will begin setting up the systems to run the terms. I was advised that due to the level of the search term, the process of inputting could take hours, which is why they are starting to set them up now. Also, depending on the speed of Microsoft's processing of the terms, the search could take several more hours.

I just wanted to make everyone of the change in who will be present and time that the search will take.

4



**MONICA N. HUNT**

**Shareholder**

O: (313) 871-5500 ext. 104

3031 W. Grand Blvd., Suite 525, Detroit, MI 48202

**mhunt@alglawpc.com**

Important: This electronic mail communication from The Allen Law Group, PC is confidential and may be legally privileged. It is for use by the intended recipient(s) only. If you are not an intended recipient, you are hereby notified that the use, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and delete the communication. Thank you.

**From:** Steven Schwartz <shslawyers1@outlook.com>
**Sent:** Wednesday, February 25, 2026 5:24 PM
**To:** Monica Hunt <mhunt@alglawpc.com>; Tarik Turfe <tt@hdalawgroup.com>; Brown, Joseph <jbrown@thefgfirm.law>; Jack Walsh <jwalsh@thefgfirm.law>
**Subject:** Discussion of open discovery issues

Steven Schwartz is inviting you to a scheduled Zoom meeting.

**Topic: Special Master**
**Time: Mar 2, 2026 10:00 AM Eastern Time (US and Canada)**
Join Zoom Meeting
https://us02web.zoom.us/j/84799776903?pwd=7w0jlWfCWYDn9WCoErjHVibNVKMa59.1

Meeting ID: 847 9977 6903
Passcode: 567039

---

One tap mobile
+13126266799,,84799776903#,,,,*567039# US (Chicago)
+16469313860,,84799776903#,,,,*567039# US

Join instructions
https://us02web.zoom.us/meetings/84799776903/invitations?signature=I0VYEopmQDVVWYhuqUxu0BH9nn-HGlGljfHbHWV2wRo

Steven H. Schwartz
33228 W. 12 Mile Road, Suite 187
Farmington Hills, MI  48334
(313) 590-3395

5