# EXHIBIT 11



# FAUSONE & GRYSKO, PLC
## ATTORNEYS AT LAW

March 26, 2026

<u>**Via Email**</u>

Mr. Schwartz,

Plaintiffs previously raised concerns that the City Council's responses to Plaintiffs' Requests for Production were incomplete and failed to include responsive materials within its possession, custody, or control. In response, you requested that Plaintiffs identify specific examples of alleged deficiencies so that those concerns could be evaluated. Plaintiffs provide those examples below.

Plaintiffs note that this discussion concerns a document production in response to requests that were made in January 2025, or nearly 14 months ago. The City Council produced its first documents in this matter on March 12, 2026, after summary judgement briefing was done and long after depositions were taken.

1. **Request for Production No. 7 (Stalking Incident)**

The City Council states that Councilman Saab possesses no documents responsive to Request No. 7. *See* **Exhibit 1**. However, the City has already produced an email in which Councilman Saab discusses the stalking incident at issue. *See* **Exhibit 2**. A categorical denial of any responsive materials under these circumstances indicates that the search was not reasonably calculated to locate responsive documents, or that not all relevant sources of information were searched.

2. **Request for Production No. 6 (Fines or Tickets)**

The same issue arises with respect to Request for Production No. 6. The City Council states that no responsive documents exist concerning fines or tickets. *See* **Exhibit 1**. However, Plaintiffs are already in possession of such documents produced by Defendants (*See* **Exhibit 3**). This discrepancy again suggests that the search was incomplete or that responsive materials have not been produced.

3. **Request for Production No. 14 (Resolution 23-099)**

The City Council's written responses identify documents Bates numbered CDH CC 00702–00831 as responsive to Request for Production No. 14. *See* **Exhibit 1**. We accept that representation. However, Bates numbers 00702–00706 consist of emails transmitting City Council agendas and minutes, without the underlying attachments. *See* **Exhibit 4**. The substance

1



**FAUSONE & GRYSKO, PLC**
ATTORNEYS AT LAW

of the emails themselves provides no meaningful information regarding Resolution 23-099. Given the Council's representation that these materials are responsive, it follows that the omitted attachments are likely responsive and must be produced.

With respect to your proposal regarding agenda cover sheets, Plaintiffs are willing to consider reasonable measures to avoid unnecessary production of irrelevant materials. However, where emails referencing agenda packets have already been identified as responsive, the attachments to those emails must be produced, particularly where the emails themselves lack substantive content.

### 4. Anticipated Objection Regarding Duplicative Searches

The City Council will likely contend that it and the City searched the same servers, and that any further search would therefore be duplicative and unduly burdensome. That argument fails for multiple independent reasons.

First, as demonstrated in previous correspondence, Plaintiffs have reason to question the City's search methodology and cannot accept the City's production as complete or reliable. The fact that both parties may rely on the same data sources does not excuse an inadequate search, particularly where responsive documents were plainly missed. You have already recognized these deficiencies by instructing the City to rerun its searches, which further confirms that the prior search efforts were not adequate.

Second, even assuming arguendo that the City's production were complete, that would not relieve the Intervenor of its independent obligations under the Federal Rules of Civil Procedure. Rule 34 requires each party to produce documents within its possession, custody, or control. A party cannot satisfy that obligation by relying on another party's production or by assuming that another entity's search was sufficient. *See Siser N. Am., Inc. v. Herika G. Inc.*, 325 F.R.D. 200, 204 (E.D. Mich 2018) (rejecting a party's refusal to produce documents on the ground that they exist in the public record, and holding that Rule 34 requires production of materials within a party's possession, custody, or control).

Third, and critically, this production has been ordered by the Court. The City Council was directly ordered by the Court to make its production on or before February 16, 2026. [Dkt. 108(D)]. The Council is therefore in no position to limit its compliance based on its own assessment of burden or duplication. It must provide full and complete responses consistent with the Court's directive.

Finally, Rule 26(g) requires that counsel certify, after a reasonable inquiry, that discovery responses are complete and correct at the time they are made. That certification is an affirmative representation to the Court. Where responsive materials exist but were not produced, any

2



# FAUSONE & GRYSKO, PLC
## ATTORNEYS AT LAW

certification of completeness lacks substantial justification, and the Rule mandates the imposition of an appropriate sanction.

In short, the Council must produce all responsive materials within its possession, custody, or control. The Federal Rules—and the Court's Order—require no less. The examples provided demonstrate a broader pattern of noncompliance with discovery obligations that requires immediate correction.

