# EXHIBIT 12

**Brown, Joseph**

| | |
|---|---|
| **From:** | Steven Schwartz <shslawyers1@outlook.com> |
| **Sent:** | Tuesday, April 14, 2026 4:07 PM |
| **To:** | Brown, Joseph; Monica Hunt; Tarik Turfe; Jack Walsh |
| **Cc:** | Grysko, Brandon |
| **Subject:** | Re: SWOPE Discovery Matters // Status |

Counsel: this is to give you an update on the status of discovery issues.  I had minor surgery on Good Friday, which has slowed me down in my work.

Last Sunday morning, Judge Goldsmith and I had a lengthy conversation about the documents claimed by the City in the Privilege Log.  An Order should be forthcoming in a relatively short time period.

I have not heard back from either Defendant about my suggestions to resolve the other discovery issues.  I request that both Ms. Hunt and Mr. Turfe respond to my March 24, 2026 email and Mr. Walsh's March 26, 2026 email this week.  If we can't reach a resolution quickly, then I suggest Plaintiffs file a Motion to Compel Discovery  on these remaining issues.

To the extent I didn't raise this before, I suggest Mr. Cooper, if he is back to work, participate in the search and that the searches involve one- or two-word searches, rather than three words, perhaps reducing the number of topics searched.

Steven H. Schwartz
33228 W. 12 Mile Road, Suite 187
Farmington Hills, MI  48334
(313) 590-3395

---

**From:** Brown, Joseph <jbrown@thefgfirm.law>
**Sent:** Tuesday, April 14, 2026 10:38 AM
**To:** Monica Hunt <mhunt@alglawpc.com>; Tarik Turfe <tt@hdalawgroup.com>; Steven Schwartz <shslawyers1@outlook.com>; Jack Walsh <JWalsh@thefgfirm.law>
**Cc:** Grysko, Brandon <bgrysko@thefgfirm.law>
**Subject:** SWOPE Discovery Matters // Status

All:

On March 12, 2026 I sent Mr. Schwartz a letter setting forth 4 issues/problems with the discovery production received to date.

On March 19, Mr. Walsh sent out further email correspondence concerning deficiencies in the City Council's first document production.

On March 24, Mr. Schwartz responded with recommendations made pertaining to each of the four issues that I had raised.  Mr. Schwartz further requested that Mr. Walsh send him 3 examples of the problems that he had raised on March 19.

On March 26,  Mr. Walsh sent Mr. Schwartz the examples he was seeking.   Attached exhibits provided 3 examples.

To date, Plaintiffs have yet to see the City or the City Council do anything to put Mr. Shwartz's 3-24 recommendations into effect, and we have not heard back from Mr. Schwartz on our correspondence of March 26th.

I have separately stated that Plaintiffs may resume motion practice on or after April 15th if these matters are not addressed to Plaintiffs' satisfaction.

This, to my mind, is the current discovery situation in this case.

Thank you,

**Joseph Brown**
Attorney

 FAUSONE & GRYSKO, PLC
ATTORNEYS AT LAW

41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3213 direct
(248) 281-1656 fax
jbrown@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook:  https://www.facebook.com/FausoneGryskoPLC/
Follow us on LinkedIn:   https://linkedin.com/company/fausone-grysko-plc/

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message.  Thank you.

# EXHIBIT 13

**Brown, Joseph**

| | |
|---|---|
| **From:** | Monica Hunt <mhunt@alglawpc.com> |
| **Sent:** | Wednesday, April 15, 2026 9:30 AM |
| **To:** | Steven Schwartz; Brown, Joseph; Tarik Turfe; Jack Walsh |
| **Cc:** | Grysko, Brandon |
| **Subject:** | Re: SWOPE Discovery Matters // Status |

Mr. Schwartz,

Thank you for the update, and I hope your recovery is progressing well.

I have been in contact with the City regarding Mr. Cooper's return to work and availability. As of last week, he was out of the office. I have since followed up to obtain a status update and to inquire whether someone internally is able to assist with this repetitive discovery request. I will update this thread as soon as I receive a response.

### MONICA N. HUNT
**Shareholder**



O: (313) 871-5500 ext. 104

3031 W. Grand Blvd., Suite 525, Detroit, MI 48202

**mhunt@alglawpc.com**

Important: This electronic mail communication from The Allen Law Group, PC is confidential and may be legally privileged. It is for use by the intended recipient(s) only. If you are not an intended recipient, you are hereby notified that the use, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and delete the communication. Thank you.

