**TABLE OF CONTENTS**

INDEX OF AUTHORITY ………………………………………………...…ii

COUNTER STATEMENT OF ISSUES PRESENTED …………………….…..iii

I.      INTRODUCTION ………………………………………………….…1

II.     FACTUAL BACKGROUND ………………………………………1

III.    ARGUMENT ………………………………………………………4

A. Defendant is not Entitled To Sanctions …………………………………4
    i.   Defendant Did Not Fail To Cooperate With Discovery Or This Court's Orders ……………………………………………..5
    ii.  Plaintiffs Have Not Been Prejudiced …………………………7
    iv.  Warnings of Future Sanctions Did Not Occur ……………..7
    iii. Sanctions, On Any Level, Are Not Warranted ……………..8
B. The Production Is Consistent With A Complete and Inclusive Search ….8

C. Plaintiffs' Reliance on Fed R. Civ. P. 56(d) Is Meritless ………………..9

IV.     CONCLUSION ……………………………………………………10

## INDEX OF AUTHORITIES

### Cases

*Bank One of Cleveland, N.A. v. Abbe*,

     916 F.2d 1067 (6th Cir. 1990) ……………………………………………4

*CLT Logistics v. River W. Brands*,

     777 F. Supp. 2d 1052,  (E.D. Mich. 2011) …………………………………..9

*Freeland v. Amigo*,

     103 F.3d 1271 (6th Cir. 1997) ……………………………………………4

*Harmon v. CSX Transportation, Inc.*,

     110 F.3e 364, (6th Cir.1997) …………………………………………..7

*Kucinskas v. Fleetwood Motor Homes of Indiana, Inc.*

     2008 U.S. Dist. LEXIS 72749,  (2008) …………………………………..4


*McCarthy v. Ameritech Publ., Inc.*,

     763 F.3d 488, 491 (6th Cir. 2014) …………………………………..5

*Stooksbury v. Ross*,

528 F. App'x 547, (6th Cir. 2013) ……………………………………………4

*Tetro v. Elliott Popham Pontiac, Oldsmobile, Buick and GMC Trucks*,

     173 F.3d 988 (6th Cir.1999) …………………………………………...7

*United Coin Meter Co. v. Seaboard Coastline R.R.*,

     705 F.2d 839, (6th Cir.1983) …………………………………………..4

### Federal Rules

FRCP 37(b) …………………………………………………………..1, 4, 9

FRCP 56(d) …………………………………………………………..4

## <u>COUNTER STATEMENT OF ISSUES PRESENTEND</u>

1.      Whether the federal rules of discovery and the FRCP require both Defendants to be sanctioned as requested in the antecedent motion?

Plaintiffs' state: Yes.

Defendant City of Dearborn Heights states: No.

Intervening Defendant City of Dearborn Heights City Council states: No.

The Court should state: No.


2.      Whether Defendants failed to comply with their discovery obligations or with this Court's existing discovery orders found at Docket 108 and 109?

Plaintiffs' state: Yes.

Defendant City of Dearborn Heights states: No.

Intervening Defendant City of Dearborn Heights City Council states: No.

The Court should state: No.