# EXHIBIT "A"

STATE OF MICHIGAN
COUNTY OF WAYNE
AFFIDAVIT OF MALLAK BEYDOUN

I, Mallak Beydoun, being first duly sworn, depose and state as follows:

1. I am currently employed as the Chief of Staff for the City of Dearborn Heights, Michigan. I make this affidavit based upon my personal knowledge and my review of relevant City records maintained in the ordinary course of business.

2. David Cooper serves as the Information Technology (IT) Director for the City of Dearborn Heights. Mr. Cooper has been on an approved leave of absence from his position continuously since February 16, 2026 and that leave of absence remains in effect as of the date of this Affidavit.

3. As a direct result of Director Cooper's ongoing leave of absence, he was unavailable and unable to perform IT-related functions on behalf of the City, including but not limited to the IT searches conducted in February 2026. Those tasks, along with the many other IT responsibilities ordinarily within Director Cooper's purview, were necessarily delegated to qualified outside personnel during the period of his absence.

4. The City of Dearborn Heights has maintained a partnership with BAE Technologies for over 3.5 years. BAE Networks is a qualified and experienced IT firm that has served as a trusted technology partner to the City throughout that period. In that capacity, BAE Networks has routinely assisted the City in executing a broad range of IT functions and needs.

5. Among the services BAE Networks provides to the City are electronic discovery-related tasks, including email searches and database searches conducted

for discovery purposes. The City has relied upon BAE Networks for such services consistent with its longstanding role as the City's IT partner.

6. In February 2026, BAE Technologies was tasked with conducting the relevant IT searches, including email and database searches for discovery purposes, because IT Director David Cooper was unavailable due to his ongoing leave of absence. BAE Networks performed these searches in its capacity as the City's designated IT partner and in a manner consistent with the services it has provided to the City for years.

7. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.


FURTHER AFFIANT SAYETH NAUGHT.

_Mallak Beydoun_

Mallak Beydoun


Chief of Staff, City of Dearborn Heights

Date: __5-6-2026__

Subscribed and sworn to before me this __6th__ day of __May__, 2026.

_Stephanie Nicole Shockey_

Notary Public, State of Michigan

County of Wayne

My Commission Expires: __9-6-2028__

STEPHANIE NICOLE SHOCKEY
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires September 6, 2028