# EXHIBIT "B"

 Outlook

## RE: Discussion of open discovery issues

**From** Jack Walsh <JWalsh@thefgfirm.law>

**Date** Thu 2/26/2026 1:59 PM

**To** Brown, Joseph <jbrown@thefgfirm.law>; Steven Schwartz <shslawyers1@outlook.com>; Monica Hunt <mhunt@alglawpc.com>; Tarik Turfe <tt@hdalawgroup.com>

**Cc** Grysko, Brandon <bgrysko@thefgfirm.law>

📎 1 attachment (16 KB)

Jerrod Hart Keyword Searches.docx;

Monica,

Attached are Mr. Hart's search terms for tomorrow.

We have narrowed these down from a much larger list in an effort to keep this process as efficient as possible.

Thanks,

**JACK WALSH**
Associate Attorney



41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3232 direct
(248) 380-3434 fax
jwalsh@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook:  https://www.facebook.com/FausoneGryskoPLC/
Follow us on LinkedIn:   https://linkedin.com/company/fausone-grysko-plc/

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message. Thank you.

**From:** Brown, Joseph <jbrown@thefgfirm.law>
**Sent:** Thursday, February 26, 2026 1:45 PM
**To:** Steven Schwartz <shslawyers1@outlook.com>; Monica Hunt <mhunt@alglawpc.com>; Tarik Turfe <tt@hdalawgroup.com>; Jack Walsh <JWalsh@thefgfirm.law>

## KEYWORD SEARCHES

1. "From the Community"

2. Community

3. Arab-American / Arab American

4. Arab

5. Arabs

6. White / Whites

7. "White guys"

8. "Of middle eastern descent"

9. Middle eastern

10. Lebanon

11. Lebanese

12. Muslim

13. Kahlil Rahal

14. Racism

15. Racist

16. Bazzy

17. Civil Rights

18. Non-Arab / non Arab

19. Meeting with Arab officers

20. Plaintiffs reserve the right to add additional keyword searches, pursuant to the Court's order at Docket 109, as they become apparent during the course of the searches.