# EXHIBIT "D"

 Outlook

## RE: Discussion of open discovery issues

**From** Jack Walsh <JWalsh@thefgfirm.law>

**Date** Fri 2/27/2026 2:59 PM

**To** Steven Schwartz <shslawyers1@outlook.com>

**Cc** Monica Hunt <mhunt@alglawpc.com>; Brown, Joseph <jbrown@thefgfirm.law>; Tarik Turfe <tt@hdalawgroup.com>; Grysko, Brandon <bgrysko@thefgfirm.law>

Yes, we got in.

Below is a summary of today's events:

### Dkt. 109, ¶ 9 (DMS Access):

Plaintiff Hart was provided access to the DMS system in Chief Guzowski's office. During the session, Plaintiffs identified two documents that Defendant has agreed to Bates stamp and produce to Plaintiffs.

Ms. Hunt and Chief Guzowski also agreed to conduct additional searches within the DMS system to ensure completeness, at Plaintiff Hart's request.

### Dkt. 109, ¶ 10 (Keyword Searches):

Defendant has begun conducting keyword searches pursuant to (1) a list generated by Defendant and (2) a list provided by Plaintiffs earlier in the email thread.

Defendant represented that it will provide Plaintiffs with extraction reports reflecting the number of hits for each search term. Following receipt of those reports, Defendant will review the identified materials for responsiveness and privilege and produce documents responsive to RFP No. 4.

Thanks,

**JACK WALSH**
Associate Attorney



41700 Six Mile Road, Suite 101
Northville, Michigan  48168-3460
(248) 912-3232 direct
(248) 380-3434 fax
jwalsh@thefgfirm.law
www.thefgfirm.law
Follow us on Facebook: https://www.facebook.com/FausoneGryskoPLC/