**EXHIBIT "E"**

| From: | Kevin M. Swope |
|-------|----------------|
| To: | Mo Baydoun; David A. Brogan; Hussein M. Farhat; elzayad@dearbornschools.org |
| Subject: | Re: Introducing Danielle Elzyat and Exploring Ways to Support Her |
| Date: | Wednesday, March 20, 2024 7:25:18 AM |

Ms. Elzyat,

Good morning. I would like to thank Councilman Baydounbfor the introduction. It sounds like you are a great resource for the Dearborn Heights community. I am certain there will be opportunities for collaboration. Please let me know if you need anything from the PD. Have a great day!

Kevin Swope

Acting Chief Swope

**From:** Mo Baydoun <MABaydoun@dearbornheightsmi.gov>
**Sent:** Tuesday, March 19, 2024 4:21:33 PM
**To:** David A. Brogan <DBrogan@dearbornheightsmi.gov>; Kevin M. Swope <kmswope@dearbornheightsmi.gov>; Hussein M. Farhat <hmfarhat@dearbornheightsmi.gov>; elzayad@dearbornschools.org <elzayad@dearbornschools.org>
**Subject:** Introducing Danielle Elzyat and Exploring Ways to Support Her

Hey team!

I wanted to take a moment to introduce Danielle Elzyat, a dear friend and an esteemed member of our community, to all of you. Danielle holds several important positions and has dedicated her life to serving others.

Danielle is the Chairwoman at the Islamic Institute of America, located on Ford Road (between Beech and John Daily.) She also serves as the President of the Crestwood School Board of Education. Danielle is a lifelong resident and former Chief of Staff of Homeland Security. Currently, she holds the crucial role of Dearborn's Public Schools District Health Safety and Security for all schools, including those like River Oaks that are considered Dearborn schools but are located in our city, the great Dearborn Heights.

Considering Danielle's impressive background and her commitment to our community, I believe it would be valuable for us to come together and explore ways in which we can support her in her various roles.
But also introducing ourselves to Danielle.

In addition to introducing Danielle, I have also included the Fire Chief, Acting Police Chief, and the newly appointed Emergency Manager in this email.

I would like to propose a meeting where we can discuss how we can be of assistance to Danielle and explore potential collaborations. (After Ramadan of course) I will reach out to you all individually to request your availability, and we can schedule a convenient time and place for this gathering.

Please welcome Danielle Elzyat!!

CODH1208

Respectfully,



**Council Chair Mo Baydoun**
**MaBaydoun@DearbornHeightsMI.Gov**
**(313)-641-0100**

CODH1209