**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN SWOPE, PAUL VANDERPLOW,    Case No. 2:24-cv-10240-MAG-DRG
JERROD HART    Hon. Mark A. Goldsmith

       Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation

       Defendant.

CITY COUNCIL FOR THE CITY OF
DEARBORN HEIGHTS

       Intervening Defendant.

---

**DEFENDANT CITY OF DEARBORN HEIGHTS' CORRECTED  EXHIBIT IN SUPPORT OF ITS RESPONSE TO MOTION FOR SHOW CAUSE**

Defendant City of Dearborn Heights through its Counsel, The Allen Law Group, files this Corrected Exhibit in Support of its Response to Motion for Show Cause. On May 6, 2026, Defendant filed its response to Plaintiff's Motion for Show Cause, however, the document to Exhibit "C" was not included. Accompanying this document is the corrected Exhibit "C".

Dated: May 8, 2026

Respectfully submitted,
THE ALLEN LAW GROUP

*/s/ Monica N. Hunt*
THE ALLEN LAW GROUP
Monica N. Hunt (P68838)
Attorneys for Defendants
3031 West Grand Boulevard
Suite 525
Detroit, Michigan 48202
(313) 871-5500 (Phone)
(313) 871-0517 (Facsimile)
mhunt@alglawpc.com

## **CERTIFICATE OF SERVICE**

I state that on May 8, 2026, I filed Defendant Wayne County's Corrected Exhibit in support of its Response to Motion for Sow Cause electronically with the U.S. District Court for the Eastern District of Michigan, which will serve such document upon all counsel of record through its electronic filing system.

Respectfully submitted,
THE ALLEN LAW GROUP

*/s/ Monica N. Hunt*
THE ALLEN LAW GROUP
Monica N. Hunt (P68838)
Attorneys for Defendant
3031 West Grand Boulevard
Suite 525
Detroit, Michigan 48202
(313) 871-5500 (Phone)
(313) 871-0517 (Facsimile)
mhunt@alglawpc.com

# EXHIBIT "C"

STATE OF MICHIGAN
COUNTY OF WAYNE
AFFIDAVIT OF MATTHEW BRAND

I, Matthew Brand, being first duly sworn, depose and state as follows:

1. I am employed by BAE Networks, and I am competent to testify to the matters set forth herein based upon my personal knowledge and my direct participation in the electronic document search described below.

2. BAE Networks has served as the information technology contractor for the City of Dearborn Heights for over three and a half years and is familiar with the City's computer systems, network infrastructure, and electronic data storage environments.

3. In or about February and March 2026, I, along with other BAE Networks technical personnel, was engaged to perform a Court-ordered electronic document search on the City of Dearborn Heights' managed email accounts in connection with the above-captioned litigation.

4. Prior to commencing the search, BAE Networks received the search terms to be utilized in conducting the electronic search.

5. The electronic search was conducted utilizing the search terms as provided. The search terms were applied to the City's managed email accounts in a manner

designed to capture the broadest possible range of documents responsive to those terms.

6. In performing the search for the terms provided, each term was placed in search prompt, and each term was run against the electronic mailboxes and accounts as requested.

7. The search was conducted over the course of multiple days, commencing on or about February 26, 2026, and concluding on or about March 3, 2026, due to the scope, volume, and breadth of the electronic systems searched.

8. The search as performed was inclusive of all of the terms provided. All documents identified as responsive to the search terms provided were captured and preserved for production. No responsive documents identified during the search were knowingly excluded, withheld, or omitted from the results provided to counsel for the City of Dearborn Heights.

9. The documents yielded by the search represent the genuine and complete output of the electronic searches performed across the City's managed email accounts using the search terms as provided. The results of the search were transmitted to counsel for the City in their entirety for review and production.

10. I make this statement based upon my personal knowledge and in good faith.

**FURTHER AFFIANT SAYETH NOT.**

Matthew Brand

Title: Team Lead and Account Manager

Date: 5/8/26

## ACKNOWLEDGMENT

Subscribed and sworn to before me this 8th day of May , 2026.

Notary Public, State of Michigan
County of Wayne
My Commission Expires: March 5, 2028

NICKLAS WILLIAM CANDEA
Notary Public - State of Michigan
County of Wayne
My Commission Expires Mar 5, 2028
Acting in the County of _____