**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN  SWOPE,  PAUL  VANDERPLOW,       Case No. 2:24-cv-10240-MAG-DRG
JERROD HART                                              Hon. Mark A. Goldsmith

       Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation

       Defendant.

| | |
|---|---|
| MICHAEL M. McNAMARA (P48055) | MONICA N. HUNT (P68838) |
| BRANDON GRYSKO (P82751) | SEAN M. FARRELL (P86402) |
| STEPHEN J. BROWN (P82687) | THE ALLEN LAW GROUP, PC |
| FAUSONE & GRYSKO, PLC | Attorney for Defendant |
| Attorney for Plaintiff | 3031 West Grand Boulevard, Suite 525 |
| 41700 West Six Mile Road, Suite 101 | Detroit, Michigan 48202 |
| Northville, MI 48168-3460 | (P)(313) 871-5500; (F)(313) 871-0517 |
| (P)(248) 912-3218; (F)(248) 380-3434 | mhunt@alglawpc.com |
| mmcnamara@thefgfirm.law | sfarrell@alglawpc.com |

**DEFENDANT CITY OF DEARBORN HEIGHTS' STATUS OF DISCOVERY**
**PRODUCTION PURSUANT TO ECF NO. 134**

Pursuant to the Order on Motion to Show Cause issued by this Court on May 21, 2026, below, please find a status of the discovery production to be produced by Plaintiff City of Dearborn Heights:

1. Pursuant to ECF No. 134, issued on May 21, 2026, and upon receipt of the Order on Motion for show Cause, on Thursday, May 21, 2026, at 6:27pm, counsel for

Defendant City of Dearborn Heights requested that BAE Systems, initiate the search terms as provided by this Court. Please see Exhibit "A".

2. On Friday, May 22, 2026, counsel for Plaintiff followed up the aforementioned email message with a phone call to ensure that the request was received. Counsel was advised that when the office reopened on Tuesday, May 26, 2026, following Memorial Day, the discovery request would be assigned and the search would be initiated. The conversation was memorialized in a subsequent email. Please see Exhibit "B".

3. On Friday, May 29, 2026, BAE Systems provided a status of the production and advised that while progress was being made, due to the extensiveness of the search, the production was still in process. See Exhibit "C".

4. On June 3, 2026 at 4:30pm BAE Systems advised that the production was completed and the flash drive containing the production would be available for pickup the following day. Please see exhibit "D".

5. On June 4, 2026, counsel for Defendant obtained the flash drive and began reviewing the production for submission to the parties in the instant case.

6. Pursuant to ECF No. 134 ¶ 3, withing seven days of the completed search date of June 3, 2026, counsel for Defendant will produce all non-privileged and non-confidential documents resulting from the production.

LOCAL RULE CERTIFICATION: I, Monica N. Hunt , certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point(for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

Respectfully Submitted

**THE ALLEN LAW GROUP, P.C.**

By: */s/ Monica N. Hunt*
Monica Hunt (P68838)
3031 West Grand Boulevard
Suite 525
Detroit, Michigan 48202
(313) 871-5500
mhunt@alglawpc.com

Dated: June 4, 2026

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I did serve the foregoing pleading with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

By: */s/ Monica N. Hunt*
Monica Hunt (P68838)

EXHIBIT "A"

**From:** Monica Hunt <mhunt@alglawpc.com>
**Sent:** Thursday, May 21, 2026 6:27 PM
**To:** █████████████████████████
**Subject:** Re: [EXT]: City of Dearborn Heights

EXTERNAL

Good Afternoon, ████████

████████████████████████████████████████████████████████████
███████████████████████████The court has determined that they want another search performed, with its own terms as attached. The terms appear to be a bit more expansive that previously requested. Because of Plaintiff's allegations that the search was comprehensive, the court ordered that

> "Any search consisting of multiple terms must be conducted so as to locate all documents that contain all such terms. For example, the search for "police department" must locate documents that have both "police" and "department" in the same document; the search should not include documents that contain only one or the other term".

I know that this search is greater than the previous search, so please let me know if you would like to jump on a call to discuss. The Court did give a tight turn around. I understand that the search may take *days*. Is there any issue with the search starting over the next few days given Memorial Day?

Again, thank you for your time and please let me know if you would like to discuss this further.

