**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN SWOPE, PAUL VANDERPLOW, JERROD HART

      Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation

      Defendant.

CITY COUNCIL FOR THE CITY OF DEARBORN HEIGHTS

      Intervening Defendant.

Case No. 2:24-cv-10240-MAG-DRG
Hon. Mark A. Goldsmith

---

**DEFENDANT'S EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD**

Defendant, City of Dearborn Heights, by and through The Allen Law Group, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file exhibits using the media file upload.

The exhibit to Defendant City of Dearborn Heights Motion in Limine to be filed using the ECF System media file upload is:

Exhibit B:   Social Media Video of Hussein Bazzy

The exhibit reflects statements made by Hussein Bazzy, the brother of City of Dearborn Heights Sergeant, Mohamad Bazzy, who found himself near the center of the claims in Plaintiffs' lawsuit. Pursuant to ECF 137, Defendant seeks to exclude

1

the use of the video and any information or evidence involving Hussein Bazzy at trial. Pursuant to Electronic Filing Policies and Procedures, Defendant's Ex Parte Motion for Leave to File Exhibits Using the Media File Upload, media file complies with privacy protections. If granted, this exhibit will be uploaded.

WHEREFORE Defendant respectfully requests that this Court grant the leave sought in this motion.

LOCAL RULE CERTIFICATION: I, Monica N. Hunt , certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point(for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

Respectfully Submitted

**THE ALLEN LAW GROUP, P.C.**

Dated: June 9, 2026

By:   */s/ Monica N. Hunt*

Monica Hunt (P68838)
3031 West Grand Boulevard
Suite 525
Detroit, Michigan 48202
(313) 871-5500
mhunt@alglawpc.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I did serve the foregoing pleading with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

By: */s/ Monica N. Hunt*
Monica Hunt (P68838)