UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SWOPE, et al.,

        Plaintiffs,

v.                                                                    Case No. 24-cv-10240
                                                                      HON. MARK A. GOLDSMITH
CITY OF DEARBORN HEIGHTS,

        Defendant,

and

CITY OF DEARBORN HEIGHTS CITY
COUNCIL,

        Intervening Defendant.

_____/

## ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS USING THE MEDIA FILE UPLOAD (Dkt. 138)

The matter is before the Court on Defendant's ex parte motion for leave to file exhibits using the media file upload (Dkt. 138).  The Court grants the motion and orders the submitting party to meet the below requirements when uploading a media file:

1.      The party must indicate a timestamp citation for each instance where the exhibit is referenced in the paper pursuant to R6.

2.      All audible portions of the media file shall be transcribed and submitted in written form as an exhibit e-filed in the usual manner.

3.      Because of storage limitations, the party is directed to limit the size of the media file to the minimum necessary to support its position and to not file any media files duplicative of

those already filed. Instead, the party is instructed to include a timestamp citation and reference to the previously uploaded exhibit.

4.      The Court will not accept any media file that has proprietary security features or codecs requiring additional files, software, applications or plug-ins to successfully view the file. Any files received that cannot be viewed by the Court will need to be reformatted and resubmitted.

5.      The submitting party shall serve copies of the media files on opposing counsel in accordance with applicable federal and local rules.

**IT IS SO ORDERED.**

Dated: June 11, 2026                                    s/Mark A. Goldsmith
Detroit, Michigan                                       MARK A. GOLDSMITH
                                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 11, 2026.

                                                        s/Joseph Heacox
                                                        JOSEPH HEACOX
                                                        Case Manager