**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN SWOPE, PAUL VANDERPLOW, JERROD HART

      Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation

      Defendant.

Case No. 2:24-cv-10240-MAG-DRG
Hon. Mark A. Goldsmith

| | |
|---|---|
| MICHAEL M. McNAMARA (P48055) | MONICA N. HUNT (P68838) |
| BRANDON GRYSKO (P82751) | SEAN M. FARRELL (P86402) |
| STEPHEN J. BROWN (P82687) | THE ALLEN LAW GROUP, PC |
| FAUSONE & GRYSKO, PLC | Attorney for Defendant |
| Attorney for Plaintiff | 3031 West Grand Boulevard, Suite 525 |
| 41700 West Six Mile Road, Suite 101 | Detroit, Michigan 48202 |
| Northville, MI 48168-3460 | (P)(313) 871-5500; (F)(313) 871-0517 |
| (P)(248) 912-3218; (F)(248) 380-3434 | mhunt@alglawpc.com |
| mmcnamara@thefgfirm.law | sfarrell@alglawpc.com |

**SUPPLEMENT TRANSCRIPT OF MEDIA PURSUANT TO ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT USING THE MEDIA FILE UPLOAD [ECF NO 140]**

NOW COMES Defendant City of Dearborn Heights, by and through its counsel, The Allen Law Group, P.C., and hereby submits the following transcript as Exhibit B to Defendant City of Dearborn Heights' Motions in Limine, ECF No. 137, PageID. 5779, pursuant to this Court's Order granting leave to file said exhibit via media file upload. The transcript is as follows:

1

**Hussein Bazzy (HB)**:  He's hopefully later on in the future; he's going to be what? What are you expecting to be?

**Mohamad Bazzy (MB)**: I don't know, (inaudible).

**HB**:  We're going to make this guy chief of police but its difficult. Let me tell you why it is difficult, because he doesn't tell me anything. I barely see my brother. But I know other officers in that precinct in Dearborn Heights. And what they told me was, it is not very good over there. There's a lot of favoritism, and my brother right here is a straight shooter. What I mean by that is that he cares about the people and he care about what happens in the City, and he fights for people. So, whosever in Dearborn Heights, whoever makes these decisions for these police officers to basically given them the promotion, this guy right here, outstanding. Ten out of ten. We don't like favoritism and we know that happens in Dearborn Heights. Especially in that police department. But I appreciate you, Mo. You are a straight shooter.

**MB**:  Thanks

2

**HB**:                          Best baby brother ever. Sgt Bazzy, if he ever pulls you

over, just tell him, "Bazzy sells". He'll take care of you.


Respectfully Submitted

**THE ALLEN LAW GROUP, P.C.**

By:    */s/ Monica N. Hunt*
       Monica Hunt (P68838)
       3031 West Grand Boulevard
       Suite 525
       Detroit, Michigan 48202
       (313) 871-5500
       mhunt@alglawpc.com

Dated: June 21, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2026, I did serve the foregoing pleading with

the Clerk of the Court using the ECF system which will send notification of such

filing to all attorneys of record registered for electronic filing.


By:    */s/ Monica N. Hunt*
       Monica Hunt (P68838)