**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

KEVIN SWOPE, PAUL VANDERPLOW
JERROD HART,

      Plaintiffs,

v

CITY OF DEARBORN HEIGHTS, a
Michigan Municipal Corporation,

      Defendant,

CITY OF DEARBORN HEIGHTS CITY
COUNCIL, in its official capacity only,

      Intervening Defendant.

Case No. 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

_____

## **APPEARANCE**

Please enter the Appearance of Sean FitzGerald of FAUSONE & GRYSKO,

PLC, as attorney for Plaintiffs, KEVIN SWOPE, PAUL VANDERPLOW AND

JERROD HART.

      Respectfully submitted,

      FAUSONE & GRYSKO, PLC

      /s/ Sean FitzGerald
      FAUSONE & GRYSKO, PLC
      Sean FitzGerald  (P45333)
      Attorney for Plaintiffs
      41700 West Six Mile Road, Suite 101
      Northville, MI 48168
Dated: June 22, 2026      (248) 380-3240

**CERTIFICATE OF SERVICE**

I, Stephen J. Brown, hereby certify that on June 22, 2026 I served a copy of the Appearance on all appearing attorneys and service recipients registered for receipt via electronic filing.  I declare under penalties of perjury that this Proof of Service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

/s/ Stephen J. Brown