# EXHIBIT 1

**Exhibit 1 to Joint Statement Concerning use of Bazzi Deposition at Trial as Affirmative Evidence**

| ITEM | Description of Excerpt Proposed as Direct Evidence | Proponent of Excerpt | Basis of opposing Litigant's Objection | Court's Decision as to ITEM |
|---|---|---|---|---|
| 1 | Page 16 line 20 to Page 17 line 1 | Plaintiffs | None (Agreed) | N/A |
| 2 | Page 17, lines 4-14 | Plaintiffs | None (Agreed) | N/A |
| 3 | 18: 15-19 | Plaintiffs | None (Agreed) | N/A |
| 4 | 18:25 to 19:11 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 5 | 21:5 to 22:5 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 6 | 22:24 to 23:12 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 7 | 24: 5-13 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 8 | 25:9 to 27:6 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 9 | 28:1-7 | Plaintiffs | Hearsay | |
| 10 | 28:9-23 | Plaintiffs | Foundation, Speculation, Form | |
| 11 | 29:3-23 | Plaintiffs | Speculation and Foundation | |
| 12 | 30: 3-16 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 13 | 32:19 to 33:18 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 14 | 33:22 to 35:9 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 15 | 36:11-22 | Plaintiffs | None (Agreed) | N/A |
| 16 | 36:23 to 38:18 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 17 | 40:4 to 41:9 | Plaintiffs | Speculation and Foundation | |
| 18 | 42:2 to 43:19 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 19 | 44:4-16 | Plaintiffs | None (Agreed) | N/A |
| 20 | 46:14 to 48:20 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 21 | 49:3 to 49:24 | Plaintiffs | Foundation, Calls for Legal Conclusion | |
| 22 | 50:8-11 | Plaintiffs | Form and Foundation | |
| 23 | 52:2 to 54:21 | Plaintiffs | Foundation, Calls for legal Conclusion, | |
| 24 | 56: 7-12 | Plaintiffs | Foundation | |
| 25 | 56:14 to 58:21 | Plaintiffs | Foundation, Legal Conclusion, Speculation | |
| 26 | 59:19 to 62:8 | Plaintiffs | Foundation, Legal Conclusion, Speculation and Form | |
| 27 | 64:2 to 65:18 | Plaintiffs | Foundation, Speculation, and Legal Conclusion | |
| 28 | 66:15-18 | Plaintiffs | None (Agreed) | N/A |
| 29 | 67:21 to 68:17 | Plaintiffs | Foundation and Speculation | |
| 30 | 69:5-21 | Plaintiffs | Foundation, Speculation and Form | |
| 31 | 70:9 (starting with "what is") to 73:20 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 32 | 74:3-9 | Plaintiffs | Foundation and Speculation | |
| 33 | 76:16 to 77:5 | Plaintiffs | Foundation and Hearsay | |
| 34 | 79:13 to 85:11 | Plaintiffs | Speculation, Foundation, Hearsay | |

| ITEM | Description of Excerpt Proposed as Direct Evidence | Proponent of Excerpt | Basis of opposing Litigant's Objection | Court's Decision as to ITEM |
|---|---|---|---|---|
| 35 | 86:7 to 98:14 | Plaintiffs | Relevance, Speculation, Foundation, Hearsay | |
| 36 | 99:25 to 100:6 | Plaintiffs | Foundation and Speculation | |
| 37 | 102:4 to 104:11 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 38 | 104:13 to 105:12 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 39 | 106:15 to 107:9 | Plaintiffs | Speculation and Foundation | |
| 40 | 107:18 to 109:17 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 41 | 110:10 to 111:5 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 42 | 111:17 to 115:17 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 43 | 115:18 to 116:15 | Plaintiffs | Speculation and Hearsay | |
| 44 | 117:16 to 118:17θ | Plaintiffs | None (Agreed) | N/A |
| 45 | 120:19-24 | Plaintiffs | Foundation and Legal Conclusion | |
| 46 | 121:1 to 123:23 | Plaintiffs | Speculation, Foundation, Hearsay & Legal Conclusion | |
| 47 | 125:21 to 126:2 | Plaintiffs | Foundation and Speculation | |
| 48 | 126:4 to 132:14 | Plaintiffs | Speculation, Foundation, Hearsay & Legal Conclusion | |
| 49 | 133:6 to 134:4 | Plaintiffs | Hearsay, Relevance, Foundation, Speculation | |
| 50 | 134:6 to 136:17 | Plaintiffs | Foundation, Speculation, and Legal Conclusion | |
| 51 | 138:11 to 139:11 | Plaintiffs | Speculation, Foundation and Hearsay | |
| 52 | 140:4 to 141:17 | Plaintiffs | None (Agreed) | N/A |
| 53 | 142:14 to 143:24 | Plaintiffs | Speculation, Foundation and Hearsay | |
| 54 | 144:14 o 145:3 | Plaintiffs | Foundation, Hearsay and Speculation | |
| 55 | 145:22 to 147:15 | Plaintiffs | Speculation and Foundation | |
| 56 | 147:23 to 150:2 | Plaintiffs | Speculation, Foundation and Relevance | |
| 57 | 161:1 to 163:23 | Plaintiffs | Foundation, Speculation and Best Evidence | |
| 58 | 164:18-24 | Plaintiffs | Relevance | |
| 59 | 169:1-18 | Plaintiffs | Form, Foundation and Relevance | |
| 60 | 171:19 to 174:11 | Plaintiffs | Hearsay, Speculation and Foundation | |
| 61 | 183:24 to 185:6 | Plaintiffs | Speculation, Hearsay, Relevance and Foundation | |
| 62 | 202:14-20 | Plaintiffs | Foundation | N/A |
| 63 | 204:4 to 205:5 | Plaintiffs | Foundation | |
| 64 | 211:4-22 | Plaintiffs | Foundation and Legal Conclusion | |
| 65 | 212:21 to 213:8 | Plaintiffs | Foundation and Legal Conclusion | |
| 66 | 214:14 to 215:4 | Plaintiffs | Speculation, Foundation, Legal Conclusion | |
| 67 | 219: 5-16 | Plaintiffs | Foundation | |
| 68 | 222:18 to 223:8 | Plaintiffs | Foundation | |
| 69 | 225:4-10 | Plaintiffs | Form and Foundation | |
| 70 | 236:13 to 237:23 | Plaintiffs | Relevance, Speculation, Foundation, Hearsay | |
| 71 | 243:21 to 244:22 | Plaintiffs | Foundation and Speculation | |
| 72 | 247:13-17 | Plaintiffs | None (Agreed) | N/A |

