**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN SWOPE, et al,
Plaintiffs,
v.

CITY OF DEARBORN HEIGHTS,
Defendant,

and

CITY OF DEARBORN HEIGHTS CITY COUNCIL, in its official capacity only,
Intervening Defendant.

Case No.: 2:24-cv-10240
Hon. Mark A. Goldsmith

---

**INTERVENING DEFENDANT THE CITY OF DEARBORN HEIGHTS CITY COUNCIL'S MOTION TO BE DISMISSED AS A NAMED PARTY**

**INDEX OF EXHIBITS**

**NOW COMES** INTERVENING DEFENDANT, THE CITY OF DEARBORN HEIGHTS CITY COUNCIL (the "City Council"), by and through its attorneys, HAMMOUD, DAKHLALLAH & ASSOCIATES, PLLC, and for its Motion to be Dismissed as a Named Party pursuant to FRCP 21, INDEX OF EXHIBITS, hereby presents as follows:

| Exhibit | Description |
|---|---|
| A | September 1, 2026 Email from Plaintiff's' Counsel to Judge Goldsmith's Chambers |
| B | Opinion of *Bogaert v. Land*, No. 1:08-CV-687, 2009 WL 1010950 (W.D. Mich. Apr. 14, 2009) |

Respectfully submitted,

HAMMOUD, DAKHLALLAH
& ASSOCIATES, PLLC

By: */s/ Tarik D. Turfe*
Kassem M. Dakhlallah (P70842)
Tarik D. Turfe (P83690)
Attorney for the City Council
330 Town Center Ste 100
Dearborn, MI 48126
(313) 551-3038
kd@hdalawgroup.com
tt@hdalawgroup.com

Dated: October 29, 2026

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, I filed a copy of the foregoing with the Clerk of the Court using the electronic filing system which will send electronic notification of this filing to all parties.

*/s/ Tarik D. Turfe*
Tarik D. Turfe (P83690)
Attorney for Intervening Defendant