# EXHIBIT

# A

Gmail Tarik Turfe <tt@hdalawgroup.com>

## 2:24-cv-10240-MAG-DRG Swope et al v. Dearborn Heights, City of

**Brown, Joseph** <jbrown@thefgfirm.law> Tue, Sep 1, 2026 at 4:07 PM
To: Katherine Toth <Katherine_Toth@mied.uscourts.gov>, "Grysko, Brandon" <bgrysko@thefgfirm.law>, "gmiotke@miotkelawoffice.com" <gmiotke@miotkelawoffice.com>, Jack Walsh <JWalsh@thefgfirm.law>, "kd@hdalawgroup.com" <kd@hdalawgroup.com>, "mhunt@alglawpc.com" <mhunt@alglawpc.com>, "sfarrell@alglawpc.com" <sfarrell@alglawpc.com>, "tt@hdalawgroup.com" <tt@hdalawgroup.com>
Cc: Joseph Heacox <Joseph_Heacox@mied.uscourts.gov>

All:

The Opinion found at Dkt. 148 ends with language instructing the Plaintiffs to show cause for why a certain injunction should not be dissolved. See PageID.6056.

Plaintiffs interpret this language as an instruction to make a filing if they object to the preliminary injunction being dissolved.

Plaintiffs have no such objection at this late date; they do not intend to make such a filing.

Plaintiffs do not believe the Court has instructed them to make a filing even if they have no objection. If they are wrong about that, I'd ask Ms. Toth or Mr. Heacox to so advise.

Thank you for any guidance you might provide.

**Joseph Brown**

Partner

FAUSONE & GRYSKO, PLC
ATTORNEYS AT LAW

41700 Six Mile Road, Suite 101
Northville, Michigan 48168-3460
(248) 912-3213 direct

(248) 281-1656 fax

jbrown@thefgfirm.law

www.thefgfirm.law

Follow us on Facebook: https://www.facebook.com/FausoneGryskoPLC/

Follow us on LinkedIn: https://linkedin.com/company/fausone-grysko-plc/

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and/or reply to the e-mail message. Thank you.

---

**From:** Katherine Toth <Katherine_Toth@mied.uscourts.gov>
**Sent:** Friday, August 7, 2026 10:52 AM
**To:** Grysko, Brandon <bgrysko@thefgfirm.law>; gmiotke@miotkelawoffice.com; Brown, Joseph <jbrown@thefgfirm.law>; Jack Walsh <JWalsh@thefgfirm.law>; kd@hdalawgroup.com; mhunt@alglawpc.com; McNamara, Michael <mmcnamara@thefgfirm.law>; sfarrell@alglawpc.com; tt@hdalawgroup.com
**Cc:** Joseph Heacox <Joseph_Heacox@mied.uscourts.gov>
**Subject:** 2:24-cv-10240-MAG-DRG Swope et al v. Dearborn Heights, City of

Some people who received this message don't often get email from katherine_toth@mied.uscourts.gov. Learn why this is important

[Quoted text hidden]