**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEVIN SWOPE, PAUL VANDERPLOW, JERROD HART

Plaintiffs,

v.

CITY OF DEARBORN HEIGHTS, a Michigan Municipal Corporation,

Defendant,

and

CITY OF DEARBORN HEIGHTS CITY COUNCIL,

Intervening Defendant.

Case No.: 2:24-cv-10240
Hon. Mark A. Goldsmith
Magistrate David R. Grand

---

**PARTIES' JOINT PROPOSED RULE 47(a) VOIR DIRE QUESTIONS**

After face-to-face zoom consultation on October 27, 2026, the Parties hereby proffer to the Court the following jointly prepared and agreed voir dire questions organized by category.

**A. Questions Directed at Potential Bias in this Case**

Introduction to all questions: This case involves allegations by white police officials that they were subjected to unlawful racial discrimination by the City of Dearborn Heights. Certain individuals involved in the events are Arab-American.

The Court, or counsel, will ask you questions to determine whether any prospective juror has attitudes or experiences that might affect their impartiality.

1. Are you biased against police officers?

2. Have you ever had a bad personal experience with law enforcement?

3. Are you biased or potentially biased against white people?

4. Are you biased against Arab-Americans or Americans of Middle-eastern descent?

5. Do you hold any beliefs or attitudes about race or discrimination that would make it difficult for you to fairly consider a claim of racial discrimination brought by a white employee?

6. Do you hold any beliefs or attitudes about race or discrimination that would make it difficult for you to fairly consider a claim of racial discrimination brought by a police officer?

7. Do you think that you are or could be potentially biased against white police officers?

8. Are you biased against Arab-Americans or Americans of Middle-eastern descent?

9. Have you, or has any member of your family or close friend, ever worked in, or applied for a job in, law enforcement, including as a police officer,

sheriff's deputy, corrections officer, dispatcher, or in any other capacity? If so, would that affect your ability to be fair and impartial?

10. Do you have strong feelings, either positive or negative, about police officers or law enforcement in general?

11. Do you believe that discrimination generally occurs only against minority groups?

12. Have you, a family member, or a close friend ever reported, or been asked to report, suspected wrongdoing by an employer or co-worker to a supervisor, government agency, or law enforcement? If so, what happened afterward?

13. Have you ever felt that you, or someone close to you, were retaliated against at work for raising a complaint?

14. Do you believe that an employee who reports wrongdoing is always telling the truth, or always acting in good faith? Do you believe that such an employee is usually a troublemaker?

15. The Court may instruct you that a public employee who makes reports as part of his or her official job duties is treated differently under the law than a private citizen speaking on a public matter. Would you have any difficulty following that instruction even if you disagreed with it?

16. Have you ever been in a position where it was part of your job to investigate or report misconduct, for example, as a manager, auditor, compliance officer, investigator, or inspector?

17. Have you, or has anyone close to you, ever been the subject of an internal investigation, audit, or complaint at work? How did you feel about how it was handled?

**B. Government Process**

18. Have you ever served on a city council, township board, school board, budget committee, or any other elected or appointed public body?

19. Have you ever been involved in preparing, approving, or amending a budget for a government entity, nonprofit, union, or business?

20. Do you have any opinion about whether a city council should have the power to review or reduce funding for positions created by a mayor or department head?

21. Have you, or has anyone close to you, ever had a position eliminated, defunded, restructured, or threatened with elimination? If so, would that experience affect how you view a city council's vote concerning the funding of certain positions?

22. Would you be able to decide this case based on the evidence of why a decision was made, rather than on whether you personally agree with the decision?

**C. <u>Employment Experience</u>**

23. Have you ever hired, supervised, disciplined, or terminated employees? Have you ever been responsible for creating a new job position?

24. Have you ever been passed over for a job or promotion in favor of an outside hire, or have you ever been hired from outside an organization over internal candidates? How did that experience affect you?

25. Have you, a family member, or a close friend ever had a dispute with an employer over wages, overtime, or unpaid work?