Sincerely,

John J. Walsh

CC: Monica Hunt (via email)
Tarik Turfe (via email)
Stephen J. Brown (via email)

3

# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SWOPE, PAUL VANDERPLOW,
JERROD HART,

            Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan municipal corporation

            Defendant

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

            Intervening Defendant

Case No.: 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

_____/

## INTERVENING DEFENDANT CITY OF DEARBORN HEIGHTS CITY COUNCIL'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW COMES Intervening Defendant, the City of Dearborn Heights City Council, by and through its attorneys, and for its First Supplemental Responses to Plaintiffs' Requests for Production of Documents, hereby states as follows:

### PRELIMINARY STATEMENT

The City of Dearborn Heights City Council ("City Council") incorporates by reference all previously stated answers, responses, objections, and privileges asserted in any response to discovery and paper filed with the Court, including but

1

not limited to the City Council's April 25, 2025 Responses and Objections to Plaintiffs' Omnibus Discovery Requests and any Supplement thereto. The City Council further states that, to the extent not already decided by the Court, the City Council does not waive, amend, or abandon any previously asserted defense, objection, or privilege previously asserted. Subject to its statements above, the City Council provides its FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS Nos. 1, 2, 6, 7, 11, and 14 PURSUANT TO **ECF 108**.

## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. Please provide any email, text, letter or other writing pursuant to which any City Council member mentions or discusses Item 33 (defined above).

ANSWER/RESPONSE: Intervening Defendant states that after a diligent inquiry into the matters requested, the councilmembers do not possess items responsive to this request.

2. Please provide any email, text, letter or other writing pursuant to which any sitting City Council member, in the last three years, discusses the race, ethnicity, gender, or religion of any employee, agent, or elected official of the City.

ANSWER/RESPONSE: Intervening Defendant states that after a diligent inquiry into the matters requested, the councilmembers do not possess items responsive to this request.

2

6.      Please provide all emails, texts, letters or writing sent to or received by any sitting member of the City Council in which a Fine or Ticket (defined term) is mentioned.

ANSWER/RESPONSE: Intervening Defendant states that after a diligent inquiry into the matters requested, the councilmembers do not possess items responsive to this request.

7.      All texts, emails, or documents created by, sent by, or received by Councilman Saab that discusses, describes, or is relevant to the Stalking Incident (defined above), including all such documents (defined above) originated by Saab on March 4, 2024.

ANSWER/RESPONSE: Intervening Defendant states that after a diligent inquiry into the matters requested, Councilman Saab does not possess items responsive to this request.

11.     Please produce all emails, texts, documents or communications in which any sitting member of City Council discusses the appointment of Interim Police Chief Farhat as interim police chief.

ANSWER/RESPONSE: Intervening Defendant refers to the documents attached as **CDH CC 00001-00702.**

14.     Please produce all emails, texts, communications or other Documents generated or received by the City Council pertaining to Resolution

3

23-099.

ANSWER/RESPONSE: Intervening Defendant refers to the documents attached as

**CDH CC 00702-00831.**

**Respectfully submitted,**

By: */s/ Tarik D. Turfe*
Tarik D. Turfe (P83690)
Counsel for Intervening Defendant
City of Dearborn Heights City Council
tt@hdalawgroup.com

Dated: March 12, 2026

## CERTIFICATE OF SERVICE

I certify that on March 12, 2026, I filed a copy of the foregoing with all

counsel of record via e-mail service.

Respectfully submitted,

By: */s/ Tarik D. Turfe*
Tarik D. Turfe (P83690)
Counsel for Intervening Defendant
City of Dearborn Heights City Council
tt@hdalawgroup.com

Dated: March 12, 2026

4

# EXHIBIT 2

| | |
|---|---|
| **From:** | Michael R. Guzowski |
| **To:** | Hassan Saab; Mo Baydoun; Denise D. Maxwell; Hassan M. Ahmad |
| **Cc:** | Gary Miotke (gmiotke@miotkelawoffice.com); Price, Edward (MSP); Mwakeley@fbi.gov; Cavanaugh, Joseph (MSP) |
| **Subject:** | Re: Filed Police Reports |
| **Date:** | Monday, April 8, 2024 1:57:08 PM |
| **Attachments:** | Outlook-fzlfhvea.png |
| | Outlook-kffo4wrb.png |
| | Outlook-ab2mhwot.png |
| | Outlook-ouheuxnx.png |

Good Afternoon,

Thank you for taking the time to speak with me today.  As we discussed, I will reach out to MSP to coordinate effort to properly investigate these cases.  I will reach back out to you as soon as I know more information.