**From:** Steven Schwartz <shslawyers1@outlook.com>
**Sent:** Tuesday, April 14, 2026 4:07 PM
**To:** Brown, Joseph <jbrown@thefgfirm.law>; Monica Hunt <mhunt@alglawpc.com>; Tarik Turfe <tt@hdalawgroup.com>; Jack Walsh <JWalsh@thefgfirm.law>
**Cc:** Grysko, Brandon <bgrysko@thefgfirm.law>
**Subject:** Re: SWOPE Discovery Matters // Status

Counsel: this is to give you an update on the status of discovery issues. I had minor surgery on Good Friday, which has slowed me down in my work.

Last Sunday morning, Judge Goldsmith and I had a lengthy conversation about the documents claimed by the City in the Privilege Log. An Order should be forthcoming in a relatively short time period.

I have not heard back from either Defendant about my suggestions to resolve the other discovery issues.  I request that both Ms. Hunt and Mr. Turfe respond to my March 24, 2026 email and Mr. Walsh's March 26, 2026 email this week.  If we can't reach a resolution quickly, then I suggest Plaintiffs file a Motion to Compel Discovery  on these remaining issues.

To the extent I didn't raise this before, I suggest Mr. Cooper, if he is back to work, participate in the search and that the searches involve one- or two-word searches, rather than three words, perhaps reducing the number of topics searched.

Steven H. Schwartz
33228 W. 12 Mile Road, Suite 187
Farmington Hills, MI  48334
(313) 590-3395

---

**From:** Brown, Joseph <jbrown@thefgfirm.law>
**Sent:** Tuesday, April 14, 2026 10:38 AM
**To:** Monica Hunt <mhunt@alglawpc.com>; Tarik Turfe <tt@hdalawgroup.com>; Steven Schwartz <shslawyers1@outlook.com>; Jack Walsh <JWalsh@thefgfirm.law>
**Cc:** Grysko, Brandon <bgrysko@thefgfirm.law>
**Subject:** SWOPE Discovery Matters // Status

All:

On March 12, 2026 I sent Mr. Schwartz a letter setting forth 4 issues/problems with the discovery production received to date.

On March 19, Mr. Walsh sent out further email correspondence concerning deficiencies in the City Council's first document production.

On March 24, Mr. Schwartz responded with recommendations made pertaining to each of the four issues that I had raised.   Mr. Schwartz further requested that Mr. Walsh send him 3 examples of the problems that he had raised on March 19.

On March 26,  Mr. Walsh sent Mr. Schwartz the examples he was seeking.   Attached exhibits provided 3 examples.

To date, Plaintiffs have yet to see the City or the City Council do anything to put Mr. Shwartz's 3-24 recommendations into effect, and we have not heard back from Mr. Schwartz on our correspondence of March 26th.

I have separately stated that Plaintiffs may resume motion practice on or after April 15th if these matters are not addressed to Plaintiffs' satisfaction.

This, to my mind, is the current discovery situation in this case.

Thank you,

**Joseph Brown**

2

Attorney



FAUSONE & GRYSKO, PLC
ATTORNEYS AT LAW

41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3213 direct
(248) 281-1656 fax
jbrown@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook:  https://www.facebook.com/FausoneGryskoPLC/
Follow us on LinkedIn:   https://linkedin.com/company/fausone-grysko-plc/

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message.  Thank you.

3

# EXHIBIT 14

## Brown, Joseph

| | |
|---|---|
| **From:** | Steven Schwartz <shslawyers1@outlook.com> |
| **Sent:** | Tuesday, February 10, 2026 2:58 PM |
| **To:** | Monica Hunt; Brown, Joseph; Tarik Turfe |
| **Subject:** | Swope v. City of Dearborn Heights - search terms |

I have reviewed Mr. Brown's January 30, 2026 10:55 A.M. and Ms. Hunt's February 8, 2026 7:38 PM emails regarding my suggested search terms. We need to get these searches done and move on. You can either: (1) agree to something else between yourselves, or (2) agree to use what I originally wrote. If neither option works, do the following:

**Document Request No. 11:** In addition to what I originally suggested, add:

> Resolution 23-099
> Resolution 24-017
> 23-099
> 24-017

**Document Request No. 12:** Use the original search terms I suggested. I don't know if the City's electronic system works with Bolean search terms. Only try the Bolean search if the words I originally suggested do not provide documents.

**Document Requests No. 40 and 41:** Provide the equivalent of "Exhibit J" for fiscal years 2022, 2023, 2024 and 2025; if they have already been produced, indicate the bate-stamped pages where they have been produced.

**Document Request No. 42:** Since the Police Chief should be a non-union employee, use the search terms I originally suggested or produce the equivalent of "Exhibit J" for non-union employees.