**MONICA N. HUNT**
**Shareholder**

O: (313) 871-5500 ext. 104

3031 W. Grand Blvd., Suite 525, Detroit, MI 48202
mhunt@alglawpc.com

I ████████████ munication from The Allen Law Group, PC is confidential and may be ████████████████ intended recipient(s) only. If you are not an intended recipient, you are hereby notified that the use, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and delete the communication. Thank you.

# EXHIBIT "B"

**From:** Monica Hunt <mhunt@alglawpc.com>
**Sent:** Tuesday, May 26, 2026 4:19 PM
**To:** ████████████████████
**Subject:** Re: [EXT]: City of Dearborn Heights

EXTERNAL

Good Afternoon, ████

Thank you, and I hope you had a nice, long weekend as well. I did reach out to ████ as well, and I understand that this will be getting assigned. Is it possible to obtain a "search term stat" for each of the searches? An example is attached to this email.

Thank you, again, and please contact me with any questions.

### MONICA N. HUNT
**Shareholder**

O: (313) 871-5500 ext. 104

3031 W. Grand Blvd., Suite 525, Detroit, MI 48202
**mhunt@alglawpc.com**



Important: This electronic mail communication from The Allen Law Group, PC is confidential and may be legally privileged. It is for use by the intended recipient(s) only. If you are not an intended recipient, you are hereby notified that the use, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and delete the communication. Thank you.

**From:** ████████████████████████
**Sent:** Tuesday, May 26, 2026 4:13 PM
**To:** Monica Hunt <mhunt@alglawpc.com>
**Subject:** RE: [EXT]: City of Dearborn Heights

Hi Monica,

Hope you enjoyed the holiday weekend. I was out of the office Friday, so just catching up on emails.

Thank you for providing the additional search terms. I will work on getting this assigned and worked on for you. I don't think there is any issue with starting it this week, but given the extensive terms, I cannot guarantee they will be completed this week.

We will provide an update once we have reviewed all the terms and have an idea of when we can provide all the results.

Thank you,

████████   Team Lead - Account Management

EXHIBIT "C"

**From:** ████████████████████████
**Sent:** Friday, May 29, 2026 11:12 AM
**To:** Monica Hunt <mhunt@alglawpc.com>
**Subject:** RE: [EXT]: City of Dearborn Heights

Hi Monica,

Just an update on this – We are not completely finished yet, as there is a significant amount of data that's been pulled, but I should be able to give you another update early next week.

Hope you have a great weekend.

Thank you,

████████ – Team Lead - Account Management



████████████████████████████████

For the best support remember to email **help@baenetworks.com**. This creates a ticket on your behalf, attaches it to you and your organization, and ensures it is handled in a timely manner.

████████████

**Sent:** Wednesday, May 27, 2026 8:23 AM
**To:** 'Monica Hunt' <mhunt@alglawpc.com>
**Subject:** RE: [EXT]: City of Dearborn Heights

Hi Monica,

I don't believe that will be an issue, but I should be able to confirm and let you know.

Thank you,

**EXHIBIT "D"**

**From:** Monica Hunt <mhunt@alglawpc.com>
**Sent:** Wednesday, June 3, 2026 4:33 PM
**To:** ███████████████████████
**Cc:** ████████████████████████
**Subject:** Re: [EXT]: City of Dearborn Heights

> EXTERNAL

Good Afternoon,

Thank you, yes, I can pick up the drive tomorrow. Can I pick it up in the morning? If so, what is the earliest that I can retrieve it?

Thank you again.

### MONICA N. HUNT
**Shareholder**

O: (313) 871-5500 ext. 104

3031 W. Grand Blvd., Suite 525, Detroit, MI 48202
**mhunt@alglawpc.com**

Important: This electronic mail communication from The Allen Law Group, PC is confidential and may be legally privileged. It is for use by the intended recipient(s) only. If you are not an intended recipient, you are hereby notified that the use, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately and delete the communication. Thank you.

**From:** ████████████████████████
**Sent:** Wednesday, June 3, 2026 4:30 PM
**To:** Monica Hunt <mhunt@alglawpc.com>
**Cc:** ████████████████████████
**Subject:** RE: [EXT]: City of Dearborn Heights

Hi Monica,

We have completed the eDiscovery, and the flash drive is ready. Would you like to pick it up from our office again? If you'd like to stop by tomorrow, I am copying ██████ who will be in the office. I will be out of the office at a client event tomorrow.

Thank you,

████████ Team Lead - Account Management



**Email:** ██████████████████████