| ITEM | Description of Excerpt Proposed as Direct Evidence | Proponent of Excerpt | Basis of opposing Litigant's Objection | Court's Decision as to ITEM |
|---|---|---|---|---|
| 73 | 248:10-23 | Plaintiffs | Foundation | |
| 74 | 249:16-24 | Plaintiffs | Foundation | |
| 75 | 250:20 to 252:13 | Plaintiffs | Foundation and Speculation | |
| 76 | 274:7 to 275:4 | Plaintiffs | Foundation and Legal Conclusion | |
| 77 | 276: 13-25 + 277: 1-5 | City Council | Intervening Defendant Proposes Contingent Addition based on Court Decision on other item | |
| 78 | 279:12 to 280:6 | Plaintiffs | Foundation and Legal Conclusion | |
| 79 | 280:24 to 281:18 | Plaintiffs | Foundation and Legal Conclusion | |
| 80 | 281:20 to 282:5 | Plaintiffs | Foundation and Legal Conclusion | |
| 81 | 283:14 to 284:3 | Plaintiffs | Legal Conclusion | |
| 82 | 288:24 to 289:12 | Plaintiffs | Foundation and Legal Conclusion | |
| 83 | 296:22 to 297:11 | Plaintiffs | Speculation, Relevance and Foundation | |
| 84 | 302:8 to 305:5 | City Council | Intervening Defendant Proposes Contingent Addition based on Court Decision on next item | |
| 85 | 305:6-19 | Plaintiffs | Foundation, Speculation and Hearsay | |
| 86 | 309:11 to 310:8 | Plaintiffs | Relevance and Foundation | |
| 87 | 315:18 to 316:2 | Plaintiffs | Foundation, Hearsay and Speculation | |
| 88 | 317:16 to 320:11 | Plaintiffs | Hearsay, Foundation and Speculation | |
| 89 | 322:18 to 323:14 | Plaintiffs | Speculation and Foundation | |
| 90 | 322:8-16 | City Council | Intervening Defendant Proposes Contingent Addition based on Court Decision on next item | |
| 91 | 332:17 to 333:10 | Plaintiffs | Speculation and Foundation | |
| 92 | 334:22 to 335:23 | Plaintiffs | Speculation, Foundation, and Relevance | |
| 93 | 336:1-13 | Plaintiffs | Foundation | |
| 94 | 339:21 to 340:15 | Plaintiffs | Foundation, Speculation, Hearsay and Relevance | |
| 95 | 340:25 to 342:5 | Plaintiffs | None (Agreed) | N/A |
| 96 | 342:6-22 | City Council | Intervening Defendant Proposes Contingent Addition based on Court Decision on next item | |
| 97 | 344:6 to 346-20 | Plaintiffs | None (Agreed) | N/A |
| 98 | 346:22 to 348:17 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 99 | 348:23-25 | Plaintiffs | Relevance | |
| 100 | 350:7 to 351:20 | Plaintiffs | Foundation, Legal Conclusion | |
| 101 | 353:6 to 355:7 | Plaintiffs | Foundation | |
| 102 | 356:14 to 357:9 | Plaintiffs | Foundation | |
| 103 | 363:5 to 365:20 | Plaintiffs | Legal Conclusion, Foundation, Speculation, Relevance | |
| 104 | 367:2 to 368:3 | Plaintiffs | Speculation, Foundation, Hearsay | |
| 105 | 369:4 to 370:11 | Plaintiffs | Foundation, Speculation | |
| 106 | 371:17 to 375:5 | Plaintiffs | Hearsay, Relevance, Foundation, Speculation | |
| 107 | 378:16 to 379:20 | Plaintiffs | Legal Conclusion and Foundation | |
| 108 | 140:6-10 | Primary Defendant | None (Agreed) | N/A |
| 109 | 142:2-13 | Primary Defendant | None (Agreed) | NA |
| 110 | 150:4-14 | Primary Defendant | Hearsay (Defendant cannot rely on FRE 801(d)(2)) | |

| ITEM | Description of Excerpt Proposed as Direct Evidence | Proponent of Excerpt | | Basis of opposing Litigant's Objection | | | | Court's Decision as to ITEM | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 111 | 312: 1-8 | Primary Defendant | | None (Agreed) | | | | N/A | | |
| 112 | 313: 13-16 | Primary Defendant | | None (Agreed) | | | | N/A | | |
| 113 | 336:19 to 339:18 | Primary Defendant | | Hearsay, Relevance | | | | | | |
| 114 | 344:6 to 345:3 | Primary Defendant | | None (Agreed) | | | | N/A | | |
| | END | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | DepTranscripts/Bazzi Spreadsheet of Objections | | | | | | | | |