26. Have you ever resigned or retired from a job because you felt you had no choice? Has anyone close to you?

27. Do you believe that an employee who resigns, retires, or accepts a job with another employer can still have been forced out of his job? Would you be able to follow the Court's instructions on what the law requires to prove a "constructive discharge"?

## D. Social Media

28. Do you use Facebook, X (Twitter), Instagram, Nextdoor, TikTok, or similar mediums? Do you follow any pages or groups concerning Dearborn Heights, local government, or law enforcement?

29. Have you ever posted or commented online about a police department, a local elected official, or a lawsuit?

30. Some evidence in this case may involve posts by public officials or private citizens on social media. Do you tend to believe, or disbelieve, what you read on social media about public officials?

## E. General Background Questions.

31. Have you ever served on a jury before? If so, was it a criminal or civil case, and did the jury reach a verdict?

32. Do you have any prior commitments or obligations that would make it difficult for you to serve as a juror for the duration of this trial, which could last two weeks?

33. Can you base your verdict solely on the evidence presented at trial and the law as instructed by the Court, rather than on sympathy, prejudice, or personal opinions?

34. Do you have any personal, financial, or other interest in the outcome of this case?

35. Is there any reason you could not be fair and impartial to all parties in this case?

36. Have you formed any opinion about this case based on anything you may have read, seen, or heard?

37. Do you know any of the parties, attorneys, or potential witnesses in this case? [List to be provided]

38. In addition to the people named on the list, do you know any former, current, or prospective employee or official of the City of Dearborn Heights?

39. Have you, or has any member of your family or close friend, ever been involved in a lawsuit? If so, please briefly describe the nature of the lawsuit and whether it was resolved.

40. Have you, or has any member of your family or close friend, ever worked for a city, township, or county government, including elected or appointed positions?

41. Have you had experiences with city council or municipal governments that might affect your ability to be fair and impartial?

42. Would you have any hesitation about awarding money damages against a city government if the evidence warranted such an award and the Court's instructions permitted it?

43. This case involves claims of race discrimination under federal and Michigan law. Would you be able to follow the Court's instructions about how to apply the law?

44. Have you, or has any member of your family or close friend, ever experienced workplace discrimination based on race, age, disability, or any other protected characteristic?

45. Have you, or has any member of your family or close friend, ever been accused of discrimination in the workplace?

46. Have you ever been involved in a dispute with an employer over wages, benefits, working conditions, or wrongful termination? Would that experience affect your ability to be fair and impartial?

47. Have you ever been a supervisor or manager with responsibility for hiring, firing, or disciplining employees?

48. Do you believe that lawsuits against government entities harm innocent taxpayers?

49. Is there any other reason, apart from those already discussed, why you believe that you should not serve as a juror in this case?

Respectfully submitted,

/s/ Stephen J. Brown
FAUSONE & GRYSKO PLC
Brandon M. Grysko (P82751)
Stephen J. Brown (P82687)
Counsel to Plaintiffs,
41700 West Six Mile Road, Suite 101
Northville, Michigan 48168-3460
(248)-912-3213
jbrown@the fgfirm.law

/s/ Monica Hunt (with permission)
THE ALLEN LAW GROUP
Attorney Monica Hunt (P68838)
Attorneys for the City of Dearborn Heights
3031 W. Grand Blvd.
Detroit, MI. 48202-3046
(313) 961-0200
mhunt@alglawpc.com

*[Mr. Turfe's signature withheld by agreement pending adjudication or stipulation as to ECF. No. 158]*

HAMMOUD, DAKLALLAH & ASSOCIATES, PLLC
Kassem Dakhlallah (P70842)
Tarik D. Turfe (P83690)
Attorneys for Intervening Defendant Dearborn Heights City Council
6050 Greenfield Rd, Ste 201
Dearborn, Michigan 48126
(313) 551-3038
tt@hdalawgroup.com

Dated: October 30, 2026