**Michael Guzowski**

*Lieutenant, Investigations Bureau*

 **City of Dearborn Heights Police Department**

📍 25637 Michigan Ave, Dearborn Heights MI 48125

📞 (313) 277-7468

🌐 www.dearbornheightsmi.gov

---

**From:** Hassan Saab <hsaab@dearbornheightsmi.gov>
**Sent:** Friday, April 5, 2024 3:28 PM
**To:** Michael R. Guzowski <mrguzowski@dearbornheightsmi.gov>; Mo Baydoun <MABaydoun@dearbornheightsmi.gov>; Denise D. Maxwell <ddmaxwell@dearbornheightsmi.gov>; Hassan M. Ahmad <HmAhmad@dearbornheightsmi.gov>
**Cc:** Gary Miotke (gmiotke@miotkelawoffice.com) <gmiotke@miotkelawoffice.com>; Price, Edward (MSP) <pricee@michigan.gov>; Mwakeley@fbi.gov <Mwakeley@fbi.gov>; Cavanaugh, Joseph (MSP) <CavanaughJ@michigan.gov>
**Subject:** Filed Police Reports

Good afternoon,

Mr.Guzowski, I submitted two police reports on Tuesday, April 2nd, regarding Director Vanderplow and Corporation Counsel Roger Farhina. I want to ensure that these reports have been or will be assigned to an outside agency as I have requested to ensure fairness and integrity and  no conflicts arise. I am concerned about the mayor's increasingly hostile behavior towards me since filing these reports and I intend to file a report regarding his retaliatory actions. I have CC'd MSP, FBI, and special legal counsel in this email. Could you please provide an update or inform me of any actions taken?The police report number for Director Vanderplow's case of stalking is #24-8630.The report number for threats from Corporation Counsel is #24-8631.

CODH0250

Respectfully,



**Hassan Saab**
*Councilman*

## City of Dearborn Heights

6045 Fenton St, Dearborn Heights MI 48127
Office:(313)791-3435
Mobile:(313) 977-1111
www.dearbornheightsmi.gov

CODH0251

# EXHIBIT 3

**From:**      Faten Shokr
**To:**        Mo Baydoun
**Subject:**   Citations
**Date:**      Wednesday, January 31, 2024 10:36:20 PM

[You don't often get email from fatenshokr22@icloud.com. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

Caution: This is an external email. Please take care when clicking links or opening attachments.

Councilmen,

I am emailing you from my personal email in fear of getting retaliated against . I am ofc Shokr and I
have been with the city of Dearborn heights for almost four years. i just wanted you to know that I
was reading the article about ticket fixing. I wanted to bring up to your attention that the mayor
wanted me to void out a citation that was given to one of the people he knows. The male driver was
and and advised me that he knew the mayor, but I still issued the citation. Sever Several moments
later, I received the call and the Mayor phone stating he wanted the citation voided out because it's
one of his friends. I didn't feel comfortable voiding out the citation, but I still voided it out because
he is still my boss and I did not want to get retaliated against or even fired. The mayor is any
powerful position, and at one point I was in a closed room with him with several councilman, and he
had gotten in my face and called me an evil little girl. It's been about a year or so since both
incidents and I still try to avoid the mayor due to me being scared of him . Th The ticket number
with the comments from that day or attached to the email. Thank you so much