**Document Request No. 43:** Resolved (Ms. Hunt accepted Mr. Brown's suggestion).

**Document Request No. 44:** Both parties are in agreement with what I originally proposed.

**Document Request No. 45:** Use the search terms I originally suggested, except use "Hassan Saab" or "Saab" before "murder", "murdered" and "killed".

**Document Request No. 46:** Add "Saab" or "Act 78" with each of the originally suggested search term.

**Document Request No. 47:** Resolved.

**Document Request No. 48:** Add "Bailey" or "Bazzy" with each of the search terms I originally suggested. Use the period from the commencement of the litigation to the current time.

When I suggest adding "or" it means to try both words in separate searches, such as "Bailey investigation" as a separate search from "Bazzy investigation".

1

<jbrown@thefgfirm.law>
**Subject:** Swope v. City of Dearborn Heights; Key Search Words - Case No. 2:24-cv-10240

Here are proposed key search words for the following Document Requests by Plaintiffs to Defendant City:

"Swope", "Vanderplow", "Hart" or their first names should be tried first to apply to all of these Document Requests, but they may produce too many hits to be usable.

The words suggested below are cumulative, so they would probably apply to multiple Document Requests.

Document Request 11.  Please provide all Documents sent or received by the Council or by any of its members discussing or mentioning the Council's intent or plan to defund the positions of Plaintiffs Swope and Vanderplow.

- Defund
- Eliminate
- Police Department
  - Police Department budget
  - Police Department administration
- Cut
- Reduce
- [Names of the positions of Plaintiffs Swope and Vanderplow]

Document Request 12.  Please provide all Documents sent or received by the Council or by any of its members discussing the prevention of payments to Plaintiff Swope or Vanderplow or any other employee or agent of the City.

- Paychecks
- Pay
  - pay employees
  - pay City employees
- Payments
- Authorize (or Authorization)

Document Request 40.  Please provide all written budgets containing line items or other specific outlays for the payment of the salaries or benefits of police department officials for the years 2022, 2023, 2024 and 2025.

- Fiscal year 2022-2023
- Fiscal year 2023-2024
- Fiscal year 2024-2025
- 2022
- 2023
- 2024
- 2025
- Amended

3

Document Request 41.  Please include copies of all budgetary documents used by counsel Tarek Turfe in his cross-examination of Mayor Bill Bazzi and all analogous documents for the years 2022, 2023, 2024 and 2025.

- The key words for Request 40 may cover them.  The simplest way to address this is for Mr. Turfe to identify these documents and either Defendant provides them.  If Mr. Turfe is not going to identify them, then Plaintiffs' attorney should provide me with a copy of Mayor Bazzi's deposition and I will develop key search words.

Document Request 42.  Please provide any written "pay plan", whether labelled as such or in some similar fashion, whereby the City created a list or schedule of salaries or benefits that would be earned by its executive officers and officials for the years 2022, 2023, 2024 and 2025.

- Administrative
    - Administrative Salary Plan (or Program)
    - Administrative Compensation Plan (or Program)
- Department Head
    - Department Head Salary Plan (or Program)
    - Department Head Compensation Plan (or Program)
- Non-union Employees
    - Non-union Salary Plan (or Program)
    - Non-union Compensation Plan (or Program)

Document Request 43.  The entire videotaping or recording of Councilman Tom Wencel speaking in public in July of 2025 in which he made comments about Mo Baydoun's approach to political opponents, including the quote *"just between us in this room here, you know, there's Mo Baydoun, and, I mean, I don't really care for him."*  (It being understood that Plaintiffs only have a recording of a segment of such recorded remarks and seek any complete recording or videotaping in the City's possession).

- Mo Baydoun (video taping or recording only)

Document Request 44.  The various emails sent by Mayor Bazzi to Hussein Farhat, as described by Hussein Farhat in his deposition, in which Mayor Bazzi asks Farhat for explanations of his decisions taken while Farhat was Interim Police Chief, including the placing on administrative leave of Paul Vanderplow.  (Hussein Farhat stated that various versions of these emails existed, and all such versions are hereby requested).

If the deposition identified a time period, narrow the search to that time period.

- Farhat
- Administrative Leave
- Suspension
- Discipline
    - Discipline of Police Chief
    - Discipline of Vanderplow
    - Discipline of Chief

Document Request 45.  Any and all emails described by Hassan Saab in his deposition in which Hussein Farhat claims that Mayor Bazzi and Paul Vanderplow contemplated (i) having certain persons assassinated, or (ii) the hiring of hitmen to have the Mayor's political opponents killed.