Ofc.Faten Shokr



CODH0227

# EXHIBIT 4

**kg@hdalawgroup.com**

| | |
|---|---|
| **From:** | Dana Flamont |
| **Sent:** | Thursday, February 17, 2022 3:53 PM |
| **To:** | Lynne Zub-Senia; Council Chair Pro Tem Muscat; Wassim Abdallah; Dana Flamont; Councilman Baydoun; Councilman Constan; Councilman Hassan Ahmad; Councilman Wencel; Councilwoman Nancy Bryer; Kathleen Birchfield |
| **Cc:** | Assessor Anthony Fuoco; Comer, Kimberly; Eric Watland; Frank, Cheryl; Mariana Hernandez; Dib, Ali; Hassane Jamal; Community Development  Grants Coord. Klimchalk; Comptroller Irby; Corporation Counsel Miotke; Deputy Comptroller Williams; Deputy Parks & Recreation Director King; Colleen Garcia; Doug Feldkamp; Conrad, Robert; Emergency Management Director Gavin; David Brogan; Hazlett, Margarett; Janet K. Lucas; John Zadikian; Michael P. McCaffery; Mathew Paul; Bazzi, Bill; Adkins, Michelle; Buchman, Nikki; William E. Dishroon; Kim S. Laurencelle; Police Chief Meyers; Press & Guide - Briana Gasorski ; Press & Guide - Sue Scuhyta; Representative Jewell Jones; Scott Bewick-Dearborn Times Herald; Stephanie Shockey; TIFA Administrator Rosco; Hicks-Clayton, Lisa; Vaughn Martin; Wayne County Commissioner Knezek ; WDHT; Zeinab Najm - Dearborn Times Herald |
| **Subject:** | Dearborn Heights City Council Agenda Packet for Tuesday, February 22, 2022 |
| **Attachments:** | 02-22-22 Cover.pdf; 02-22 -22 Agenda.pdf; 02-08-22 Minutes.pdf; 02-15-22 Minutes.pdf; 02-22-22 Backup.pdf; 02-22-22 Claims 6-1 to 6-4 and 6-6 to 6-84.pdf; CDBG FY 2022-23 Action Plan Public Hearing 1-Notice - zoom info.pdf |

Good afternoon,

Attached are the above mentioned items for the Dearborn Heights City Council Regular Meeting scheduled for Tuesday, February 22, 2022.  I have also attached the information for CDBG Fiscal Year 2022-2023 Action Plan Public Hearing #1 which will begin at 5:45 p.m. on that evening.

*If you have trouble viewing the attachments, please note that all Dearborn Heights City Council Meeting information is located on the City of Dearborn Heights website under Agenda and Minutes.*

Have a nice weekend,

**Dana Flamont**
City Council Secretary

City of Dearborn Heights
6045 Fenton
Dearborn Heights, MI 48127
(313) 791-3435

127
**CDH CC 00702**

| From: | Semeniuk, George |
|---|---|
| To: | Lynne Senia; Dave Abdallah; Raymond D. Muscat; Hassan M. Ahmad; Mo Baydoun; Nancy A. Bryer; Robert J. Constan; Thomas G. Wencel; Dana Flamont; Semeniuk, George |
| Cc: | Anthony Fuoco (tfuoco1@gmail.com); Anthony Stone (anthonystone314@gmail.com); Dave Herndon - Press and Guide (dave@pressandguide.com); Gary Miotke (gmiotke@miotkelawoffice.com); John Zadiklan (zman6754@aol.com); Nancy Bryer (celmo42@hotmail.com); Press & Guide - Briana Gasorski ; Press & Guide - Sue Scuhyta (sue.suchyta@yahoo.com); Scott Bewick-Dearborn Times Herald; TIFA Administrator Rosco; Vaughn Martin (vmartin@wadetrim.com); Wayne County Commissioner Knezek ; WDHT; Anthony Fuoco; Comer, Kimberly; Eric Watland; Frank, Cheryl; Mariana Hernandez; Ali Dib; Hassane Jamal; Cynthia A. King; Roger A. Farinha; Colleen Garcia; Robert Conrad; David Brogan; Margaret M. Hazlett; Janet K. Lucas; Michael P. McCaffery; Mathew M. Paul; Bill Bazzi; Michelle L. Adkins; Nicole M. Buchman; William E. Dishroon; Kim S. Laurencelle; Jerrod S. Hart; Stephanie N. Shockey; David R Cooper; Hicks-Clayton, Lisa |
| Subject: | 03-14-23 Dearborn Heights City Council Regular Meeting & Study Session |
| Date: | Thursday, March 9, 2023 2:29:46 PM |
| Attachments: | 03-14-23 Cover - Regular Meeting and Study Session.pdf |
| | 03-14-23 Agenda.pdf |
| | 02-28-23 Minutes.pdf |
| | 03-14-23 Backup.pdf |
| | 03-14-23 Claims.pdf |

Good afternoon,

Attached are the above-mentioned items for the Dearborn Heights City Council Regular Meeting and Study Session scheduled for Tuesday, March 14, 2023.

**If you have trouble viewing the attachments, please note that all Dearborn Heights City Council Meeting information is located on the City of Dearborn Heights website under Agenda and Minutes.**

Have a safe weekend!