4

- Assassination
- Assassinated
- Killed
- Murdered (or murder)
- Hitman (or hitmen)

Document Request 46.  The legal opinion that Hassan Saab hired a law firm to create concerning the legal authority of the Mayor under the City Charter to hire or fire, police chiefs or other law enforcement professionals, the wide publication which Saab described during his deposition.  (Saab described in his deposition giving a copy of such opinion to the public, to other City Council members and to officials working for the City of Dearborn Heights).

(These search terms are on the assumption that the legal opinion was transmitted by email).

- Legal Opinion
- Attorney's Opinion
- Letter from Attorney
- Letter from Law Firm

Document Request 47.  The curriculum vitae of all persons who have served as City Comptroller after Paul Vanderplow, specifically including, without limitation, the C.V. Of Mahdi Baydoun.

- Resume
- Mahdi Baydoun
- Application

Document Request 48.  The use-of-force investigation videos in which Officer Bailey is depicted as using an unnecessary amount of force and then Sergeant Bazzy is depicted investigating the use of force made by Officer Bailey (the same videos that lead to the disciplining of Sergeant Bazzy, as described in the First Amended Complaint at Paragraphs 32-36.  (Such videos were described by Hassan Saab in his deposition, and Saab further describes having personally seen such videos).

- (These search terms are on the assumption that the videos were transmitted by email.  The videos should be available from police officers' body cam or in-car video recordings.  The search should be narrowed to the timeframe of the incident and subsequent investigation).

- Investigation
- Footage
- Use of Force
- Body cam (or body camera)
- Video

Steven H. Schwartz
33228 W. 12 Mile Road, Suite 187
Farmington Hills, MI  48334
(313) 590-3395

5

# EXHIBIT 15

## Brown, Joseph

| | |
|---|---|
| **From:** | Brown, Joseph |
| **Sent:** | Tuesday, April 21, 2026 3:09 PM |
| **To:** | Monica Hunt; Steven Schwartz; Tarik Turfe; Jack Walsh |
| **Cc:** | Grysko, Brandon |
| **Subject:** | RE: SWOPE Discovery Matters // Status |

All:

Plaintiffs are now preparing a rule to show cause motion pertaining to dockets 108 and 109, based on the noncompliance to date with Mr. Schwartz's suggested solutions that he sent us on March 24, over three weeks ago.

The Plaintiff's own deadline of 4-15 has now come and gone.

Last week, on 4-15, Ms. Hunt indicated that she was looking into "whether someone internally is able to assist with this repetitive discovery request."

Has any progress been made?  Is Ms. Hunt in a position to offer a new production by a date certain?  Are either the City or the City Council going to respond to the March 24th or March 26th communications, as Mr. Schwartz instructed on April 14?   If not, or if such responses are not satisfactory, Plaintiffs will soon proceed to file.

Please let me know the current status on these subjects.

Thank you,

**Joseph Brown**
Attorney

 FAUSONE & GRYSKO, PLC
ATTORNEYS AT LAW

41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3213 direct
(248) 281-1656 fax
jbrown@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook:  https://www.facebook.com/FausoneGryskoPLC/
Follow us on LinkedIn:   https://linkedin.com/company/fausone-grysko-plc/

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message.  Thank you.

**From:** Monica Hunt <mhunt@alglawpc.com>
**Sent:** Wednesday, April 15, 2026 9:30 AM

1

# EXHIBIT 16

**Brown, Joseph**

| | |
|---|---|
| **From:** | Monica Hunt <mhunt@alglawpc.com> |
| **Sent:** | Thursday, April 30, 2026 8:44 AM |
| **To:** | Steven Schwartz; Tarik Turfe; Jack Walsh; Brown, Joseph |
| **Subject:** | Swope v City of Dearborn Heights |

Please be advised that I have conferred with my client regarding the electronic search inquiry. By way of background, BAE Technologies has been retained to assist the City of Dearborn Heights with information technology and routinely conduct electronic discovery searches on its behalf.

It has been confirmed that BAE Technologies performed a thorough and comprehensive electronic search utilizing the precise search terms provided by Plaintiffs' counsel. The search was conducted in accordance with the parameters specified, and the responsive results have been produced.

Any subsequent or additional search using those terms would yield results identical to those already provided.

**MONICA N. HUNT**

**Shareholder**



O: (313) 871-5500 ext. 104

3031 W. Grand Blvd., Suite 525, Detroit, MI 48202

**mhunt@alglawpc.com**

Important: This electronic mail communication from The Allen Law Group, PC is confidential and may be legally privileged. It is for use by the intended recipient(s) only. If you are not an intended recipient, you are hereby notified that the use, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and delete the communication. Thank you.

1