**Georganne Semeniuk**
City Council Secretary
6045 Fenton
Dearborn Heights, MI 48127
(313)791-3435

LEGAL CONFIDENTIAL: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information and/or documents in this message are privileged and confidential, for use only by the intended recipient. If you are not the intended recipient, any disclosure, distribution, use or copying of the contents of this message is prohibited. If you have received this message in error, please notify us immediately and delete this message from your system.

**CDH CC 00703**

| From: | Semeniuk, George |
|---|---|
| To: | Lynne Senia; Dave Abdallah; Raymond D. Muscat; Hassan M. Ahmad; Mo Baydoun; Nancy A. Bryer; Robert J. Constan; Thomas G. Wencel; Dana Flamont; Semeniuk, George |
| Cc: | Anthony Fuoco (tfuoco1@gmail.com); Anthony Stone (anthonystone314@gmail.com); Dave Herndon - Press and Guide (dave@pressandguide.com); Gary Miotke (gmiotke@miotkelawoffice.com); John Zadikian (zman6754@aol.com); Nancy Bryer (celmo42@hotmail.com); Press & Guide - Briana Gasorski ; Press & Guide - Sue Scuhyta (sue.suchyta@yahoo.com); Scott Bewick-Dearborn Times Herald; TIFA Administrator Rosco; Vaughn Martin (vmartin@wadetrim.com); Wayne County Commissioner Knezek ; WDHT; Anthony Fuoco; Comer, Kimberly; Eric Watland; Frank, Cheryl; Mariana Hernandez; Ali Dib; Hassane Jamal; Cynthia A. King; Roger A. Farinha; Colleen Garcia; Robert Conrad; David Brogan; Margaret M. Hazlett; Janet K. Lucas; Michael P. McCaffery; Mathew M. Paul; Bill Bazzi; Michelle L. Adkins; Nicole M. Buchman; William E. Dishroon; Kim S. Laurencelle; Jerrod S. Hart; Stephanie N. Shockey; David R Cooper; Hicks-Clayton, Lisa |
| Subject: | 03-14-23 Dearborn Heights City Council Regular Meeting & Study Session |
| Date: | Thursday, March 9, 2023 2:29:49 PM |
| Attachments: | 03-14-23 Cover - Regular Meeting and Study Session.pdf 03-14-23 Agenda.pdf 02-28-23 Minutes.pdf 03-14-23 Backup.pdf 03-14-23 Claims.pdf |

Good afternoon,

Attached are the above-mentioned items for the Dearborn Heights City Council Regular Meeting and Study Session scheduled for Tuesday, March 14, 2023.

**If you have trouble viewing the attachments, please note that all Dearborn Heights City Council Meeting information is located on the City of Dearborn Heights website under Agenda and Minutes.**

Have a safe weekend!


**Georganne Semeniuk**
City Council Secretary
6045 Fenton
Dearborn Heights, MI 48127
(313)791-3435

LEGAL CONFIDENTIAL: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information and/or documents in this message are privileged and confidential, for use only by the intended recipient. If you are not the intended recipient, any disclosure, distribution, use or copying of the contents of this message is prohibited. If you have received this message in error, please notify us immediately and delete this message from your system.

**CDH CC 00704**

| From: | Semeniuk, George |
|---|---|
| To: | Lynne Senia; Dave Abdallah; Raymond D. Muscat; Hassan M. Ahmad; Mo Baydoun; Nancy A. Bryer; Robert J. Constan; Thomas G. Wencel; Dana Flamont; Semeniuk, George |
| Cc: | Anthony Fuoco (tfuoco1@gmail.com); Anthony Stone (anthonystone314@gmail.com); Dave Herndon - Press and Guide (dave@pressandguide.com); Gary Miotke (gmiotke@miotkelawoffice.com); John Zadiklan (zman6754@aol.com); Nancy Bryer (celmo42@hotmail.com); Press & Guide - Briana Gasorski ; Press & Guide - Sue Scuhyta (sue.suchyta@yahoo.com); Scott Bewick-Dearborn Times Herald; TIFA Administrator Rosco; Vaughn Martin (vmartin@wadetrim.com); Wayne County Commissioner Knezek ; WDHT; Anthony Fuoco; Comer, Kimberly; Eric Watland; Frank, Cheryl; Mariana Hernandez; Ali Dib; Hassane Jamal; Cynthia A. King; Roger A. Farinha; Colleen Garcia; Robert Conrad; David Brogan; Margaret M. Hazlett; Janet K. Lucas; Michael P. McCaffery; Mathew M. Paul; Bill Bazzi; Michelle L. Adkins; Nicole M. Buchman; William E. Dishroon; Kim S. Laurencelle; Jerrod S. Hart; Stephanie N. Shockey; David R Cooper; Hicks-Clayton, Lisa |
| Subject: | 03-14-23 Dearborn Heights City Council Regular Meeting & Study Session |
| Date: | Thursday, March 9, 2023 2:29:44 PM |
| Attachments: | 03-14-23 Cover - Regular Meeting and Study Session.pdf<br>03-14-23 Agenda.pdf<br>02-28-23 Minutes.pdf<br>03-14-23 Backup.pdf<br>03-14-23 Claims.pdf |

Good afternoon,

Attached are the above-mentioned items for the Dearborn Heights City Council Regular Meeting and Study Session scheduled for Tuesday, March 14, 2023.

**If you have trouble viewing the attachments, please note that all Dearborn Heights City Council Meeting information is located on the City of Dearborn Heights website under Agenda and Minutes.**

Have a safe weekend!

**Georganne Semeniuk**
City Council Secretary
6045 Fenton
Dearborn Heights, MI 48127
(313)791-3435

LEGAL CONFIDENTIAL: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information and/or documents in this message are privileged and confidential, for use only by the intended recipient. If you are not the intended recipient, any disclosure, distribution, use or copying of the contents of this message is prohibited. If you have received this message in error, please notify us immediately and delete this message from your system.

**CDH CC 00705**

| | |
|---|---|
| **From:** | Semeniuk, George |
| **To:** | Lynne Senia; Dave Abdallah; Raymond D. Muscat; Hassan M. Ahmad; Mo Baydoun; Nancy A. Bryer; Robert J. Constan; Thomas G. Wencel; Dana Flamont; Semeniuk, George |
| **Cc:** | Anthony Fuoco (tfuoco1@gmail.com); Anthony Stone (anthonystone314@gmail.com); Dave Herndon - Press and Guide (dave@pressandguide.com); Gary Miotke (gmiotke@miotkelawoffice.com); John Zadiklan (zman6754@aol.com); Nancy Bryer (ceimo42@hotmail.com); Press & Guide - Briana Gasorski ; Press & Guide - Sue Scuhyta (sue.suchyta@yahoo.com); Scott Bewick-Dearborn Times Herald; TIFA Administrator Rosco; Vaughn Martin (vmartin@wadetrim.com); Wayne County Commissioner Knezek ; WDHT; Anthony Fuoco; Comer, Kimberly; Eric Watland; Frank, Cheryl; Mariana Hernandez; Ali Dib; Hassane Jamal; Cynthia A. King; Roger A. Farinha; Colleen Garcia; Robert Conrad; David Brogan; Margaret M. Hazlett; Janet K. Lucas; Michael P. McCaffery; Mathew M. Paul; Bill Bazzi; Michelle L. Adkins; Nicole M. Buchman; William E. Dishroon; Kim S. Laurencelle; Jerrod S. Hart; Stephanie N. Shockey; David R Cooper; Hicks-Clayton, Lisa |
| **Subject:** | 03-14-23 Dearborn Heights City Council Regular Meeting & Study Session |
| **Date:** | Thursday, March 9, 2023 2:29:47 PM |
| **Attachments:** | 03-14-23 Cover - Regular Meeting and Study Session.pdf<br>03-14-23 Agenda.pdf<br>02-28-23 Minutes.pdf<br>03-14-23 Backup.pdf<br>03-14-23 Claims.pdf |

Good afternoon,

Attached are the above-mentioned items for the Dearborn Heights City Council Regular Meeting and Study Session scheduled for Tuesday, March 14, 2023.

**If you have trouble viewing the attachments, please note that all Dearborn Heights City Council Meeting information is located on the City of Dearborn Heights website under Agenda and Minutes.**

Have a safe weekend!

**Georganne Semeniuk**
City Council Secretary
6045 Fenton
Dearborn Heights, MI 48127
(313)791-3435

LEGAL CONFIDENTIAL: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information and/or documents in this message are privileged and confidential, for use only by the intended recipient. If you are not the intended recipient, any disclosure, distribution, use or copying of the contents of this message is prohibited. If you have received this message in error, please notify us immediately and delete this message from your system.

**CDH CC 00706**